AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the Central District of California_____ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:17-cv-00548 | DATE FILED<br>3/22/2017 | U.S. DISTRICT COURT<br>for the Central District of California |
|---|---|---|
| **PLAINTIFF**<br>MONSTER ENERGY COMPANY, a Delaware corporation | | **DEFENDANT**<br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,721,433 | 4/14/2015 | Monster Energy Company |
| 2 | 3,044,315 | 1/17/2006 | Monster Energy Company |
| 3 | 3,057,061 | 2/27/2006 | Monster Energy Company |
| 4 | 3,908,601 | 1/18/2011 | Monster Energy Company |
| 5 | 3,914,828 | 2/1/2011 | Monster Energy Company |

(Continued on attachment.)

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**     **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**     **Copy 4—Case file copy**

**REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK**
(Continued)

| Docket No.<br>5:17-cv-00548 | Date Filed<br>03/22/2017 | U.S. District Court<br>For the Central District of California |
|---|---|---|
| **TRADEMARK NO.** | **DATE OF TRADEMARK** | **HOLDER OF TRADEMARK** |
| 3,923,683 | 02/22/2011 | Monster Energy Company |
| 3,908,600 | 01/18/2011 | Monster Energy Company |
| 4,332,062 | 05/07/2013 | Monster Energy Company |
| 4,660,598 | 12/23/2014 | Monster Energy Company |
| 3,740,050 | 01/19/2010 | Monster Energy Company |
| 3,044,314 | 01/17/2006 | Monster Energy Company |
| 3,134,842 | 08/29/2006 | Monster Energy Company |
| 4,036,680 | 10/11/2011 | Monster Energy Company |
| 4,036,681 | 10/11/2011 | Monster Energy Company |
| 4,111,964 | 03/13/2012 | Monster Energy Company |
| 4,129,288 | 04/17/2012 | Monster Energy Company |
| 4,376,796 | 07/30/2013 | Monster Energy Company |
| 4,451,535 | 12/17/2013 | Monster Energy Company |
| 4,716,750 | 04/07/2015 | Monster Energy Company |
| 4,634,053 | 11/04/2014 | Monster Energy Company |
| 4,604,556 | 09/16/2014 | Monster Energy Company |
| 3,959,457 | 05/10/2011 | Monster Energy Company |
| 5,018,111 | 08/09/2016 | Monster Energy Company |
| 4,234,456 | 10/30/2012 | Monster Energy Company |
| 5,041,267 | 09/13/2016 | Monster Energy Company |
| 4,989,137 | 06/28/2016 | Monster Energy Company |
| 5,013,706 | 08/02/2016 | Monster Energy Company |
| 4,532,292 | 05/20/2014 | Monster Energy Company |
| 4,534,414 | 05/20/2014 | Monster Energy Company |
| 4,860,491 | 11/24/2015 | Monster Energy Company |
| 4,856,373 | 11/17/2015 | Monster Energy Company |
| 4,879,793 | 01/05/2016 | Monster Energy Company |
| 3,924,797 | 03/01/2011 | Monster Energy Company |
| 3,852,118 | 09/28/2010 | Monster Energy Company |
| 3,134,841 | 08/29/2006 | Monster Energy Company |
| 4,865,702 | 12/08/2015 | Monster Energy Company |
| 4,975,822 | 06/14/2016 | Monster Energy Company |
| 2,769,364 | 09/30/2003 | Monster Energy Company |
| 4,482,659 | 02/11/2014 | Monster Energy Company |
| 4,482,660 | 02/11/2014 | Monster Energy Company |
| 4,542,107 | 06/03/2014 | Monster Energy Company |
| 4,546,402 | 06/10/2014 | Monster Energy Company |

# REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK
## (Continued)

| Docket No. 5:17-cv-00548 | Date Filed 03/22/2017 | U.S. District Court For the Central District of California |
|---|---|---|
| **TRADEMARK NO.** | **DATE OF TRADEMARK** | **HOLDER OF TRADEMARK** |
| 4,336,329 | 05/14/2013 | Monster Energy Company |
| 4,394,044 | 07/27/2013 | Monster Energy Company |
| 4,371,544 | 07/23/2013 | Monster Energy Company |
| 4,292,502 | 02/19/2013 | Monster Energy Company |
| 4,953,200 | 05/03/2016 | Monster Energy Company |

25527813