| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | TRANSCRIPT ORDER FORM Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)* | COURT USE ONLY DUE DATE: |
|---|---|---|

| 1a. Contact Person for this Order | DeAnna Barnett | 2a. Contact Phone Number | 614-792-5555 | 3a. Contact E-mail Address | dbarnett@standleyllp.com |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Jeffrey S. Standley | 2b. Attorney Phone Number | 614-792-5555 | 3b. Attorney E-mail Address | jstandley@standleyllp.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) STANDLEY LAW GROUP LLP 6300 Riverside Drive Dublin, Ohio 43017 | 5. Name & Role of Party Represented | Defendant Integrated Supply Network, LLC |
|---|---|---|
| | 6. Case Name | Monster Energy Company v. Integrated Supply Network, LLC |
| | 7a. District Court Case Number | 5:17-cv-00548-CBM-RAO |
| | 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:

☐ DIGITALLY RECORDED     ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Alex Joko

9. THIS TRANSCRIPT ORDER IS FOR:   ☐ Appeal  ☒ Non-Appeal   ☐ Criminal ☐ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/20/2017 | Marshall | Scheduling Conference | ● | ● | ○ | ○ | ○ | ● | ○ | EXPEDITED (7-day) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: September 15, 2017    Signature: /s/Jeffrey S. Standley

G-120 (3/16)