Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Marko R. Zoretic (SBN 233,952)
marko.zoretic@knobbe.com
Jason A. Champion (CA SBN 259207)
jason.champion@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>          Defendant. | Case No. 5:17-CV-00548-CBM-RAO<br><br>**MONSTER ENERGY COMPANY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>HEARING:<br>April 17, 2018<br>10:00 a.m.<br>Courtroom 8B<br><br>Hon. Consuelo B. Marshall |

PLEASE TAKE NOTICE that Plaintiff Monster Energy Company ("Plaintiff" or "Monster") hereby moves for summary judgment against Defendant Integrated Supply Network, LLC ("ISN") on (1) ISN's affirmative defenses of trademark invalidity, trademark unenforceability, and unclean hands and (2) ISN's counterclaim for cancellation of Monster's trademark registrations. Subject to the Court's availability, the motion will be heard on Tuesday, April 17, 2018, at 10:00 a.m., in Courtroom 8B, before the Honorable Consuelo B. Marshall.

Pursuant to Local Rule 7-3, the parties conferred on March 9, 2018, but were unable to resolve the issues raised by this motion.

Monster bases the motion on this notice; the concurrently filed opening brief; the supporting declaration of Rodney Sacks and exhibits thereto; the supporting declaration of Jason A. Champion and exhibits thereto; any subsequently filed briefs; the pleadings and papers filed in this action; and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise. Monster is also lodging a proposed order for the Court's consideration.

Respectfully submitted,
KNOBBE, MARTENS, OLSON & BEAR, LLP


Dated: March 20, 2018          By: */s/ Lynda J. Zadra-Symes*
                                    Steven J. Nataupsky
                                    Lynda J. Zadra-Symes
                                    Marko R. Zoretic
                                    Jason A. Champion

                                    Attorneys for Plaintiff,
                                    MONSTER ENERGY COMPANY

27845585

-1-