Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Jason A. Champion (CA SBN 259207)
jason.champion@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 5:17-CV-00548-CBM-(RAOx)<br><br>**DECLARATION OF RODNEY C. SACKS IN SUPPORT OF MONSTER ENERGY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>HEARING:<br>April 17, 2018<br>10:00 a.m.<br>Courtroom 8B<br><br>Hon. Consuelo B. Marshall |

I, Rodney C. Sacks, declare as follows:

1. I am the Chairman and Chief Executive Officer of Monster Energy Company ("Monster" or "MEC"), the Plaintiff in this action. If called upon to do so, I could and would testify truthfully based upon my own personal knowledge as follows.

2. Since 1990, I have acted as, and continue to act as, the Chairman and Chief Executive Officer of Monster. In that capacity, I am responsible for, and am actively involved, on a full time basis (both directly and indirectly), in all aspects of the business, including, but not limited to, product and business development, operations of the business, pricing, packaging, marketing, promoting, and distributing the company's products and marketing and promoting third-party events, athletes, teams and products. I am intimately involved in all business decisions relating to the development of new products, the launching and sale thereof, including marketing, as well as expansion plans and overall U.S. and international growth strategy for Monster.

3. Monster began using its MONSTER™, MONSTER ENERGY®, M MONSTER ENERGY®, and UNLEASH THE BEAST!® marks in 2002, when it launched its MONSTER™ line of drinks, and has continuously used these marks in connection with beverages, apparel, and other goods and services since that time. Monster has expanded its use of the MONSTER mark beyond drinks and uses the MONSTER mark on clothing, including t-shirts, sweatshirts, jackets, hats, gloves and sports helmets, backpacks, duffle bags, lanyards, stickers, decals, remote control cars, water bottles, coolers and a wide range of other products.

4. Since 2002, Monster has consistently used a distinctive trade dress for its packaging, promotional materials and apparel, including a stylized font for the mark MONSTER™ on a dark background, a bright contrasting accent color, including bright green, and an overall aggressive, edgy theme (the

"MONSTER Trade Dress"). Monster uses Pantone 375 for the bright green displayed on its packaging and promotional materials. True and correct copies of exemplary images and website printouts showing Monster's authorized products bearing Monster's MONSTER™ mark and MONSTER Trade Dress are attached hereto as Exhibit 1.

5. Monster has long used or licensed use of its MONSTER™ mark and MONSTER Trade Dress for products used in connection with or associated with motorized vehicles and motorsports. These products include, but are not limited to, automotive wheels, replica cars, remote control cars, graphic kits for motorized vehicles, clothing, gloves, stickers, sports helmets, bags, backpacks and other related accessories. True and correct copies of exemplary images and website printouts showing authorized products used in connection with or associated with motorized vehicles and motorsports bearing Monster's MONSTER™ mark and MONSTER Trade Dress are attached hereto as Exhibit 2.

6. Since 2002, Monster has expanded its family of MONSTER marks to include dozens of different trademarks that incorporate MONSTER, including, but not limited to, MONSTER REHAB®, MUSCLE MONSTER®, JUICE MONSTER®, MONSTER ASSAULT®, PUNCH MONSTER®, JAVA MONSTER®, UBERMONSTER®, MONSTER UNLEADED®, MONSTER ENERGY ABSOLUTELY ZERO®, MONSTER ENERGY ULTRA RED®, MONSTER ENERGY ULTRA BLUE®, MONSTER ENERGY ULTRA BLACK®, MONSTER ENERGY ULTRA CITRON®, MONSTER ENERGY ZERO ULTRA®, ASSAULT M MONSTER ENERGY®, and LO-CARB MONSTER ENERGY® (hereinafter referred to as "MONSTER Marks").

7. Monster has also expanded its use of BEAST-inclusive marks to include UNLEASH THE NITRO BEAST!®, REHAB THE BEAST!®, REHAB THE BEAST! WWW.MONSTERENERGY.COM®, UNLEASH THE

3

ULTRA BEAST!®, PUMP UP THE BEAST!®, UNLEASH THE CAFFEINE FREE BEAST!®, and HYDRATE THE BEAST!® (hereinafter referred to as "BEAST-inclusive Marks").

8. Since 2002, Monster has spent approximately $4.6 billion in marketing and promoting its Monster brand, including its MONSTER Marks, MONSTER Trade Dress, and BEAST-inclusive Marks worldwide. In 2017, Monster spent $537 million in advertising, promoting and marketing its Monster brand, including its MONSTER Marks, MONSTER Trade Dress and BEAST-inclusive Marks.

