



## Onsite Sponsorship Benefits .....



MONSTER ENERGY START GATE PANELS



MONSTER ENERGY AND TORONTO RETAILER ANNOUNCER TOWER PANELS



MONSTER ENERGY LOGO ON RIDERS NUMBER PLATE



MONSTER ENERGY CHAMPIONSHIP LOGO ON EVENT MERCHANDISE

SUPERCROSSONLINE.COM

TRADE SECRET/COMMERCIALLY SENSITIVE
-30-
MEC004653
EXHIBIT 3



MEC023924
EXHIBIT 3



MEC023932
**EXHIBIT 3**