FFREY S. STANDLEY (OH # 0047248)
jstandley@standleyllp.com
MELISSA A. ROGERS MCCURDY (OH #0084102)
mmccurdy@standleyllp.com
F. MICHAEL SPEED, JR. (OH #0067541)
mspeed@standleyllp.com
Standley Law Group LLP
6300 Riverside Drive
Dublin, Ohio 43017
Telephone: (614) 792-5555
Fax: (614) 792-5536of

DOUGLAS C. SMITH (SBN 160013)
dsmith@smitlaw.com
SMITH LAW OFFICES, LLP
4204 Riverwalk Parkway, Suite 250
Riverside, California  92505
Telephone: (951)509-1355
Facsimile: (951)509-1356
Attorneys for Defendant
Integrated Supply Network, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 5:17-CV-00548-CBM-(RAO)<br><br>**DECLARATION OF MELISSA ROGERS MCCURDY**<br><br>Honorable Consuelo B. Marshall<br><br>Date:            April 17, 2018<br>Time:            10:00 a.m.<br>Location:            Courtroom 8B |

**1**

## DECLARATION OF MELISSA ROGERS MCCURDY

I, Melissa Rogers McCurdy, declare as follows:

1.      I am an attorney with the law firm of Standley Law Group LLP and I am admitted to practice *pro hac vice* before this Court.  I am an attorney for Defendant Integrated Supply Network, LLC. I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

2.      Attached as Exhibit 1 are true and correct copies of excerpts from the deposition of the 30(b)(6) deposition of ISN via Scott Pilkenton taken on March 8, 2017, in connection with the Opposition proceedings before the United States Patent and Trademark Office Trademark Trial and Appeal Board.

3.      Attached as Exhibit 2 is a true copy of Exhibit 279 to the 30(b)(6) deposition of ISN taken on February 21, 2018.

4.      Attached as Exhibit 3 are true and correct copies of excerpts from the deposition of Darlene Lott taken on November 17, 2017.

5.      Attached as Exhibit 4 are true and correct copies of excerpts from the 30(b)(6) deposition of Monster Energy Company via Rodney Sacks taken on February 5, 2018.

**2**

6.      Attached as Exhibit 5 to this declaration is a true and accurate copy of Defendant's Exhibit 60.

7.      Attached as Exhibit 6 to this declaration is a true and accurate copy of Defendant's Exhibit 66.

8.      Attached as Exhibit 7 to this declaration is a true and accurate copy of Defendant's Exhibit 67 which was produced to ISN by Monster Energy in conjunction with this case.

9.      Attached as Exhibit 8 to this declaration is a true and accurate copy of Defendant's Exhibit 68, which are screenshots obtained of the Monster.com employment website.

10.      Attached as Exhibit 9 to this declaration is a true and accurate copy of Defendant's Exhibit 75, the Monster Beverage Corp. 10-K for the Period Ending 12/31/2016.

11.      Attached as Exhibit 10 to this declaration are true and correct copies of excerpts from the deposition of Marianne Radley taken on November 2, 2018.

12.      Attached collectively as Exhibit 11 to this declaration are true and correct copies of Defendant's deposition Exhibits 19, 20, 21, 22, 23, 24, 25, 26, and 28.

**3**

13.    Attached as Exhibit 12 to this declaration is a true and correct copy of an article from the January 15, 2003 edition of *Beverage World* which was produced by Monster Energy Company during discovery (Bates numbered MEC006004-6005).

14.    Attached as Exhibit 13 to this declaration are true and correct copies of excerpts from the deposition of Mitch Covington taken on November 9, 2017.

15.    Attached as Exhibit 14 to this declaration is a true and correct copy of the Complaint filed on March 3, 2011 in *Hanson Beverage Company, d/b/a Monster Beverage Company, v. Consolidated Distributors, Inc. et al* filed in the United States District Court Middle District of Florida Orlando Division.  The case was assigned Case No. 6:11-CV-329-ORL-22DAB ("the Consolidated Distributors Case").  I personally obtained the copy of the complaint attached in Exhibit 14 from the Public Access to Court Electronic Records System (PACER).

