JEFFREY S. STANDLEY (OH # 0047248)
jstandley@standleyllp.com
MELISSA A. ROGERS MCCURDY (OH #0084102)
mmccurdy@standleyllp.com
F. MICHAEL SPEED, JR. (OH #0067541)
mspeed@standleyllp.com
Standley Law Group LLP
6300 Riverside Drive
Dublin, Ohio 43017
Telephone: (614) 792-5555
Fax: (614) 792-5536

DOUGLAS C. SMITH (SBN 160013)
dsmith@smitlaw.com
SMITH LAW OFFICES, LLP
4204 Riverwalk Parkway, Suite 250
Riverside, California  92505
Telephone: (951)509-1355
Facsimile: (951)509-1356
Attorneys for Defendant
Integrated Supply Network, LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company, <br><br> Defendant. | Case No. 5:17-CV-00548-CBM-(RAO) <br><br> **DECLARATION OF JAMES T. BERGER** <br><br> Honorable Consuelo B. Marshall <br><br> Date: April 17, 2018 <br> Time: 10:00 a.m. <br> Location: Courtroom 8B |

**1**

### DECLARATION OF JAMES T. BERGER

I, James T. Berger, declare as follows:

1.      I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

2.      I am the principal of James T. Berger/Market Strategies, a strategic marketing communications and consulting firm.

3.      I am a faculty member at Roosevelt University and I currently teach courses in Advertising, Consumer Behavior, Personal Selling and Sales Management, Global Marketing, Marketing Management, and Marketing in Theory and Practice at Roosevelt University's Walter E. Heller College of Business Administration.

4.      I have previously taught graduate and undergraduate marketing-related courses at DePaul University and Loyola University, and Northwestern University's Kellogg Graduate School of Management. In addition, I have taught undergraduate courses at Northwestern University's School of Continuing Studies, The University of Illinois at Chicago, and The Lake Forest Graduate School of Management.

5.      In November 2011, Oxford University Press published a book that I co-authored with R. Mark Halligan of the law firm of Nixon Peabody entitled

**2**

Trademark Surveys: A Litigator's Guide. The second edition of this book came out in 2015. A second book, Trademark Surveys in the Age of Daubert was published by Lexis-Nexis Matthew Bender in spring, 2017. I have authored many articles dealing with marketing and other business-related issues.

6.       I received a Master's Degree in Business Administration in 1978 from the University of Chicago Graduate School of Business, with concentrations in marketing and finance.  I also received a Master of Science Degree in Journalism from Northwestern University's Medill School of Journalism in 1965, with concentrations in the news and editorial sequence, and a Bachelor of Arts Degree with a major in journalism from the University of Michigan in 1964.

7.       I have previously worked as an Account Supervisor for two Downtown Chicago advertising agencies, as Vice President and Director of Public Relations for another Chicago advertising agency, and as Account Supervisor for two major Chicago public relations agencies. I have had my own marketing communications consulting practice for more than 25 years, and have been involved in marketing consulting and survey work for law firms for more than 15 years.

**3**

8.     I have extensive market research experience, including quantitative and qualitative survey research, and have performed in-person, telephone, and Internet-based interviewing in various industries with respect to brands and trademarks. I have also designed and coordinated market research programs, including drafting questionnaires, performing and supervising personal interviews, organizing focus groups, tabulating and evaluating data, and preparing research reports.

9.     I have delivered continuing legal education programs entitled "Intellectual Property Surveys: Best Practices" twice before the Chicago Bar Association, twice before the Milwaukee Bar Association, before the St. Louis Bar Association, and before the Texas Bar Association. In addition, I was a presenter at a session in March 2003, before the Minnesota State Bar Association, entitled "The Effective Use of Survey Experts and Evidence in Trademark Cases."

10.     I have testified as an expert in strategic marketing, marketing communications and intellectual property surveys with respect to brands and trademarks. Over the last 15 years, I was retained as an expert in more than 60 lawsuits. In many of those lawsuits, the issue was some form of trademark or trade dress infringement, likelihood of confusion, and/or whether a trademark

**4**

had achieved secondary meaning. In addition, I have been retained as an expert in cases involving efforts to prove or disprove whether names were generic, descriptive, or suggestive. In many of those lawsuits, I have given deposition and/or trial testimony.

11.     I have authored 18 articles on intellectual property and trademark/secondary meaning surveys for INTELLECTUAL PROPERTY TODAY Magazine.

12.     I have been retained by Standley Law Group, LLP, counsel for Integrated Supply Network, LLC, in conjunction with the above-referenced matter to perform market research pertaining to the above-captioned matter.

13.     In conjunction with my research, I prepared a Report, which I understand has been produced to counsel for Monster Energy.  A true and accurate copy of my Report is attached hereto as Exhibit 1 (hereinafter "My Report").

14.     I hereby incorporate fully herein by reference My Report, and the Exhibits attached thereto, which accurately reflects my opinions.  Additional biographical material, including lists of testimony and publications, is provided in my attached Report and the Exhibits attached thereto.

15.      "Monster" is a dictionary-defined term.

**5**

16.     As explained in My Report, I have observed numerous companies using "monster" in U.S. commerce.

17.     MONSTER JAM is a motorsport event that tours the U.S.

18.     The following images are of t-shirts being sold in U.S. commerce with the MONSTER JAM trademark on them:

 

Which are just two of the many apparel items being sold with the MONSTER JAM mark on them via Monster Jam's website.

