JEFFREY S. STANDLEY (OH # 0047248)
jstandley@standleyllp.com
MELISSA A. ROGERS MCCURDY (OH #0084102)
mmccurdy@standleyllp.com
F. MICHAEL SPEED, JR. (OH #0067541)
mspeed@standleyllp.com
Standley Law Group LLP
6300 Riverside Drive
Dublin, Ohio 43017
Telephone: (614) 792-5555
Fax: (614) 792-5536

DOUGLAS C. SMITH (SBN 160013)
dsmith@smitlaw.com
SMITH LAW OFFICES, LLP
4204 Riverwalk Parkway, Suite 250
Riverside, California  92505
Telephone: (951)509-1355
Facsimile: (951)509-1356
Attorneys for Defendant
Integrated Supply Network, LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 5:17-CV-00548-CBM-(RAO)<br><br>**DECLARATION OF DAVID PENTECOST**<br><br>Honorable Consuelo B. Marshall<br><br>Date:          April 17, 2018<br>Time:          10:00 a.m.<br>Location:          Courtroom 8B |

1

## DECLARATION OF DAVID PENTECOST

I, David Pentecost, declare as follows:

1.      I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

2.      I am a Advertising Manager at Integrated Supply Network, LLC ("ISN").

3.      I have been employed with Integrated Supply Network, LLC for approximately 18 years.

4.      ISN is an automotive tool and equipment specialist whose primary business is distributing automotive tools and equipment for third parties.

5.      One of the markets served by ISN is the mobile tool distribution market which is made of up mobile tool distributors.

6.      Mobile tool distributors, are businesses that utilize trucks ("tool trucks") to travel to locations where tools are utilized on a daily basis to make sales of tools and related products.

7.      In addition to the third-party brands it distributes, ISN has several "house brands" of automotive tools and equipment which ISN distributes under trademarks that were either created by ISN or acquired by ISN from a predecessor-in-interest.

**2**

8.      The MONSTER MOBILE line of products accused in this case is one of ISN's house brands sold under a trademark created by ISN.

9.      Prior to 2010, ISN had used "monster" in conjunction with various tool promotions which ISN referred to as "monster deals."

10.     The following is a true and accurate copy of a promotional advertisement utilized by ISN for one of its "monster deals" promotions in 2009:



11.    In 2010, I was asked to design a logo for ISN's in-house brand of mobile-dealer distributed tools that would be sold under "monster." I personally designed the following MONSTER MOBILE logo:



12.    I do not believe the ISN MONSTER MOBILE trademarks and Monster Energy's trademarks are related.

13.    I have no reason to believe that ISN's MONSTER MOBILE line was developed based on anything being done commercially by Monster Energy.

14.    I did not design the MONSTER MOBILE logo to look like anything being done by Monster Energy.  In fact, I did not consider Monster Energy at all when I was designing the logo.

15.    I have personal knowledge of ISN's development of the MONSTER MOBILE brand and I don't recall there ever being a discussion about Monster Energy or Monster Energy ever coming up.

**4**

16.  I am very familiar with the MONSTER MOBILE product line and have seen the packaging used for the MONSTER MOBILE products many times.

17.  The following image shows a MONSTER MOBILE digital tire inflator in its packaging:



**5**

18. The following image shows a MONSTER MOBILE 43-piece mechanics tool set in its product packaging:



19. The following image shows a MONSTER MOBILE 9-piece tamper proof torx set in its product packaging:



**6**

20.   The following image shows a MONSTER MOBILE ratchet set in its packaging:



21.   The following image shows a Tripod for a Bluetooth Flood Light in its packaging:



**7**

22.  The following image shows a MONSTER MOBILE "Slim Handy Light" in its packaging:



23.  The following image shows a MONSTER MOBILE flashlight in its packaging:



8

24.  The following image shows a MONSTER MOBILE jump starter in its packaging:



25.  The following image shows a MONSTER MOBILE box joint plier in its packaging:



**9**

26. Swedish Pipe Wrench in its packaging:



27. The following is a photograph of the MONSTER MOBILE 13" Swedish Pipe Wrench removed from its packaging:



28. The following image shows a MONSTER MOBILE mini butterfly impact wrench in its packaging:

**10**



29.  The following image shows a MONSTER MOBILE low vibration air saw in its packaging:



**11**

30. The following image shows a MST3304BKFBH MONSTER MOBILE tool chest in its product packaging:



31. The following image shows the MST3304BKFBH MONSTER MOBILE tool chest out of its product packaging:



**12**

32.   The following image shows a MONSTER MOBILE 7 pc Hole Saw Kit in its product packaging:



33.   The following image shows a MONSTER MOBILE Variable Speed Polisher in its product packaging:



**13**

34. The following image shows a MONSTER MOBILE Lumen Foldable Twist Light in its product packaging:



35. The following image shows a MONSTER MOBILE Low Profile R/O Sander in its product packaging:



**14**

36.   The following image shows a MONSTER MOBILE 5-piece Angled Pliers plus Tongue & Groove Pliers Set in its product packaging:



