JEFFREY S. STANDLEY (OH # 0047248)
jstandley@standleyllp.com
MELISSA A. ROGERS MCCURDY (OH #0084102)
mmccurdy@standleyllp.com
F. MICHAEL SPEED, JR. (OH #0067541)
mspeed@standleyllp.com
Standley Law Group LLP
6300 Riverside Drive
Dublin, Ohio 43017
Telephone: (614) 792-5555
Fax: (614) 792-5536

DOUGLAS C. SMITH (SBN 160013)
dsmith@smitlaw.com
SMITH LAW OFFICES, LLP
4204 Riverwalk Parkway, Suite 250
Riverside, California 92505
Telephone: (951)509-1355
Facsimile: (951)509-1356
Attorneys for Defendant
Integrated Supply Network, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company, <br><br> Defendant. | Case No. 5:17-CV-00548-CBM-(RAO) <br><br> **DECLARATION OF MICHAEL WAGNER** <br><br> Honorable Consuelo B. Marshall <br><br> Date:        April 17, 2018 <br> Time:        10:00 a.m. <br> Location:   Courtroom 8B |

**1**

## DECLARATION OF MICHAEL WAGNER

I, Michael Wagner, declare as follows:

1. I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

2. I am currently a Senior Advisor at LitiNomics, Inc., a financial and economic consulting firm specializing in the analysis of economic issues that arise in commercial disputes.

3. I am a Certified Public Accountant (currently on inactive status after 35 years with an active license) and attorney (currently on inactive status after 38 years with an active license) licensed in the State of California. I have been a Partner at Price Waterhouse; a Managing Director at Putnam, Hayes & Bartlett; and a Senior Advisor at CRA International, a publicly traded management consulting firm.

4. I have a Bachelor of Science in Engineering, which I received from the University of Santa Clara in 1969. I have a Master in Business Administration, which I received from U.C.L.A. in 1971. I have a Juris Doctor degree, which I received from Loyola University School of Law at Los Angeles in 1975.

5. I have specialized in the computation of commercial damages over the last 41 years of my professional career. I have been qualified and testified at trial as an expert on financial matters, principally commercial damages, 140 times. I have testified on financial issues in 37 arbitrations. I also have been deposed 365 times on financial issues over my career.

6. I have 33 professional publications, the majority of which deal with the computation of commercial damages. The most significant publication is the Litigation Services Handbook, which went through the fourth edition while I was an editor. The book is a collaborative effort of many of the leading experts in the financial area. I am the founding editor and continued as an editor for over 20 years. The book has been recognized as authoritative by the Federal Judicial Center in its Treatise on Scientific Evidence: the Treatise's chapter on Economic Damages cited only five reference sources for further guidance to federal judges in the first two editions. The Litigation Services Handbook was one of the five reference sources.

7. I have served as a member of the Sedona Conference Patent Damages and Remedies Working Group (2011 -2016) and was on the Panel of Experts for Dunn on Damages.

8. I have served on a number of committees for the American Institute of Certified Public Accountants ("AICPA") including: the inaugural Certificate in Financial Forensics Credential Committee (2008 – 2011), the AICPA Litigation Services Committee (1993 – 1995), the AICPA Business Valuation Standards Task Force (1994 – 1995), the AICPA and IBA combined Conference Steering Committee (1995), the AICPA Litigation Services Conference Steering Committee (1990 – 1995), the AICPA Management Advisory Services Practice Standards and Administration Subcommittee (1988 – 1990), and the AICPA Auditing Standards Board Litigation Services Task Force (1989). I also served as a Co-Editor of the CPA Expert (1994 – 1996), a publication of the AICPA for CPAs who perform litigation services and business valuation.

9. I have served on the California Society of CPAs Litigation Services Committee (1985 – 1990) and was Chairman of this committee (1987 – 1989). I have served on the California Society of CPAs Government Relations Committee (1989 – 1990) and the Contingent Fee Task Force (1988 – 1990).

10. I was retained by Standley Law Group LLP, counsel for Integrated Supply Network LLC, to provide a damages analysis in the above-captioned case and to analyze the damage report put forth by Monster Energy Company's expert witness Dr. Mangum ("the Mangum Report").

4

11. A true and accurate copy of the Mangum Report is attached to this declaration as Exhibit 1.

12. In conjunction with my analysis, I prepared a Report, which I understand has been produced to Monster Energy Company.

13. Attached to this Declaration as Exhibit 2 is a true and accurate copy of my Report which summarizes my analysis and opinions in this case. But note that I have not included Volumes 2 through 6 of my Report in Exhibit 2 to this Declaration due to their size.

14. I hereby incorporate by reference herein the entire contents of my Report.

15. As explained in my Report, it is my opinion that Dr. Mangum's assumption that the parties would have entered into a licensing arrangement is faulty and entirely speculative. there is no evidence suggesting that Monster Energy would have licensed its trademarks to ISN and more importantly, there is no evidence that ISN would have licensed the Monster Energy trademarks. ISN developed the Monster Mobile brand as its own private label brand completely owned by ISN. ISN would have adopted another mark back in 2010 as opposed to taking a license from Monster Energy to use Monster Energy trademarks (such as the claw logo) that ISN did not want to use.

1  I declare under penalty of perjury under the laws of the United States that
2  the foregoing is true and correct.
3
4  Executed this 20th day of March, 2018 in Santa Rosa, California.
5
6  *[signature: Michael J Wagner]*
7
8  _____
9  Michael Wagner

**6**