CONTAINS HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
INFORMATION

JEFFREY S. STANDLEY (OH # 0047248)
jstandley@standleyllp.com
MELISSA A. ROGERS MCCURDY (OH #0084102)
mmccurdy@standleyllp.com
F. MICHAEL SPEED, JR. (OH #0067541)
mspeed@standleyllp.com
Standley Law Group LLP
6300 Riverside Drive
Dublin, Ohio 43017
Telephone: (614) 792-5555
Fax: (614) 792-5536

DOUGLAS C. SMITH (SBN 160013)
dsmith@smitlaw.com
SMITH LAW OFFICES, LLP
4204 Riverwalk Parkway, Suite 250
Riverside, California 92505
Telephone: (951)509-1355
Facsimile: (951)509-1356
Attorneys for Defendant
Integrated Supply Network, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company, <br><br> Defendant. | Case No. 5:17-CV-00548-CBM-(RAO) <br><br> **DECLARATION OF DAVID BRUCE WEBER** <br><br> Honorable Consuelo B. Marshall <br><br> Date: April 17, 2018 <br> Time: 10:00 a.m. <br> Location: Courtroom 8B |

**DECLARATION OF DAVID BRUCE WEBER**

1

I, David Bruce Weber, declare as follows:

1.      I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

2.      I am the Chief Executive Officer at Integrated Supply Network, LLC ("ISN").

3.      I have been employed with Integrated Supply Network, LLC since 1987.

4.      ISN is a Florida Limited Liability Company that was founded in 1984.

5.      ISN is an automotive tool and equipment specialist whose primary business is distributing automotive tools and equipment for third parties.

6.      One of the markets served by ISN is the mobile tool distribution market which is made of up mobile tool distributors.

7.      Mobile tool distributors, are businesses that utilize trucks ("tool trucks") to travel to locations where tools are utilized on a daily basis to make sales of tools.

8.      In addition to the third-party brands it distributes, ISN has several "house brands" of tools which ISN distributes under trademarks that were either created by ISN or acquired by ISN from a predecessor-in-interest.

9.      The MONSTER MOBILE line of products accused in this case is one of ISN's house brands sold under a trademark created by ISN.

10.     A mobile tool truck typically carries around $150,000 of tool inventory that is stocked and sold to the end user by the business owner.

11.     Tool truck drivers need to make a relatively high profit margin (at least 40%) on the tools they sell.

2

12.   Selling brands of tools that are offered other places, such as in ecommerce and auto parts stores where the tools can be sold at much smaller margins, makes it difficult for tool truck drivers to sustain their needed profit margins.

13.   Prior to 2010, ISN had used "monster" in conjunction with various tool promotions which ISN referred to as "monster deals."

14.   The following is a true and accurate copy of a promotional advertisement utilized by ISN for one of its "monster deals" promotions in 2009:



15.     ISN began selling its MONSTER MOBILE line of tools in December of 2010.

16.     The following goods are sold as part of the MONSTER MOBILE line:

- work lights

- service jacks

- carts

- shop press

- light bulbs

- impact wrenches

- thermometers

- vacuum pumps

- tune up kits

- creepers

- mechanic's seats

- hammer tune up kits

- hammers

- in-line cut off tools

- battery chargers

- air impact wrenches

**4**

- latex gloves

- manifold gauge sets

- utility knives

- chargers for work lights

- electronic charging scales

- protective wheel sockets

- protective sleeves for sockets

- rechargeable lights

- replacement legs for work lights

- circuit testers

- screwdrivers

- swivel casters

- welders

- welder carts

- plasma cutting systems

- bump lights

- pliers

- plier sets

- spline socket & bit sets

**5**

- spring assisted pocket knives

- torque wrenches

- underhood lights

- service tool carts

- roller tool cabinets

- tool chests

- tool lockers

- picks

- hooks

- files

- impact wrenches

- needle scaler attachments

- welding helmets

- sockets

- brake rewind adapters

- ratchets

- digital meters

- cutter pliers

- sockets with ratchet holders

**6**

- infrared thermometers

- brake fluid testers

- portable tire repair station

- wrench sets

- socket sets

- utility knife blade replacements

- air die grinders

- cut off tools

- die grinders

- truck jacks

- roadside assistance jacks

- bottle jacks

- jack stands

- ram kits

- headrests

- professional start boosters

- booster packs

- digital multimeters

- needle scalers

7

- tire changers

- lifts

- composite impact tools

- variable speed polishers

- grinders

- clocks

- torx sets

- file sets

- handle hook and pick sets

- pocket lights

- pen lights

- air ratchet wrenches

- impact ratchets

- charging adapter for rotatable work lights

- chargers

- wrench and bottle opener combo tools

- plier sets

- rivet tongue and groove pliers

- long reach plier sets

**8**

1        - butterfly impact wrenches hand tool sets

2

3        - t-bars

4        - foot pumps

5        - hook sets

6

7        - mortorq bit sets

8        - hose clamp assembly repair kits

9        - underhood light sets

10

11       - extension sockets

12       - lcd circuit testers

13       - tire inflators

14

15       - spanner wrenches

16       - hydraulic riveters

17       - painting tables

18

19       - pry bars

20       - work gloves

21       - keychain lights

22

23       - rope shears

24       - fractional calipers

25       - tools

26

27

28

**9**

-   inspection lamps

-   insulated tumblers

-   ratchet knives

-   socket trays

-   hose clamp pliers

-   bolt cutters

-   tpms installation tool kits

-   Orbital sanders

-   Master bearing and seal drivers

-   Utility stands

-   Bluetooth speakers

-   Flood lights

-   Saw kits

-   Air tool holders

-   Adhesive repair kits

-   Air saws

-   Ratchet drivers

-   Impact bit driver sets

-   Tripods for Bluetooth work lights

**10**

- Lithium ion jump starters

- Apparel namely, shirts, belts, caps, and socks

- Specialty electronics namely drones and dash cams

- Wrenches

- Combination wrenches

- Ratcheting wrenches

- Sportsman accessories such as ratchet knifes, bottle openers, can coolers, water bottles, insulated tumblers, and growlers

- Impact sockets

- Flashlights

- Spot lights

17.   The "monster" component of ISN's MONSTER MOBILE mark and MONSTER MOBILE logo appears in the following font:

# MONSTER

18.   From December of 2010 up until September of 2017, ISN only sold its MONSTER MOBILE products to mobile tool distributors who had applied with ISN to sell the MONSTER MOBILE line, were verified by ISN to be mobile tool distributors, and approved by ISN.

**11**

19.    The MONSTER MOBILE products would then in turn be sold by the mobile tool distributors from their tool trucks to the end user of the tools.

20.    The following images are illustrative of the interior of tool trucks that sell ISN's MONSTER MOBILE products:





**12**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





**14**

1
2
3
4
5
6
7
8
9
10
11
12
13



14
15
16
17
18
19
20
21
22
23
24
25
26



27

**15**

28

21.     ISN has recently made some sales of the MONSTER MOBILE products through a website operated by ISN.

22.     ISN only sells the MONSTER MOBILE tools in environments where the focus is on tools and equipment.

23.     On April 12, 2013, ISN filed U.S. Serial Application No. 85/902,238, with the United States Patent and Trademark Office to register the MONSTER MOBILE logo in International Class 35 as associated with "mobile retail store and wholesale distributorship services featuring automotive and industrial tools, supplies and equipment."

24.     The '238 Application was allowed on May 13, 2014 and officially registered as U.S. Trademark Registration No. 4,951,671 on May 3, 2016.  A true and accurate copy of the '238 Application is attached to this Declaration as Exhibit 1.

25.     ISN also filed several applications with the United States Trademark Office to register its MONSTER MOBILE logo as associated with various tools and automotive equipment.