9. Since at least as early as 2003, Monster has been actively promoting and sponsoring sports, motorsports and music events under the MONSTER ENERGY® mark. As part of Monster's sponsorship and promotion of events, athletes, and teams, Monster engages in radio, print, online and social media promotion of the events, sports, and teams. For example, Monster will promote sponsored events and the events of sponsored teams and athletes through creating and distributing content on Monster's widely viewed www.MonsterEnergy.com website and/or social media accounts. Monster's www.MonsterEnergy.com website and YouTube, Facebook, Instagram and Twitter pages prominently display its MONSTER Marks including its MONSTER ENERGY® mark, MONSTER Trade Dress and BEAST-inclusive Marks. Monster will also promote events, teams and athletes by providing wrapped vehicles, banners and event signage, and through Monster's presence at the events, including by providing Monster product sampling and arranging appearances of the Monster Girls, among other things. Monster will also promote its sponsored athletes and teams by advertising their videos, podium finishes and activities extensively on the www.MonsterEnergy.com website, and Monster's YouTube, Facebook, Instagram and Twitter pages.

10. Monster has sponsored a wide variety of motorsports, athletes,

teams, and events, including NASCAR, Formula 1, MotoGP, Moto2, Supercross, motocross, MXGP, MX2, drag racing, drifting, flat track, off-road, rally, rallycross, snowmobile, speedway, stunt, superbike and freestyle motocross, among others. Through these sponsorships, Monster's MONSTER Marks including its MONSTER ENERGY® mark and MONSTER Trade Dress are prominently featured on the athletes' vehicles and clothing and are often displayed on banners throughout the venue hosting the competition. True and correct copies of an excerpt from a 2008 Sponsor Fulfillment Report for the Monster Energy AMA Supercross series and exemplary images of Monster's sponsorship of motorsports, athletes, teams and events in connection with the MONSTER Marks are attached hereto as Exhibit 3.

11. For example, in 2003, Monster began sponsoring and promoting the Balls of Steel Stunt Show, which features motorcyclists riding inside a hollow spherical steel cage. A true and correct copy of a printout showing Monster's promotion of the Balls of Steel Stunts tour on Monster's www.MonsterEnergy.com website in 2003 and in connection with the MONSTER Marks is attached hereto as Exhibit 4.

12. Since 2008, Monster has been the title sponsor of the Monster Energy® AMA Supercross series events. The Monster Energy® AMA Supercross series is well-known nationwide and consists of 16 or 17 events throughout the United States per year. Monster heavily promotes the Monster Energy® AMA Supercross series. Monster Energy® AMA Supercross series events are subject to extensive marketing in each city where the event takes place and the surrounding areas leading up to each event in the series including on television. To promote the Monster Energy® AMA Supercross series events, Monster runs promotions for pit passes, licenses Monster's MONSTER Marks for use in connection with clothing and other products, distributes signing cards and posters, holds pit parties, and advertises the events on its

website and social media sites. True and correct copies of Monster's promotional materials and website printout advertising the Monster Energy® AMA Supercross series events and displaying the MONSTER Marks are attached hereto as Exhibit 5.

13. Also since 2008, Monster has been the title sponsor of the Dub Show Tour. The Dub Show Tour is a custom car show and concert series that consists of approximately 12 events each year. As a sponsor, Monster promotes The Dub Show Tour by distributing posters and online advertising materials, among other ways. Since at least 2011, Monster has been the title sponsor of the Monster Energy® DUB Expo VIP Social, a party that takes place in Las Vegas in conjunction with SEMA. True and correct copies of exemplary images showing Monster's promotion of The Dub Show Tour in connection with the MONSTER Marks are attached hereto as Exhibit 6.

14. On January 1, 2017, Monster became the title sponsor of NASCAR's premier series (formerly called the NASCAR Sprint Cup Series), which is now called the Monster Energy® NASCAR Cup Series. Monster also became the official energy drink of NASCAR. NASCAR is the second most watched sport in the U.S., with over 5 million fans watching each of the 41 annual races. Below is the logo for the Monster Energy® NASCAR Cup Series:



Monster promotes NASCAR events by licensing its MONSTER Marks and

1  MONSTER Trade Dress for NASCAR apparel and accessories. Monster also
2  extensively markets and promotes NASCAR events on its
3  www.MonsterEnergy.com website and social media sites.

4    15. In addition to motorsports events, athletes and teams, Monster has
5  sponsored and promoted numerous other sporting events and athletes. For
6  example, as of 2015, Monster sponsors the Ultimate Fighting Championship
7  ("UFC"). In 2014, Monster became the presenting sponsor of the Winter and
8  Summer X Games, and this sponsorship will continue through the 2018 X
9  Games. From 2005 to 2009, Monster was the title sponsor of the Monster
10 Energy® Pipeline Pro surfing event. Monster also sponsors Rob Gronkowski, a
11 professional football player who plays for the NFL's New England Patriots.
12 Monster promotes Rob Gronkowski in a variety of ways including by naming its
13 Monster Energy® Gronk drink after him.