16.    Attached as Exhibit 15 to this declaration is a true and correct copy of the deposition of Rodney Sacks taken on September 20, 2012 which was filed with the Court in *Hanson Beverage Company, d/b/a Monster Beverage Company, vs. Consolidated Distributors, Inc. et al* filed in the United States District Court Middle District of Florida Orlando Division. I personally obtained the copy of the

**4**

Deposition that is attached in Exhibit 15 from the Public Access to Court Electronic Records System (PACER).

17.    Attached as Exhibit 16 to this declaration is a true and correct copy of Exhibit A10 to the Second Amended Complaint in the Consolidated Distributors case.    I personally obtained the copy of the ExhibitA10 that is attached in Exhibit 16 from the Public Access to Court Electronic Records System (PACER).

18.    Attached as Exhibit 17 to this declaration is a true and correct copy of Monster Energy Company's Response to Interrogatory No. 16.

19.    Attached as Exhibit 18 to this declaration is a true and correct copy of the Webster's New World Dictionary, Third College Edition definition of "Monster" (Bates numbered ISN000120-125).

20.    According to the current records of the United States Patent and Trademark Office, Feld Motor Sports, Inc. owns U.S. trademark Registration No. 2,116,431 for the MONSTER JAM trademark which recites "entertainment services namely, outdoor motor sporting events including car and truck racing and demonstrations and exhibits."    A true and correct copy of  U.S. trademark Registration No. 2,116,431 is attached hereto as Exhibit 19.

**5**

21.     According to the current records of the United States Patent and Trademark Office, Dover Motorsports, Inc. owns U.S. Trademark Registration No. 1,705,113 for the MONSTER MILE trademark which is associated with "men's women's and children's casual apparel; namely, T-shirts, hats, jackets, sweatshirts, and sweatpants" and which registered on August 4, 1992.  A true and correct copy of  U.S. trademark Registration No. 1,705,113 is attached hereto as Exhibit 20.

22.     According to the current records of the United States Patent and Trademark Office, Dover Motorsports, Inc. also owns U.S. Trademark Registration No. 2,105,583 for the MONSTER MILE trademark which is associated with "entertainment services in the nature of automobile races" and which registered on October 14, 1997. A true and correct copy of  U.S. trademark Registration No. 2,105,583 is attached hereto as Exhibit 21.

23.     According to the current records of the United States Patent and Trademark Office, Monster, Inc. owns U.S. Trademark Registration No. 2,575,745 for MONSTER which is associated with "electronic game accessories, namely, electrical cables, electrical connectors" and which registered on June 4, 2002.  A true and correct copy of U.S. trademark Registration No. 2,575,745 is attached hereto as Exhibit 22.

**6**

24.     According to the current records of the United States Patent and Trademark Office, Monster, Inc. owns U.S. Trademark Registration No. 1,665,277 for MONSTER MUSIC as associated with "production of compact discs" and "distributorship services in the field of prerecorded compact discs" and which registered on November 19, 1991.  A true and correct copy of U.S. trademark Registration No. 1,665,277 is attached hereto as Exhibit 23.

25.     According to the current records of the United States Patent and Trademark Office, Monster, Inc. owns U.S. Trademark Registration No. 1,537,306 for MONSTER MUSIC which is associated with "compact discs" and which registered on May 2, 1989.    A true and correct copy of U.S. trademark Registration No. 1,537,306 is attached hereto as Exhibit 24.

26.     According to the current records of the United States Patent and Trademark Office, Monster, Inc. owns U.S. Trademark Registration No. 1,340,229 for MONSTER CABLE which is associated with "musical and voice signal transmitting cable and connectors therefor" and which registered on June 11, 1985.  A true and correct copy of U.S. trademark Registration No. 1,340,229 is attached hereto as Exhibit 25.