19.     Dover International Speedway is a race track in Dover, Delaware known as the MONSTER MILE.

20.     T-shirts, beverage tumblers, flags, lanyards and mugs are being sold in the U.S. with the MONSTER MOBILE mark on them, including the following t-shirts that are being sold at the online NASCAR shop:

**6**



21.     Monster, Inc., sometimes referred to as "Monster Cable", is an American company that sells products including audio cables and headphones under the MONSTER mark.

22.     The following image is of a pair of MONSTER headphones being sold in commerce by Monster, Inc.:



23.     Monster, Inc.'s MONSTER products are sold in stores, such as Walmart, that sell Monster Energy products.

**7**

24.    www.monster.com is an employment website operated by Monster Worldwide, Inc.



25.    Monster Worldwide, Inc. operates an employment website under the MONSTER mark at www.monster.com (the "monster website").

26.    Carbide Company, LLC, which does business as Monster Tool Company, is headquartered in Vista, California and sells carbide tool pieces under the MONSTER TOOL COMPANY and MONSTER marks.

27.    The Odwalla C MONSTER beverages are sold in some of the same stores that sell Monster Energy beverages.

28.    Ducati Motor Holdings S.P.A. sells MONSTER-branded motorcycles throughout the U.S.

**8**

29.    The following images show several Ducati MONSTER motorcycles being offered for sale in the U.S. as of February 2018:



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17



18    30.    The following are images of MONSTER MOTO mini-bikes

19  available for purchase in the U.S.:

20
21
22
23
24
25
26
27    **13**
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15
16
17
18
19
20
21
22
23
24
25
26



27

**14**

28



31.     The website www.monstertransmission.com is the Monster

Transmission & Performance website.

32.     The following are screenshots of the Monster Transmission &

Performance website:



15



33.     At the Monster Transmission website, you can shop for various automobile transmissions, accessories, and transmission parts.

34.     Matco is another company that sells tools in the U.S. through mobile tool distributors.

35.     Matco is using "monster" in conjunction with various tool products sold in the U.S. including "telescoping super monster magnet pickup tools," "monster scrapers," and "monster creepers."

36.     Cornwell is another company that sells tools in the U.S. through mobile tools distributors.

37.     Cornwell is using "monster" in conjunction with service jacks it sells in the U.S. under THE BLUE MONSTER mark:

**16**



38.     Snap-on is another company that sells tools in the U.S. through mobile tool distributors.

39.     Snap-on is selling "MonsterLithium" impact wrenches:

**17**

40.     Mill-Rose has a BLUE MONSTER brand of products such as seal tape and sealants that can be purchased in the U.S. including at www.amazon.com.

41.     The website www.bluemonsterproducts.com provides a website for BLUE MONSTER products.

42.     The following is an image of BLUE MONSTER thread tape that can be purchased through Amazon.com:



43.     Cargo Boss sells MONSTER-GRIP Ratchets in the U.S. through stores such as Home Depot.

44.     The following is an image of a Cargo Boss MONSTER GRIP ratcher:

**18**



45.     Komelon sells MONSTER MAGGRIP measuring devices in the U.S..

46.     The following is an image of a Komelon MONSTER MAGGRIP measuring device that can be purchased in the U.S. including at least through www.amazon.com and wal-mart.com:



**19**

47.     Monster Magnetics is a company that sells a variety of magnetic items, including heavy duty magnetic hooks adapted to hold tools, throughout the U.S.

48.     Mac Industries, Inc. sells a line of lug nuts under the MONSTER LUG mark throughout the U.S.

49.     The following is an image of a Mac Industries MONSTER LUG product:



1
2
3
4

50.     Walmart sells MONSTER products.  Below are screenshots from Walmart.com showing some of the products that can be bought under "monster" at Wal-Mart:

5
6
7
8
9
10
11
12
13
14
15
16



17
18
19
20
21
22
23
24
25
26
27

**21**

28







**23**



24





**25**



51.   I have observed many products being sold under "monster" at Wal-Mart.com including:

- Monster Energy drinks:

- Monster Cable headphones and audio-visual equipment:



- Monster Jam toys:



- Monster Hook tow hooks:



- Komelon MONSTER MagGrip measuring tape:



- 55 Amp Portable Monster Battery Charger



- Pickup Tool Super Monster Mag



29

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Monster Dry Diamond Granite Hold Saws:



- Monster Dry Diamond Polishing Pads:



**30**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Monster Mops:



- Monster Ratchets:



- Monster Mill Roller Mills



- Blue Monster Scrubbing Towels



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- MONSTER TRUCKS piano dollys and handtruck dollys





1

- McGuire Nicholas MONSTER hooks and knee pads

2

3

4

5

6

7

8

9

10



11

12

13

14

15

16

17

18

19

20



21

22

23

24

25

26

27

**34**

28

➢ Lockless Monster anti-theft cables:



• Monster Motobikes:



- Cytosport MONSTER products:



52.    Frankenstein, the Wicked Witch of the West, the Hulk, the Green Monster outfield wall at Fenway park, Slimer from ghostbusters, Godzilla, the Creature from the Black Lagoon, Herman Munster, etc. are all green and black monsters that have been around for decades.  Below are some illustrations of some of these historical green and black monsters

**36**







**38**





**39**

1
2
3
4
5
6
7
8
9
10



11      I declare under penalty of perjury under the laws of the United States that

12 the foregoing is true and correct.

13      Executed this 20 day of March, 2018,

14
15
16
17
18
19
20      _____
21      James T. Berger
22
23
24
25
26
27      **40**
28