37.   The following image shows a MONSTER MOBILE Mini Super Duty Air Impact Wrench in its product packaging:



**15**

38. The following image shows a MONSTER MOBILE Mini Composite Impact Wrench in its product packaging:



39. The following image shows a MONSTER MOBILE Air Hydraulic Riveter in its product packaging:



**16**

40.   The  following  image  shows  a  MONSTER  MOBILE  58  pc.  Dr. Spline Socket and Bit Set in its product packaging:



41.   The following image shows a MONSTER MOBILE smoke leak locator in its product packaging:



**17**

42. The following image shows a MONSTER MOBILE low profile service jack in its product packaging:



43. The following image shows a pair of MONSTER MOBILE 4 Ton Professional Jack Stands in their product packaging:



**18**

44. The following image shows a MONSTER MOBILE aluminum manifold gauge set in its product packaging:



45. The following image shows a MONSTER MOBILE 46 Interchangeable Impact Bit Driver Set in its product packaging:



**19**

46.   The following image shows a MONSTER MOBILE 2-piece Metric Double Box Universal Spline Ratcheting Wrench Set it its Product Packaging:



47.   The following image shows a MONSTER MOBILE COB Palm Light in its product packaging:



**20**

48. The following image shows a MONSTER MOBILE Infrared Thermometer in its product packaging:



49. The following image shows several boxes of MONSTER MOBILE nitrile work gloves:



**21**

50.   The following image shows a MONSTER MOBILE worklight in its product packaging:



51.   ISN markets/advertises the MONSTER MOBILE products in the U.S. using several platforms including Tech's Edge.

52.   Tech's Edge is a catalog put together by ISN for its mobile tool distributor customers, who in turn provide it to end users, that advertises products that ISN sells to its mobile tool distribution channel.

53.   MONSTER MOBILE is one of many tool brands that ISN advertises in Tech's Edge.

**22**

54. ISN also markets/advertises the MONSTER MOBILE products using a MONSTER MOBILE catalog that is created by ISN.

55. The MONSTER MOBILE catalogs are provided by ISN to its mobile dealer customers so that they can be distributed to end users of the MONSTER MOBILE products.

56. The MONSTER MOBILE catalogs feature only MONSTER MOBILE products.

57. ISN also markets/advertises the MONSTER MOBILE products by placing advertisements in Professional Tool & Equipment News and Professional Distributor Magazine, which are both trade magazines.

58. ISN also markets/advertises the MONSTER MOBILE product line by featuring a MONSTER MOBILE booth at its two annual trade shows: Tool Dealer Expo and Tool Expo West.

59. Tool Dealer Expo and Tool Expo West are invitation-only events for ISN's customers.

60. The Tool Dealer Expo and Tool Expo West tradeshows each feature over 150 vendor booths housing brands of tools and equipment being sold by ISN including booths for some of ISN's house brands such as MONSTER MOBILE.

23

61.  At its trade shows, ISN only sells MONSTER MOBILE products to mobile tool distributors that have been approved by ISN to purchase the line.

62.  ISN also promotes the MONSTER MOBILE product line by sending email blasts featuring MONSTER MOBILE products and/or information to mobile tool distributors that have agreed to receive such communications from ISN.

63.  ISN has a Facebook page for the MONSTER MOBILE product line.

64.  ISN does not sell any MONSTER MOBILE products through its Facebook page.

65.  ISN also features MONSTER MOBILE products on its Tech's Edge Plus website which is available at www.techs-edge.com.

66.  MONSTER MOBILE is one of numerous brands that ISN sells to its mobile tool distributor customers that is featured on the Tech's Edge Plus website.

67.  The following image is a screenshot from ISN's Tech's Edge Plus home page:



68. Products – including MONSTER MOBILE products – cannot be purchased via the Tech's Edge Plus website by the general public.

69. ISN's mobile distributors who are approved to sell the MONSTER MOBILE brand may log-in to the Tech's Edge Plus website and place orders for MONSTER MOBILE products and other brands of products that ISN sells to its mobile distributors.

70. ISN has never marketed, advertised, or promoted the MONSTER MOBILE brand or any MONSTER MOBILE product(s) using motorsports.

71. The "monster" component of ISN's MONSTER MOBILE mark and MONSTER MOBILE logo appears in the following font:



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this _19_ day of March, 2018 in Lakeland, Florida.

_____

David Pentecost