26.     ISN markets/advertises the MONSTER MOBILE products in the U.S. using several platforms including Tech's Edge.

27.     Tech's Edge is a catalog put together by ISN for its mobile tool distributor customers, who in turn provide it to end users, that advertises products that ISN sells to its mobile tool distribution channel.

28.     MONSTER MOBILE is one of many tool brands that ISN advertises in Tech's Edge.  A true and accurate copy of an exemplary Tech's Edge is attached here to as Exhibit 2.

**16**

29.    ISN also markets/advertises the MONSTER MOBILE products using a MONSTER MOBILE catalog that is created by ISN.  A true and accurate copy of an exemplary MONSTER MOBILE catalog is attached hereto as Exhibit 3.

30.    The MONSTER MOBILE catalogs are provided by ISN to its mobile dealer customers so that they can be distributed to end users of the MONSTER MOBILE products.

31.    The MONSTER MOBILE catalogs feature only MONSTER MOBILE products.

32.    ISN also markets/advertises the MONSTER MOBILE products by placing advertisements in Professional Tool & Equipment News and Professional Distributor Magazine, which are both trade magazines.

33.    ISN also markets/advertises the MONSTER MOBILE product line by featuring a MONSTER MOBILE booth at its two annual trade shows: Tool Dealer Expo and Tool Expo West.

34.    Tool Dealer Expo and Tool Expo West are invitation-only events for ISN's customers.

35.    The Tool Dealer Expo and Tool Expo West tradeshows each feature over 150 vendor booths housing brands of tools and equipment being sold by ISN including booths for some of ISN's house brands such as MONSTER MOBILE.

36.    Even at its trade shows, ISN only sells MONSTER MOBILE products to mobile tool distributors that have been approved by ISN to purchase the line.

37.    ISN also promotes the MONSTER MOBILE product line by sending email blasts featuring MONSTER MOBILE products and/or information to

**17**

mobile tool distributors that have agreed to receive such communications from ISN.

38. ISN has a Facebook page for the MONSTER MOBILE product line.

39. ISN does not sell any MONSTER MOBILE products through its Facebook page.

40. ISN also features MONSTER MOBILE products on its Tech's Edge Plus website which is available at www.techs-edge.com.

41. MONSTER MOBILE is one of numerous brands that ISN sells to its mobile tool distributor customers that is featured on the Tech's Edge Plus website.

42. The following image is a screenshot from ISN's Tech's Edge Plus home page:



43. Products – including MONSTER MOBILE products – cannot be purchased via the Tech's Edge Plus website by the general public.

44. ISN's mobile distributors who are approved to sell the MONSTER MOBILE brand may log-in to the Tech's Edge Plus website and place orders for

18

MONSTER MOBILE products and other brands of products that ISN sells to its mobile distributors.

45.    ISN has never marketed, advertised, or promoted the MONSTER MOBILE brand or any MONSTER MOBILE product(s) using motorsports.

46.    The top four performing MONSTER MOBILE categories are ██████████████████████████

47.    The top four performing MONSTER MOBILE categories have accounted for approximately ████ of ISN's MONSTER MOBILE revenue.

48.    As part of the MONSTER MOBILE product line, ISN has sold apparel, including t-shirts and hats, to its MONSTER MOBILE tool distributor customers.

49.    Since December of 2010, ISN has sold less than ██████████ in apparel and gloves.  This figure is less than ████ of MONSTER MOBILE sales as a percentage of total sales.

50.    For a period of time, snacks such as beef jerky and nuts were sold under the MONSTER MOBILE logo.

51.    ISN stopped selling snacks as part of the MONSTER MOBILE product line in April of 2017.

52.    ISN has never sold any beverages or energy drinks as part of or in conjunction with the MONSTER MOBILE line.

53.    As of October 2017, ISN had sold approximately ██████████ in MONSTER MOBILE products.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20th day of March, 2018 in Lakeland, Florida.

**19**

1
2
3    David Bruce Weber
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                        **20**
28