14    16. As for Monster's promotion of music events, Monster has
15 sponsored and promoted the Vans Warped Tour concert series since 2003.
16 Monster's promotion of the Vans Warped Tour event includes, but is not limited
17 to, advertising the concert series on the www.MonsterEnergy.com website,
18 distributing posters for the concert series, and displaying its MONSTER Marks
19 on concert stages at the event. True and correct copies of posters promoting the
20 Vans Warped Tour in connection with Monster's MONSTER Marks are
21 attached hereto as Exhibit 7. A true and correct copy of a printout from the
22 www.MonsterEnergy.com website showing Monster's promotion of the Vans
23 Warped Tour in connection with the MONSTER Marks is attached hereto as
24 Exhibit 8.

25    17. Monster also promotes and sponsors or has promoted or sponsored
26 several musicians and other music festivals, including, but not limited to, the
27 Monster Energy® Carolina Rebellion, Rock on the Range, Kansas City
28 Rockfest, Outbreak Tour, Stagecoach, Ozzfest, and Aftershock Festival.

Monster promotes these musicians and music festivals by running consumer promotions for tickets to the concerts and distributing coupons and materials at the point-of-sale of Monster's beverages advertising the concerts, among many other ways. For example, in 2007, Monster ran a consumer promotion where specially marked multi-packs of Monster's products provided consumers with the opportunity to win tickets to OzzFest 2007, a music festival put on by Ozzy Osbourne. A true and correct copy of Monster's promotional material for its consumer promotion to win tickets to the 2007 Ozzfest and displaying the MONSTER Marks is attached hereto as Exhibit 9.

18. From 2009-2012, Monster sponsored the Epicenter Music Festival, an annual music festival held in Southern California. In 2009, Monster ran a consumer promotion where it offered $10 off tickets to the Epicenter music festival. Monster also advertised the concert on promotional materials located at the point-of-sale of its beverage products. As part of its sponsorship of this festival, Monster received a share of the revenues from the Epicenter Music Festival.

19. Monster also sponsors several e-sports teams that have collectively competed in over 200 e-sports events. Monster has sponsored the Team Evil Geniuses since 2011, the Alliance since 2013, Team EnVyUs since 2014, the Fnatic since 2015, ViCi Gaming since 2016 and Team Liquid since 2016. Monster promotes its sponsored e-sports teams on its www.MonsterEnergy.com website and social media pages in connection with the MONSTER Marks.

20. Monster has also promoted the products of others on numerous occasions. For example, Monster and Toyo Tires teamed up with BJ Baldwin to produce a video series known as "Ballistic BJ Baldwin's Recoil." Both Monster's and Toyo Tire's brands were extensively cross-promoted in the video series.

21. In addition, Monster has promoted the products of others by

8

running sweepstakes and other promotions. For example, in 2005, Monster ran the Monster Energy® Kawasaki sweepstakes where the winner received a Kawasaki motorcycle. In 2007, Monster ran a Team Monster/Kawasaki Supercross give-away in which winners received Kawasaki motorcycles. In 2011, Monster ran another Team Monster/Kawasaki Supercross give-away in which the winners could choose between a Kawasaki superbike, dirt bike, jet ski or UTV. True and correct copies of Monster's promotional materials for the Monster Energy® Kawasaki sweepstakes and giveaways are attached hereto as Exhibit 10. These sweepstakes and giveaways heavily promoted Kawasaki and its products to Monster's fan base.

22. In 2006, Monster ran the Monster Makita Ultimate Truck Sweepstakes where the winner received a GMC truck filled with Monster Energy® drinks and Makita tools. True and correct copies of promotional materials for the 2006 Monster Makita Ultimate Truck Sweepstakes are attached hereto as Exhibit 11.

23. Monster has also promoted new video games released by Activision through co-branded products, in-game exclusive content, and promotional giveaways. For example, in 2009, Monster promoted the release of the Call of Duty Modern Warfare 2 game through special edition product packaging, displays in stores where Monster's beverages are sold and give-aways. In 2013, Monster promoted the release of Activision's video game Call of Duty Ghosts through the release of special edition cans bearing Call of Duty artwork and a consumer promotion where certain Monster drink cans had a unique code that consumers could use to redeem prizes. True and correct copies of images of Monster's promotional materials for Activision's video games and displaying the MONSTER Marks and an article titled "Monster Energy adds limited edition Call of Duty Ghosts can" are attached hereto as Exhibit 12.

24. Monster also recently promoted Ubisoft's new video game

9

Assassin's Creed Origins. Monster promoted this game by selling special edition cans and multipacks of Monster drinks bearing the "Assassin's Creed Origins" mark. Each of the cans bearing the "Assassin's Creed Origins" mark contained a code which could be used to redeem prizes including a trip for two to Ubisoft's headquarters or an Assassin's Creed Origin console bundle. True and correct copies of Monster's promotional materials for Ubisoft's Assassin's Creed Origins game and displaying the MONSTER Marks are attached hereto as Exhibit 13.