27.     According to the current records of the United States Patent and Trademark Office, Boston Red Sox Baseball Club owns U.S. Trademark

7

Registration No. 1,742,345 for GREEN MONSTER which is associated with "clothing; namely, shirts, hats, caps" and which registered on December 22, 1992. A true and correct copy of U.S. trademark Registration No. 1,742,345 is attached hereto as Exhibit 26.

28.    According to the current records of the United States Patent and Trademark Office, Boston Red Sox Baseball Club owns U.S. Trademark Registration No. 3,397,948 for GREEN MONSTER which is associated with "concession stands featuring food and beverages" and which registered on March 18, 2008.  A true and correct copy of U.S. trademark Registration No. 3,397,948 is attached hereto as Exhibit 27.

29.    According to the current records of the United States Patent and Trademark Office, Boston Red Sox Baseball Club owns U.S. Trademark Registration No. 3,607,649 for GREEN MONSTER which is associated with "ENTERTAINMENT SERVICES, NAMELY, BASEBALL GAMES, COMPETITIONS, TOURNAMENTS AND EXHIBITIONS RENDERED LIVE AND THROUGH BROADCAST MEDIA INCLUDING TELEVISION, RADIO, SATELLITE, WIRELESS, AUDIO AND VIDEO MEDIA, TELEPHONE, FIBER OPTICS, WIRELESS FIDELITY AND OTHER ELECTRONIC MEDIA AND VIA A GLOBAL COMPUTER NETWORK OR

**8**

A COMMERCIAL ON-LINE SERVICE; INFORMATION SERVICES, NAMELY, PROVIDING INFORMATION IN THE FIELD OF SPORTS, ENTERTAINMENT AND RELATED TOPICS, AND PROVIDING FOR INFORMATIONAL MESSAGES RELATING THERETO; EDUCATIONAL SERVICES IN THE NATURE OF BASEBALL SKILLS PROGRAMS, AND CLINICS OFFERED LIVE ORGANIZING COMMUNITY SPORTING EVENTS; LIVE PERFORMANCES BY COSTUMED CHARACTERS AND PERFORMANCES FEATURING COSTUMED OR CARTOON CHARACTERS EXHIBITED OVER TELEVISION, SATELLITE AND VIDEO MEDIA; PROVIDING FACILITIES FOR SPORTS EVENTS, TOURNAMENTS, COMPETITIONS, EXHIBITIONS, AND ENTERTAINMENT, INCLUDING PROVIDING SUCH EVENTS FOR PUBLIC EXHIBITION AND PROVIDING OTHER CUSTOMARY STADIUM SERVICES, NAMELY, RENTAL OF STADIUM FACILITIES AND PROVIDING FACILITIES FOR STADIUM TOURS; ORGANIZING AND CONDUCTING SPORTS CONTESTS AND SWEEPSTAKES; FAN CLUBS" and which registered on April 14, 2009.  A true and correct copy of U.S. trademark Registration No. 3,607,649 is attached hereto as Exhibit 28.

**9**

30.     According to the current records of the United States Patent and Trademark Office, Monster Worldwide, Inc. owns U.S. Trademark Registration No. 2,347,985 for MONSTER which is associated with "computer services, namely, providing databased featuring recruitment and employment information, employment advertising, career information and resources, resume creation, resume transmittals and communication of responses thereto via a global computer network" and which registered on May 9, 2000.   A true and correct copy of U.S. trademark Registration No. 2,347,985 is attached hereto as Exhibit 29.

31.     According to the current records of the United States Patent and Trademark Office, Carbide Company, LLC owns U.S. Trademark Registration No. 2,343,242 for TOOL MONSTER which is registered in association with "power operated cutting tools made of carbide, high speed steel, and cobalt for the machining industry, namely drills, reamers, and center drills" and which registered on April 18, 2000.   A true and correct copy of U.S. trademark Registration No. 2,343,242 is attached hereto as Exhibit 30.

32.     According to the current records of the United States Patent and Trademark Office, Carbide Company, LLC owns U.S. Trademark Registration No. 2,345,237 for METAL MONSTER which is registered as associated with

**10**

"Metal carbide raw material in the form of rods and bars to be formed into metal cutting tool bits" and which registered on April 25, 2000.  A true and correct copy of U.S. trademark Registration No. 2,345,237 is attached hereto as Exhibit 31.