25. Monster has also provided numerous licenses to third parties to use Monster's MONSTER Marks in connection with the promotion of the third-party's goods and services. For example, in 2008, Monster and Kawasaki entered into a license agreement where Kawasaki used the MONSTER Marks on Kawasaki motorcycles and ATVs. In 2012, as part of the title sponsorship agreement with Kyle Busch Motorsports for sponsorship of the team in the NASCAR Nationwide Series, Monster granted a license to the team to use the MONSTER Marks to sell co-branded promotional apparel.

26. When Monster promotes an event, athlete, team or a third-party's product, Monster provides legitimacy to the event, athlete, team or product among Monster's fan base. Monster generates extensive exposure for the event, athlete, team or product in ways such as promotion on Monster's website and social media pages, promotional materials at the point-of-sale of Monster's beverage products and giveaways. The validation and legitimacy provided to the athlete, team, event or third-party product by Monster's promotion and sponsorship increases the likelihood that Monster's fans will also become fans of the sponsored athletes and teams, attendees of the sponsored events and consumers of the third-party products.

27. In consideration for Monster's promotional activities for the events and products of others, Monster receives value in the form of publicity and

promotion of Monster's brand. Monster frequently receives the right to display its MONSTER Marks on stages and hospitality areas of events that it promotes. Monster also receives the ability to display its MONSTER Marks on banners and signage and distribute its products at the events. This exposure of Monster's brand is an invaluable benefit to Monster. In addition, Monster has received direct financial compensation for its promotion of at least the Epicenter Music Festival.

28. In addition to its sponsorship of athletes, teams and events, Monster widely markets and promotes its MONSTER Marks, MONSTER Trade Dress and BEAST-inclusive Marks on promotional materials, apparel and merchandise, in magazines and online.

29. Monster's MONSTER Marks, MONSTER Trade Dress and/or BEAST-inclusive Marks have received significant exposure in national publications. For example, Monster and its brand have been featured in *Fortune*, *Businessweek, Newsweek*, and *The Wall Street Journal*. True and correct representative samples from publications promoting Monster and its marks are attached hereto as Exhibit 14.

30. Monster has made and distributed millions of point-of-sale marketing items that bear the MONSTER Marks, MONSTER Trade Dress and/or BEAST-inclusive Marks. These point-of-sale items include posters, display headers, static-cling stickers, signs, inflatables, display cards and stickers. These types of promotional materials have been distributed to more than 200,000 retail stores nationwide. True and correct copies of a representative sample of Monster's point-of-sale marketing items bearing the MONSTER Marks, MONSTER Trade Dress and/or BEAST-inclusive Marks are attached hereto as Exhibit 15.

31. Monster extensively advertises and promotes its MONSTER Marks, MONSTER Trade Dress and BEAST-inclusive marks online. Monster's

www.MonsterEnergy.com website and YouTube, Facebook, Instagram and Twitter pages prominently display the MONSTER Marks, MONSTER Trade Dress and BEAST-inclusive Marks. As of June 2015, Monster's www.MonsterEnergy.com website was receiving over 50,000 visitors per day.

32. Monster's Facebook page has over 26 million "likes." A true and correct copy of a printout from Monster's Facebook page is attached hereto as Exhibit 16.

33. As of March 2017, Monster's Instagram page had over 3.9 million followers. A true and correct copy of a printout from Monster's Instagram page is attached hereto as Exhibit 17.

34. As of March 2017, Monster's Twitter page had over 3.28 million followers. A true and correct copy of Monster's Twitter page is attached hereto as Exhibit 18.

35. As of March 2017, Monster's YouTube page had over 179 million views. A true and correct copy of Monster's YouTube page is attached hereto as Exhibit 19.

36. A recent report by Socialbakers, an organization that tracks brand popularity on Facebook, ranked Monster as the tenth most popular global brand. A true and correct copy of a printout of Socialbakers' report dated February 7,

/ / /

/ / /

/ / /

/ / /

/ / /

2018 is attached hereto as Exhibit 20.

37. As a result of Monster's extensive marketing and promotion, Monster is a nationwide leader in developing, marketing, selling and distributing beverages. Monster's energy drinks including those displaying Monster's MONSTER Marks, MONSTER Trade Dress and BEAST-inclusive Marks hold a 42% unit market share of the U.S. energy drink market. Monster's Monster line of drinks is the best-selling energy drink brand in the U.S. Monster now sells approximately 3 billion cans of drinks per year in the U.S., with estimated retail sales of approximately $6 billion per year.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 19th day of March, 2018, in Corona, California.

_____
Rodney C. Sacks