33.     According to the current records of the United States Patent and Trademark Office, Carbide Company, LLC owns U.S. Trademark Registration No. 3,167,874 for MEGA MONSTER which is associated with "tool bits for mounting on power tools, namely drills" and which registered on November 7, 2006.  A true and correct copy of U.S. trademark Registration No. 3,167,874 is attached hereto as Exhibit 32.

34.     According to the current records of the United States Patent and Trademark Office, Odwalla, Inc. owns U.S. Trademark Registration No. 1,970,362 for C MONSTER which is associated with "nonalcoholic fruit juice based beverages" and which registered on April 23, 1996.  A true and correct copy of U.S. trademark Registration No. 1,970,362 is attached hereto as Exhibit 33.

35.     Attached hereto as Exhibit 34 is a true and accurate copy of MEC0060434-MEC0060449, which was produced to ISN by Monster Energy in conjunction with this case.

**11**

36.     Attached hereto as Exhibit 35 is a true and accurate copy of Defendant's Exhibit 82, which was produced to ISN by Monster Energy in conjunction with this case.

37.     Attached hereto as Exhibit 36, is a true and accurate copy of an office action that was filed by Monster Energy on January 25, 2006 in U.S. Application Serial No. 78/658,118.  I personally obtained the office action response that is attached hereto as Exhibit 36 from the United States Patent and Trademark Office Trademark Status & Document Retrieval (TSDR) system, where all documents filed in U.S. trademark applications are made publicly available.

38.     According to the current records of the United States Patent and Trademark Office, Ducati Motor Holdings S.P.A. owns U.S. Trademark Registration No. 2,454,334 for MONSTER which is associated with "Motor vehicles, structural parts and fittings therefor, the foregoing excluding automobile tires; motorcycles, bicycles, structural parts and fittings therefor, the foregoing excluding automobile tires; two-wheeled motor vehicles, structural parts and fittings therefor, namely, chainwheels, cranks, air pumps, alarming horns, saddles, spindles, stands, spokes, chains, chain cases, inner tubes, mudguards, grips, luggage carriers, hubs, handlebars, freewheels, frames, pedals, front forks, wheel rims, and tires, the foregoing excluding automobile tires; non-electric

**12**

motor and vehicle parts for land vehicles, namely, internal combustion engines, machine elements for land vehicles, namely, shafts, axles, spindles, journals, shaft couplings, bearings, power transmissions, shock absorbers, springs, brakes, alternating current motors, direct current motors; the foregoing excluding automobile tires" and which registered on May 29, 2001.  A true and correct copy of U.S. trademark Registration No. 2,454,334 is attached hereto as Exhibit 37.

39.     Attached as Exhibit 38 is a true and accurate copy of Defendant's Exhibit 80 which was produced to ISN by Monster Energy in conjunction with this case.

40.     On February 15, 2018, I personally visited the website for the United States Patent and Trademark Office.  At the USPTO's website, you can perform a search of all "live" applications and trademark registrations.  I performed a search of those applications and registrations to see how many contained the term "monster."   The search indicated that there were 1,629 applications and registrations that included "monster."  Attached hereto as Exhibit 39 is a true and accurate copy of the search results discussed herein.

41.     Attached as Exhibit 40 is a true and accurate copy of ISN's Response to Interrogatory No. 14.

42.     Attached as Exhibit 41 is a true and accurate copy of ISN002303.

**13**

43.     Attached as Exhibit 42 are true and accurate copies of excerpts from the February 16, 2018 Deposition of Don Barry, which was taken in conjunction with this case.

44.     Attached as Exhibit 43 are true and accurate copies of excerpts from the February 21, 2018 30(b)(6) Deposition of Integrated Supply Network, LLC via Sarah M. Shelstrom.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20th day of March, 2018 in Dublin, Ohio.

_____

Melissa Rogers McCurdy

**14**