# EXHIBIT 1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Report of James T. Berger

## Re:  Analysis of the "Monster" Trademark

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Report of James T. Berger

**Re:    Analysis of the "Monster" Trademark**

## I. Executive Summary

1. I am a marketing communications and trademark survey expert.  I have been retained by Standley Law Group, LLP, counsel for Integrated Supply Network, LLC (ISN) at the rate of $500 per hour.  ISN is Defendant in a lawsuit filed by Monster Energy Company (Monster Energy).  My detailed analysis caused me to hold the opinion that any confusion between Monster Energy and ISN's Monster Mobile would be highly negligible.  Any similarity between the ISN and Monster Energy logos has little meaning because the ISN market presence is so minute. The ISN mark is dwarfed by so many other tool companies that use the name "monster." There is no proof that ISN's Monster product lines creates any likelihood of confusion with customers impacted by Monster Energy's motorsports sponsorships.  This report will also show a multitude of other commercial enterprises that are using the word "monster" within Monster Energy's market space. There is no overlap in channels of trade and distribution. Moreover, this analysis shows that "Monster" is a common word used extensively in commerce for many, many products.  Many of these other "monster" products are sold in the same channels of trade and distribution as Monster Energy but not in the same channels of trade as ISN's Monster Mobile service. This report offers analyses:

    A. Of the word "Monster" and its derivation.

EX1-2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

  B. Of "monster" as used as a trademark by many companies including Plaintiff and Defendant.

  C. Of the energy drink market in the United States including the various competitors and their products.

  D. Of the professional automotive tool market and ISN's mobile tool distribution sub-market in the United States including supply sources and channels of trade.

  E. Of the relevant target markets of both the Plaintiff and Defendant.

  F. Of the various marketing executions of both ISN and Monster Energy.

  G. Of the use of the green and black color combination in the commercial marketplace.

  H. Of how two other blockbuster brands – Apple and Amazon – also are used by others in the marketplace.  Other companies using Apple and Amazon have non-competing products and non-competing channels of trade.

  I. Of the eight factors typically considered in analyzing claims of trademark infringement in the 9th Circuit in light of the facts of this case.

2. I have included within the body of the report many images of products that display "monster" on their trademarks. These products include those marketed by Monster Energy, ISN and many other companies using 'Monster' are part of their brand or trademark. At trial, I will use many if not all of those images as exhibits and reserve the right to use physical samples of the products themselves.  I also

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

reserve the right at trial to produce other 'monster' products not included in this report.

## II. Personal Background [See Exhibit A]

3. Present Activities. I am currently principal of James T. Berger/Market Strategies, a strategic marketing communications and consulting firm and a faculty member at Roosevelt University.  I currently teach courses in Advertising, Consumer Behavior, Personal Selling and Sales Management, Global Marketing, Marketing Management, and Marketing in Theory and Practice at Roosevelt University's Walter E. Heller College of Business Administration.  I have previously taught graduate and undergraduate marketing-related courses at DePaul University and Loyola University, and Northwestern University's Kellogg Graduate School of Management.  In addition, I have taught undergraduate courses at Northwestern University's School of Continuing Studies, The University of Illinois at Chicago, and The Lake Forest Graduate School of Management.  In November 2011, Oxford University Press published a book that I co-authored with R. Mark Halligan of the law firm of Nixon Peabody entitled ***Trademark Surveys: A Litigator's Guide***. The second edition of this book came out in 2015.  A second book, **Trademark Surveys in the Age of Daubert** was published by Lexis-Nexis Matthew Bender in spring, 2017.  I have authored many articles dealing with marketing and other business-related issues.  A copy of my curriculum vitae, summary of my teaching experience, publications list, billing rate and testimony experience, are attached to this report as **EXHIBIT A**.  My CV includes a listing of

EX1-4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

all cases in which I have testified as an expert in deposition and trial in the last four years.

4.  Education.  I received a Master's Degree in Business Administration in 1978 from the University Of Chicago Graduate School Of Business, with concentrations in marketing and finance.  I also received a Master of Science Degree in Journalism from Northwestern University's Medill School of Journalism in 1965, with concentrations in the news and editorial sequence, and a Bachelor of Arts Degree with a major in journalism from the University of Michigan in 1964.

5.  Prior Experience.  I have previously worked as an Account Supervisor for two Downtown Chicago advertising agencies, as Vice President and Director of Public Relations for another Chicago advertising agency, and as Account Supervisor for two major Chicago public relations agencies.  I have had my own marketing communications consulting practice for more than 25 years, and have been involved in marketing consulting and survey work for law firms for more than 15 years.

6.  Market Research/Trademark Experience.  I have extensive market research experience, including quantitative and qualitative survey research, and have performed in-person, telephone, and Internet-based interviewing in various industries with respect to brands and trademarks.  I have also designed and coordinated market research programs, including drafting questionnaires, performing and supervising personal interviews, organizing focus groups, tabulating and evaluating data, and preparing research reports.  I have delivered continuing legal education programs entitled "Intellectual Property Surveys: Best

EX1-5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Practices" twice before the Chicago Bar Association, twice before the Milwaukee Bar Association, before the St. Louis Bar Association, and before the Texas Bar Association.  In addition, I was a presenter at a session in March 2003, before the Minnesota State Bar Association, entitled "The Effective Use of Survey Experts and Evidence in Trademark Cases."  Furthermore, I have authored 18 articles on intellectual property and trademark/secondary meaning surveys for INTELLECTUAL PROPERTY TODAY Magazine: (1) "10 Frequently Asked Questions About Intellectual Property Surveys," which appeared in the August 2003 issue; (2) "Swimming in Shark-Infested Waters," which appeared in the June 2004 issue; (3) "Creativity Key to Executing Toughest IP Survey Projects," which appeared in the July 2005 issue; (4) "What IP Attorneys Should Know About Expectations and Costs for Survey Research," which appeared in the April 2006 issue; (5) "10 Easy Ways to Blow Away A Survey," which appeared in the January 2007 issue; (6) "The Power and Perils of Internet Surveys," which appeared in the August 2007 issue; (7) "How to Do an IP Survey Without Giving Away the Store," which appeared in the April 2008 issue; (8) "New Challenges to the IP Survey Process," which appeared in the July 2009 issue; (9) "Introducing the Internet/Telephone 'Hybrid' Survey," which appeared in the July 2010 issue; (10) "When NOT To Do An Intellectual Property Survey," which appeared in the November 2010 issue; (11) "A New Survey Protocol for Proving/Disproving Design Patent Infringement," which appeared in the April 2011 issue; (12) "How to Apply Theory of Probability to Decision to the Decision of Whether to Do an I.P. Survey," which appeared in the February 2011 issue; (13) "The

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Descriptive/Suggestive Conundrum in Trademark Surveys," which appeared in the November 2011 issue; (14) "The Pre-Litigation Pilot Trademark Survey," which appeared in the March 2012 issue; (15) "Frequently Asked Questions About Trademark Surveys," which appeared in the December, 2012 issue, and (16) "Internet Surveys Come of Age," which appeared in the July, 2013 issue; (17) "10 Common Myths About Trademark Surveys," which appeared in the September, 2013 issue, and (18) "Will A Survey Help Win A Likelihood of Confusion Case?" in the September, 2014 issue.  I also do extensive freelance writing for magazines and other publications on a variety of business-related topics, including marketing, marketing communications and trademarks.  Early in my career, I worked as Account Executive and later Account Supervisor at The Public Relations Board, Inc. Chicago.  In this capacity, I developed a number of surveys and was responsible for compiling the MUSIC U.S.A., an annual compilation of statistical data of the music industry and music participation in the United States.

7. Trademark Testifying Experience.  I have testified as an expert in strategic marketing, marketing communications and intellectual property surveys with respect to brands and trademarks.  Over the last 15 years, I was retained as an expert in more than 60 lawsuits.  In many of those lawsuits, the issue was some form of trademark or trade dress infringement, likelihood of confusion, and/or whether a trademark had achieved secondary meaning.  In addition, I have been retained as an expert in cases involving efforts to prove or disprove whether names were generic, descriptive, or suggestive.  In many of those lawsuits, I have given deposition and/or trial testimony.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# III.  Documents Reviewed in Preparation of This Report

8.  In preparation of this report, I reviewed the following documents:

Merriam-Webster On-Line Dictionary:  Definition of "monster."

Dictionary.com definition of "monster."

Oxford Dictionary On-Line, definition of "monster."

"The Top 100 Brand Names Used as Generic Terms," Rob Kelly Website, http://robdkelly.com/blog/marketing/top-100-synonymous-genericized-brands/

"Tool Industry Behemoths: The Tool Companies Who Make and Own Most Tool Brands," September 24, 2017, http://pressurewashr.com/tool-industry-behemoths/

"Integrated Supply Network, LLC, Private Company Information – Bloomberg," https://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=4430219

Case Pleadings including: Complaint (3/22/17);  Defendant's Answer (4/13/17); Stipulated Protective Order, 10/13/17;

Discovery materials from Monster Energy dealing with marketing activities.

"The Monster Project Gallery," https://themonsterproject.org/monster-gallery/

Monster Software Solutions Website, https://www.monstersoftwaresolutions.com/

Monster Tool Company Website, http://www.monstertool.com/

The following Monster Energy Websites:
www.monsterenergy.com
https://www.facebook.com/MonsterEnergy/
https://www.instagram.com/monsterenergy/

Visits to brick-and-motor retailers where Monster Energy products are sold.

Web searches for "monster"-branded products on the following sites:
- Walmart (www.walmart.com)
- Amazon (www.amazon.com)
- Home Depot (www.homedepot.com)
- Lowes (www.lowes.com)
- Snap-on Tools (www.snapon.com)
- Matco (www.matcotools.com)

EX1-8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- Cornwell ([www.cornwelltools.com](www.cornwelltools.com))

Various other Websites used in this report including: Dover International Speedway, Ducati motorcycles, Monster Motorbikes, Monster Transmission, Monster Jam, Mil-Rose's Blue Monster products, Benjamin Moore, Monster Magnetics.

ISN's Monster Mobile products and packaging.

Monster Tools & Equipment a Mobile Exclusive Brand, Catalog, http://monsterautotools.blogspot.com/

ISNWEB Site, **ISNWEB Site | Home**

**Buzzfile, Integrated Supply Network, LLC, http://www.buzzfile.com/business/Isn-863-603-0777**

"Audax Private Equity Announces Sale of Integrated Supply Network," news release, June 22, 2016.

Audax Private Equity Case History, Integrated supply Network, https://www.audaxprivateequity.com/casestudies/integrated-supply-network/

Monster Products Website, https://www.monsterstore.com/

Monster Media Website, http://monstermedia.net/

Monster® Airlink Elements Bluetooth™ Wireless In-Ear Headphones Website, https://www.monsterstore.com/products/monster%C2%AE-airlink-elements-bluetooth%E2%84%A2-wireless-in-ear-headphones

Monster Hunter World video game Website, https://www.playstation.com/en-us/games/monster-hunter-world-ps4/?gclid=CKSUlq2tqNkCFZWPxQIdS4wDOg

Forbes, "Monster Energy Supercross Expands Its Brand," June 25, 2014.

Time Magazine, "REVIEW: Pixar's Monster University: When Hairy Met Scary," by Richard Corliss, June 13, 2013.

San Francisco Business Times, "Fans unclear on main Monster in 49ers lineup," by Jim Gardner, Nov. 27, 2005.

Los Angeles Times, "A thirst for energy drinks is juicing Monster Beverage's sales," by Ronald D. White, June 29, 2014.

The Drum, "Opinion: How Monster Energy built Brand Love without paid media," by Jamal Benmiloud, October 7, 2016.

EX1-9

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

"Monster Energy Drink's Marketing Strategy," https://monsterenergydrink.wordpress.com/

Intellectual Property (HTTP://SITES.UDEL.EDU/CISC356/, Apple Corps v. Apple Computer, http://sites.udel.edu/cisc356/2014/04/21/apple-corps-v-apple-computer-1978-2006/

Low End Mac – Orchard What's In a Name? Apple Corps vs. Apple Computer, https://web.archive.org/web/20070203172411/http://lowendmac.com/orchard/07/0110.html

Apple Dental Care Website, http://www.appledentalcare.org/

Miscellaneous Apple Trademarks: https://www.trademarkia.com/apple-87706058.html; https://www.trademarkia.com/apple-79015853.html; https://www.trademarkia.com/apple-86971520.html; https://www.trademarkia.com/apple-87420065.html.

Miscellaneous Amazon Trademark Information: https://www.trademarkia.com/amazon-77695295.html; https://www.trademarkia.com/amazon-87357919.html; https://www.trademarkia.com/amazon-75923963.html; https://www.trademarkia.com/amazon-85319649.html; https://www.trademarkia.com/amazon-86269152.html; https://www.trademarkia.com/amazon-86548643.html; https://www.trademarkia.com/amazon-86115797.html.

Monster Jobs Website, https://www.monster.com/

Deposition of Robert M. Covington, November 9, 2017.

Deposition of Marianne Radley, November 2, 2017.

Deposition of ISN's Michael Scott Pilkenton, March 8, 2017 and March 9, 2017.

Deposition of Sam Pontrelli, November 7, 2017.

Deposition of Rodney Sacks, February 3, 2018.

Deposition of Chris Nalven, February 7, 2018.

Deposition of Shelly Stoneman, February 7, 2018.

Deposition of Ronald Edwin Hyre III, February 2, 2018.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Defendant's Exhibits 1 through 49 which were introduced in some of the aforementioned documents.

Numerous United States Patent and Trademark records for applications and registrations including "monster" ISN003713 through ISN010109.

Monster Jam 101, https://www.monsterjam.com/en-US/monster-jam-101-2

Monster Jam Images, https://www.google.com/search?q=Monster+Jam+Images&oq=Monster+Jam+Images&aqs=chrome..69i57j0l5.7262j0j4&sourceid=chrome&ie=UTF-8

Time, "These Are the Top 5 Energy Drinks," by Dan Mitchell, May 11, 2015.

Statistica: "Market share of leading energy drink brands in the United States in 2017, based on dollar sales" -- https://www.statista.com/statistics/306864/market-share-of-leading-energy-drink-brands-in-the-us-based-on-case-volume-sales/

"Fueling the Energy & Sports Drinks Market," Nutraceuticals World Magazine, By David Sprinkle, Publisher, Packaged Facts, June 6, 2017.

"Wicked" Broadway Musical Website, https://www.broadway.com/shows/wicked/?gclid=Cj0KCQiA_JTUBRD4ARIsAL7_VeX8XRa18XvDdUCTpyhc5y-BQrlRayQuI-9RKthm2HPeSkg4jR-2E50aAgEIEALw_wcB

Wizard of Oz Witch images, https://www.google.com/search?ei=ksmFWo66MqXXjwSnhbFw&q=wizard+of+oz+witch+images&oq=wizard+of+oz+witch+images&gs_l=psy-ab.3..0j0i7i30k1j0i8i30k1l3.4806.10123.0.13524.10.8.2.0.0.0.147.750.6j2.8.0....0...1c.1.64.psy-ab..1.9.687...0i67k1j0i8i7i30k1j0i13k1j0i8i13i30k1.0.5Fe-w76-lgk

Sports Illustrated: "Ballpark Quirks: How Fenway Park's Iconic Green Monster Was Born," by Tim Newcomb,, April 4, 2014.

Amazon.com: "The Way of the Green Witch…" https://www.goodreads.com/book/show/1076627.The_Way_Of_The_Green_Witch

Medical News Today, "French ban on Red Bull (drink) upheld by European Court," by Christian Nordqvist, Feb. 8, 2004.

Forbes, "What you Really Need To Know About The Safety Of 5-Hour Energy Drink," by David Kroll, November 16, 2012.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMHSA – THE DAWN REPORT:  "Update on Emergency Department Visits Involving Energy Drinks: A Continuing Public Health Concern," January 10, 2013,

Back in the USA Newsletter, Monster Tool Company, http://www.backintheusa.us/company.php?companynametable=MonsterToolCompany

University of Cambridge Research "What is a Monster?" September 20, 2015. http://www.cam.ac.uk/research/discussion/what-is-a-monster

Investopedia, "The Energy Drinks Industry" by Amy Fontinelle, February 23, 2015.

Independent Research Report: Leading Energy Drink Brands in the United States in 2016, based on Sales (in million U.S. Dollars).

ISN Monster Mobiles catalogs (2015-2017)

# IV. The Likelihood of Confusion Standard

9.  Counsel has advised me that the confusion standard for this matter is the standard used by the 9th Circuit.   This is known as the *Sleekcraft* criteria as found in   *AMF Inc. Sleekcraft Boats*, 599 F.2d 341 (9th Cir. 1979).  This standard traditionally uses an eight-factor test in analyzing likelihood of confusion in trademark cases.  Such factors seek to answer the question of whether a reasonable consumer is likely to be confused as to the source of the accused products.  The eight *Sleekcraft* factors are:

(1) strength of the mark;

(2) proximity or relatedness of the goods;

(3) similarity of the sight, sound and meaning of the marks;

(4) evidence of actual confusion;

(5) degree to which the marketing channels converge;

(6) types of goods and degree of care consumers are likely to exercise when

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

purchasing;

(7) intent of defendants in selecting the infringing mark;

(8) likelihood that the parties will expand their product lines.

The factors are not exhaustive.  Some factors, such as the similarity of the marks and whether the two companies are direct competitors – will always be important but the importance of each factor varies from case to case.

10. With regard to the *Sleekcraft* factors and how they are often analyzed, I have been further informed by counsel as follows:

**Similarity of the Marks:** The criteria for the similarity analysis are "appearance, sound, and meaning."  The marks should be considered in their entirety and as they appear in the marketplace.  Different packaging, coloring, and labeling can be significant factors in determining whether there is a likelihood of confusion.

**Strength of Mark:** Marks are generally classified along a spectrum, with descriptive marks being the weakest, and arbitrary or fanciful marks being the strongest.  The more generic or descriptive a trademark is, the less worthy of protection it is.  When a trademark owner has a mark that is descriptive, broad protection can't be claimed and the owner should anticipate some confusion with legitimate competitors as a consequence.  Advertising expenditures can transform a descriptive mark into a stronger mark where the mark has achieved actual marketplace recognition and acquired distinctiveness (secondary meaning).  In many cases, the use of similar marks by third-party companies in the relevant industry may weaken the mark at issue.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Relatedness of the Goods:** Related goods distributed through similar channels of trade are generally more likely than unrelated goods to confuse the public.

**Actual Confusion:** Evidence of actual confusion is not necessary to prevail on an infringement claim.  Proof of actual confusion can be persuasive proof that future confusion is likely.  De minimus evidence of actual confusion does not establish a likelihood of consumer confusion.

**Degree of Care Exercised By Purchaser:**  Likelihood of confusion is determined on the basis of a reasonably prudent consumer. Consumers are less easily confused when the buyer is purchasing an expensive item.

**Intent:** This factor will be found to favor the Plaintiff if the alleged infringer adopted its mark with actual or constructive knowledge that it was another's trademark.

11. I have also been advised by counsel that the *Sleekcraft* factors were designed to be applied to determine whether consumers are likely to be confused as to the source of related goods.  Related goods are goods or services "which would reasonably be thought by the buying public to come from the same source, or thought to be affiliated with, connected with, or sponsored by the trademark owner."  Another case counsel has relied upon in setting this standard is: *Network Network v. CBS, Inc.*, Co. CV 93-1349 NM (ANx) 2000 U.S. Dist. LEXIS 4751, at *13 – 15 (C.D. Cal. Jan. 16, 2000).

# V.   "What Does "Monster" Mean

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

12. Monster has become a widely used name both in the conversational lexicon and the commercial marketplace.  It originated, according to the Oxford Dictionaries, in the late Middle English. It was derived from the Old French *monstre*, from Latin *monstrum* 'portent or monster, from monere 'warn'.

13. The Merriam-Webster dictionary defines "monster" in the following ways:

- **an animal or plant of abnormal form or structure, a mythical** *monster*

 **a sea *monster***

- one who deviates from normal or acceptable behavior or character

- an immoral *monster*

- **a threatening force** -- the same *monster* — Destiny … *that rolls every civilization to doom* —W. L. Sullivan

- **an animal of strange or terrifying shape;** *visualize this scale less monster, eight or nine feet long, sprawling in the shade by the side of the mud pools* —W. E. Swinton

- **one unusually large for its kind.** That truck is a *monster.*

- **something monstrous;** *especially*: **a person of unnatural or extreme ugliness, deformity, wickedness, or cruelty.** His father was a *monster* who beat his children for no reason.

- **one that is highly successful**. That movie was a *monster* at the box office.

14. The Oxford Dictionaries define "monster."

- A large, ugly, and frightening imaginary creature.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

*'a monster with the head of a hyena and hindquarters of a wolf'*

*a world of fable, inhabited by other-worldly monsters'*

- An inhumanly cruel or wicked person.

   *'he was an unfeeling, treacherous monster'*

   *humorous* A rude or badly behaved person, typically a child.

   *'he's only a year old, but already he is a little monster'*

- A thing of extraordinary or daunting size.

   *'this is a monster of a book, almost 500 pages'*

15.  See **EXHIBIT B –** a Cambridge University research report entitled: "What is a Monster."

# VI. "Monster" as a Trademark

16.  In addition to Plaintiff and Defendant, numerous businesses make use of the word 'monster' in their trademarks. Here are some major examples:

**A. <u>Monster.com</u>** is an American-based global employment website owned and operated by ***Monster Worldwide, Inc.*** Monster Worldwide, Inc., together with its subsidiaries, provides online and mobile employment and recruitment solutions worldwide. The company operates in three segments: Careers-North America, Careers-International, and Internet Advertising & Fees. Its services and solutions include searchable job advertisements; resume database access; recruitment media solutions through its advertising network and partnerships; social job distribution through Twitter and Facebook; display advertising; lead generation; social profile aggregation; and other career-

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

related content. The company also facilitates jobseekers to search job advertisements and post their resumes on its career Websites….(Bloomberg)

**B.** ***Monster Jam*** is a live motorsport event tour and television show that is operated by Feld Entertainment. The series lies under the umbrella of the United States Hot Rod Association (USHRA).  It takes place primarily in the United States.  Its main attraction features racing and freestyle competitions by monster trucks.

**C.** ***Monster Inc. (AKA Monster Cable and Monster Cable Products, Inc***.) is an American company that manufactures and markets about 6,000 products, but is best known for audio and video cables. It also produces speakers, headphones, power strips, mobile accessories and audio devices for automobiles. Monster has evolved into a world leader in the manufacture of high performance cables that connect audio/video components for home, car and professional use as well as computers and computer games. The company was founded by an audiophile and engineer, Noel Lee, in 1979 by experimenting with different ways to build audio cables. As the company grew, it established relationships with retailers that were attracted to the cable's profit margins. Also as the company grew it created new divisions like **Monster Music, Monster Game, Monster Mobile, Monster Photo and Monster Power.** In the 2000s, Monster (Inc.) had legal trademark disputes regarding other companies or products that have "Monster" in their name, such *as* Monster.com and the film Monsters, Inc.  It began manufacturing headphones in a partnership with Dr. Dre in 2008, which ended

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

in 2012, and it created other celebrity branded or Monster-branded headphone products.  With the exception of the office retailers, Monster headphones are sold at many of the places Monster Energy products are sold such as Walmart, club stores, drug chains and mass merchandisers.  Here is an example of a Monster headphones product.



Monster Cable also entered the endorsement field when San Francisco's Candlestick Park signed a new naming rights deal on September 28, 2004. and the park was re-named "Monster Park". Just over a month later, however, a measure passed in San Francisco's November election stipulated that the stadium name revert to "Candlestick" permanently after the contract with Monster expired in 2008.  The name change also ended up being confusing for the intended branding purposes, as without the "Cable" qualifier in the official name, the name change caused confusion with

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Monster.com employment website or Monster Energy Drink, according to the San Francisco Business Times (Nov.. 27, 2005 article).

**D.** **_Monsters, Inc._** is a 2001 American computer-animated comedy film produced by Pixar Animation Studios and distributed by Walt Disney Pictures. Featuring the voices of John Goodman, Billy Crystal, Steve Buscemi, James Coburn, and Jennifer Tilly, the film was directed by Pete Docter in his directorial debut, and executive produced by John Lasseter and Andrew Stanton. The film centers on two monsters employed at the titular energy-producing factory Monsters, Inc. – top scarer James P. "Sulley" Sullivan and his one-eyed partner and best friend Mike Wazowski. In the film, employees at Monsters, Inc. generate their city's power by scaring children, but they themselves are afraid that the children are toxic to them, and when one child enters the factory, Sulley and Mike must return her home before it is too late. _Monsters, Inc._ received both critical acclaim and box office success generating worldwide revenues of $577 million. In 2012, there was a 3D re-release. A prequel, _Monsters University,_ was released in 2013.

**E.** **_Monster Tool Company,_** with headquarters in Vista, CA, produced more than 13,000 products.  It produces Solid carbide round tool manufacturer of end mills, drills, reamers, countersinks, burrs, boring bars, chamfer tools and high performance tooling.  Monster Tools are sold through a network of distributors who use the following Monster trademarks.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY





***F. Other Uses of 'Monster' in Commerce.*** Because 'monster' is such a

commonly used descriptor, other ways "Monster" is used in American

commerce include:

    a.  Ducati Monster Motorbikes:



    b.  Monster Moto Minibikes:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



c.   Monster Transmission:



d.   The Monster Mile (Dover International Speedway)







e.   Snap-On Tools "Monster" devices:

EX1-21

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



g. Cornwell "Big Blue Monster" service jacks:



h.  Mill-Rose Blue Monster painting supplies:



i.  Cargo Boss Monster Grips"

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

From Google Search:

Cargo Boss 8 ft. x 1-1/4 in. Monster-Grip Ratchets (2 per Pack)-135220 ...

https://www.homedepot.com/p/Cargo-Boss-8-ft-x...Monster-Grip.../202224196

Rating: 2 - 1 review - $24.89 - In stock

8 ft. x 1-1/4 in. **Monster-Grip** Ratchets, 2-Pack - Extra heavy-duty chrome. Break strength of 2500 lb. Weather-resistant and UV protected. Includes snap hooks, built-in hook loop, and storage bag. - THD SKU# 692736.



j.   Komelon Monster Mag-Grip measuring device:



k.   Monster-Nicolas Monster Hooks (sold through Walmart)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



    l.   **Monster Hooks from RealTruck** (an American online retailer specializing in pickup truck accessories



    m.  Benjamin Moore's Green Monster™ Paint



    n.  Monster Charger professional  battery charger:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



o.   Monster Magnetics



p.   Monster Mop from Kennedy Industries, Inc.



q.   Among brands sold at Walmart using "Monster" in their names include:

(1)  MONSTER  headphones

(2) McGuire-Nicholas MONSTER hooks

(3) RealTruck MONSTER hooks:

(4) MONSTER Magnetics products

(5) MONSTER battery charger

(6) MONSTER granite saws

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

(7) MONSTER roller mills

(8) MONSTER hand trucks and moving supplies

(9) MONSTER ratchets

(10) Ducati MONSTER batteries, accessories and apparel

(11) MONSTER mops

(12) MONSTER artist brushes and replacement heads

(13) MONSTER (percussion musical instrument drum) brushes

## VII.    The Asserted and Accused Trademarks

17. Monster Energy has a distinctive graphic presentation with the main elements

being the stylized rendition of the word, Monster  and the scratch mark.

Monster Energy drink products are intensively distributed at drug stores,

convenient stores, food stores, dollar stores, mass merchandisers including

Costco, Target and Walmart, and over the Internet.  Spending hundreds of

millions of dollars in promotion primarily in non-media advertising.  Its target

market is males from teen years to 35 who follow a lifestyle with extreme action

and motorsports.  Its message appeals to males' natural desires and ambitions.

Its energy beverage line is extensive and although green and black are its

corporate colors, drinks are packaged in a variety of multi-colored containers.

Beverage products include: MONSTER ENERGY, MONSTER ENERGY ZERO

ULTRA, LO-CARB MONSTER ENERGY, MUSCLE MONSTER, MONSTER

ENERGY ABSOLUTE ZERO, JAVA MONSTER, PUNCH MONSTER, and JUICE

MONSTER. Its logos are emblazoned on various items of apparel such as caps

and t-shirts.  All is promotional activities appear to be intended to add visibility and

EX1-26

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

promote Monster Energy's drink products.   Among the primary trademarks used by Monster Energy include the following:









HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



www.alamy.com - CE7MC3





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Monster Energy's trademarks directly refer to/describe the beverages within the Monster Energy beverage line and give corresponding commercial impressions to consumers.  Looking at MONSTER ENERGY, MONSTER ENERGY ZERO ULTRA, LO-CARB MONSTER ENERGY, MUSCLE MONSTER, MONSTER ENERGY ABSOLUTE ZERO, JAVA MONSTER, PUNCH MONSTER, and JUICE MONSTER as examples, it is clear they all refer to an intended benefit or flavor component of a beverage.   For example, "Monster Energy" refers to the large amount and/or strength of energy the drink is intended to supply and perhaps to the size of the can itself.

18.  Integrated Supply Network uses its "Monster" trademark and logo in conjunction with its product line delivered by its mobile fleet. Products are primarily automotive tools and equipment and include:

- Wrenches and wrench sets

- LED work lights

- Nitrile/Latex gloves

- Pliers and plier sets

- Files and file sets

- Air tools

- Tool boxes and service carts

- Utility knives

- Gauges/gauge sets

- Hydraulic foot pumps

- Hooks

- Picks

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- Screwdrivers and screwdriver sets

- Mechanic creepers

- Hand tool sets

- Work tables

- Thermometers

- Work gloves

- Flashlights

- Bolt cutters

Its logo:



However, the logo does not always appear in green and black.  The following images show how

ISN's trademarks appear on its product packaging

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY





19. Clearly the logos of ISN's Monster prodiuct line and Monster Energy drink products are different.  The trademarks of the companies also appear differently as actually used in commerce.  Monster Energy's trademarks as used in commerce emphasize a large scratch mark: I did not find any instance of Monster Energy not using this mark on its products in commerce.  ISN's trademark does not include anything that looks like a scratchmark.  And ISN's mark includes "mobile" that refers to the mobile tools distributors that sell the products.  When you look at how Monster Energy's trademarks appear on the products primarily sold by Monster Energy (beverages) and how the trademarks of ISN appear on the products primarily sold by ISN (tools) appear in the marketplace they do not appear to be similar.  Monster Energy's product packaging is a beverage can with a large scratch mark emphasized on the center of the can.  ISN's products come in packaging designed to protect tools and often displays a relatively large photograph of

the tool that is inside or the packaging sometimes permits for the tool that is inside to be seen through the product packaging.  The ISN skull and wings logo with the "Monster Mobile" component is placed on the package adjacent to the tool.   – often less emphasized than the image of the tool itself.  While green and black are key colors in the ISN Monster Mobile product line, other colors like sky blue, gray, and white are also often utilized.  Moreover, the nature of the purchase is significantly different.  Monster Energy drink products often are low-priced "impulse" purchases.  They are often displayed for sale at retailers' cashier stations or check-out counters. ISN's Monster products are significantly more expensive and for the most part these products are planned purchases.

## VIII.   The Energy Drink Market in the United States

20. Although there are many competitors, the "energy drink market" has evolved into an oligopoly, with relatively few major brands dominating the market.  According to Beverage Industry magazine, the retail market is $11 billion a year although estimates of the market run as high as $15 billion.  Excluded from this discussion are drinks like coffee, carbonated beverages both caffeinated and decaffeinated as well as regular strength, diet, lite or light and fat free.  The energy drink market of which "Monster Energy" is a major player enjoys intensive distribution in the United States with products sold in supermarkets, grocery stores, drug stores and drug chains, service stations, convenience stores and mass merchandisers. According to Statistica.com (2017)  here are the 10 leading brands and their percentage of market share:

   Red Bull (26.5%)

   Monster Energy (14.2%)

   Red Bull Sugar Free (6.6%)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Monster Energy Zero (5.1%)

Nos (3.7%)

Java Monster (3.5%)

Monster Rehab (2.8%)

Monster Energy Lo-Carb (2.8%)

Red Bull Summer Edition (2.6%)

Rockstar (2.3%)

OTHERS (29.9%)

Together Red Bull and Monster and affiliated brands hold 64.1% of the market with Red Bull at 35.7% and Monster at 28.4%.

21. A continuing controversy in the energy drink market is the possible dangers of ingesting the product.  The Internet abounds with article citing the hazardous use of energy drinks.  Combining these drinks, many of which have high levels of caffeine, with alcohol can be especially problematic.  A 2009 article in the New York Times has been cited as alleging 5-Hour Energy drink as possibly contributing to 13 deaths.  A 12-year ban of Red Bull by France was in effect between 1996 and 2008.

## IX.  The Global Tool Market

22. A research effort by "powerwash.com" produced the following data on the global tool market.  Powerwash.com was originally started in 1973 by Robert Hinderliter. He had been a mobile power washing contractor for 10 years when he recognized an opportunity to sell and repair pressure washing equipment.  In March of 2010, the business was sold to Robert's son, Michael

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Hinderliter also a mobile power washing contractor.  Michael *started his business in 1985 and still operates those contract cleaning businesses today.* Powerwash.com reports it spent 56 hours investigating the globe and power tool industry.  Its goal was to find the tool companies who make and own most of the tool brands.  The report is attached as **EXHIBIT C.**

15. Following is the key data on the leading global companies and their market shares:

## Moneymaking tool makers' company sales

| COMPANY | Hand/Power Tool Sales (to end-users) | Global Mkt. Share |
|---|---|---|
| Stanley Black & Decker Inc. | $7.14 Billion | 14.0% |
| Robert Bosch GmbH | $6.2 Billion | 12.2% |
| Fortive Corp. | $6.0 Billion | 11.8% |
| Techtronic Industries Company Limited (TTi) | $5.04 Billion | 9.88% |
| Hilti Corp. | $4.3 Billion | 8.43% |
| Illinois Tool Works Inc. | $3.6 Billion | 7.06% |
| Makita Corp. | $3.5 Billion | 6.86% |
| Snap-on Inc. | $3.4 Billion | 6.67% |
| Emerson Electric Co. | $1.9 Billion | 3.73% |
| Apex Tool Group, LLC. | $1.5 Billion | 2.94% |
| Hitachi Koki Co., Ltd. | $1.2 Billion | 2.35% |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| Chervon Holdings Ltd. | $630 Million | 1.24% |
| Textron Inc. | $600 Million | 1.18% |
| TTS Tooltechnic Systems (Festool) | $400 Million | 0.78% |
| Ideal Industries, Inc. | $360 Million | 0.71% |
| Positec Tool Corp. | $300 Million | 0.59% |
| JPW Industries, Inc. | $150 Million | 0.29% |
| Ingersoll Rand Inc. | $112 Million | 0.22% |
| *Other (Home Depot, Lowe's, Harbor Freight Tools and sub $100 million sales companies)* | *$4.67 Billion* | *9.2%* |
| **TOTAL (Sales to End-Users)** | **$51 Billion** | **100%** |

23. The distribution channel that delivers Monster Mobile products to its customers, automotive service personnel, is indigenous to the automotive service industry. ISN owns a number of product lines, one of which is Monster Mobile.  In all, ISN estimated a universe of approximately 10,000 mobile wholesalers in the U.S. Of these, approximately 4,000 are associated with ISN.   These truck wholesalers are independent business people and can sell non-ISN products if they wish. These customers are independent operators who own trucks that function as mobile warehouses.  The truck wholesalers call on automotive service locations such as car dealer service centers, car and truck fleet service centers, independent auto service locations like body shops, muffler shops, tire shops, oil and lube shops, gas stations and any other type of locations where cars and trucks are serviced and repaired calling on automotive service locations. These

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

trucks follow prescribed schedules and routes. They will also deliver specific products requested by their customers. Products, both tools and other products like gloves and jerky-type snacks, are sold from the truck.

24. It is ISN's approximately 4,000 customers that sell Monster Mobile-branded products. According to ISN, the size of the particular relevant segment of the U.S. tool market in which ISN is involved totals ███████ in annual end-user sales. Looking at ISN's Monster sales data in recent years, total end-user sales were ████████████████████. ISN's primary competitors in the mobile tool market includes: Snap-on Incorporated, Mac Tools, Matco Tools, Inc. and Cornwell Quality Tools.

# X. Relevant Target Markets of Plaintiff and Defendant

25. While both Monster Energy and ISN have distinct relevant target markets there is a slight overlap. According to the deposition of Sam Pontrelli, senior vice president of marketing, for Monster Energy Company:

> Our target audience is primarily blue-collar in nature.
> Male, blue-collar, who — who's into kind of nontraditional
> kind of sports and — is how we started out.
> And then we've grown over the years to now include
> more traditional sports. So it would be blue-collar males
> who like to work with their hands and get dirty.

According to Michael Scott Pilkenton, (title), Integrated Supply Network, LLC, the target market for ISN's Monster Mobile dealers includes males: "25 to 30 to 50 range, 50 to 55." Mobile dealers own their own truck/warehouse. It was further pointed out that the typical dealer/wholesaler has a $100,000 investment in his truck and carries another $150,000 in inventory.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

So both Monster Energy's and ISN's target markets are male, but ISN's customers and end-user are not limited to the teen-to-35 target market of Monster Energy.

## XI. Marketing Executions of Monster Energy and ISN

26. Monster Energy has a substantial promotion budget.  However, its budget is not used for mainstream media advertising. The nature of the energy drink business with high profits and mark-ups makes it mandatory to spend hundreds of millions of dollars a year in advertising, sponsorships and promotion. Its deep involvement in motorsports with NASCAR and Monster Jam and other extreme sports directly pinpoints its target market.  Its marketing program has succeeded to bring Monster Energy into a solid second place in this estimated $11-15 billion plus energy drink market.

27. ISN's Monster Mobile, by contrast, has a relatively small promotional budget with expenditures focused on its catalog and Web advertising. There is zero overlap between the Monster Energy and ISN marketing and promotional executions.

## XII.   Use of Green and Black Colors

28. Both Monster Energy and ISN for its Monster Mobile line use green and black as key colors although Monster Energy uses many different colors and color-codes its various lines like "Monster Energy Zero," "Java Monster" and "Monster Energy Low Carb."  Green and black are extensively used in the United States commercial marketplace. They also have become associated with "monsters" and "witchcraft."  If one goes to the Internet and looks up "Wizard of Oz," one would find countless green and black representations of the (Margaret Hamilton) witch

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

character.  The musical play "The Wiz" was promoted with a green and black representation of the witch.  MONSTER JAM's Website shows a lot of green and black.  If you ones goes to the Internet and search "monsters, one would see many green and black images.  Frankenstein's monster is portrayed in green and black.  The friendly monster "Shrek" is green as is "The Incredible Hulk," The famous wall at the Boston Red Sox' Fenway Park is called the "Green Monster." Green is also used as a popular color for power tools.  John Deere uses green for its tractors and smaller consumer products like lawnmowers.  Because of the growing ecological theme of Green Marketing, many companies are making greater use of the color green in their advertising and promotion.

## XIII.  Comparable Blockbuster Brands

29. The world's two leading companies, in terms of stock market valuation, are **AMAZON** and **APPLE**.   Like "Monster," neither "Amazon: nor "Apple" is descriptive of the actual products they sell.   Both of these brands have stock market values of a trillion dollars or more, and both of these brands face at least two companies that also call themselves either **APPLE** or **AMAZON**.

## 30. **AMAZON:**



Red sauce, Green sauce, Mango sauce, Habanero sauce, Chipotle sauce, Sweet chili sauce, Guava sauce, Buffalo wing sauce, Sriracha sauce, Barbeque ripe dried jalapeno sauce, Crushed pizza food seasoning,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# AMAZON

A trademark owned by **LIBRA RESOURCES INC.**  Inner tubes for vehicle tires; Passenger and light truck tires; Tires; Tires for land vehicles; Tires for vehicles

31.  **APPLE**



**Apple Corps Ltd** (informally known as **Apple**) is a multi-armed multimedia corporation founded in London in January 1968 by the members of the Beatles to replace their earlier company (Beatles Ltd) and to form a conglomerate. Its name (pronounced "apple core") is a pun. Its chief division is Apple Records, which was launched in the same year. Other divisions included Apple Electronics, Apple Films, Apple Publishing and Apple Retail, whose most notable venture was the short-lived Apple Boutique, on the corner of Baker Street and Paddington Street in central London. Apple's headquarters in the late 1960s was at the upper floors of 94 Baker Street, after that at 95 Wigmore Street, and subsequently at 3 Savile Row. The latter address was also known as the Apple Building, which was home to the Apple Studio.

## New York City --- THE BIG APPLE

**Big Apple"** is a nickname for New York City. It was first popularized in the 1920s by John J. Fitzgerald, a sports writer for the *New York Morning Telegraph*. Its popularity since the 1970s is due in part to a promotional campaign by the New York tourist authorities.

## XIV. The *Sleekcraft* Factors

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

32. Taking the above into consideration, I think the *Sleekcraft* factors indicate the following.

**Similarity of the Marks**:  The trademarks used by Monster Energy and ISN both use "monster", but the marks as they appear in commerce are noticeably different.  Monster Energy's trademark emphasizes a scratch mark that looks nothing like ISN's mark.  Monster Energy's marks refer to and import meaning that pertains beverages whereas ISN's trademark directly refers to the mobile tool dealers that distribute the products and conveys a corresponding meaning. Monster Energy's trademark sounds differently from ISN's because Monster Energy's mark includes another component that refers to monster energy's beverages (i.e. ENERGY, LO-CARB, PUNCH, JUICE, etc.).  The packaging used by the companies is also different.  I find that the marks are not similar in sight, sound, or meaning.  I believe this factor ways in favor of ISN.

**Strength of Monster Energy's trademarks**: Monster Energy has certainly spent a significant amount of money on promoting its products and it has obtained success in the energy drink market.  The trademark that Monster Energy is really focusing on in its promotions and on its products is the scratch mark.  The "monster" component of Monster Energy's trademark is a stylized word that is used extensively in commerce.  There are numerous entities using "monster" on products in the tool and motorsports markets and green is a common-sense color selection for a monster product.  Moreover, "monster" is used in a descriptive way to refer to size and strength.  I find that this factor weighs in ISN's favor as to any trademark of Monster Energy other than the Scratch Mark logo.  As to the

EX1-40

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

scratch mark trademark of Monster Energy, I find this factor weighs in favor of Monster Energy.

**Relatedness of the Goods**:  The primary goods being sold by Monster Energy and ISN are unrelated.  Beverages are in a different market from tools.  ISN and Monster Energy are not competitors.  The only overlap between the goods of the two companies is on minor products such as apparel, which is a negligible percentage of ISN's revenues.  I believe this factor weighs strongly in ISN's favor.

**Types of Goods and Care Exercised:** ISN's products are relatively expensive and not impulse buys.  Consumers exercise care in purchasing the tool products sold by ISN.  This factor weights in favor of ISN.

**Convergence of the Marketing Channels:** ISN and Monster Energy use different marketing channels.   This factor weights in favor of ISN.

**Evidence of Actual Confusion**:  If there is any confusion in this case, it is di minimis.  And, because some confusion can be expected when a trademark owner uses a mark that is suggestive, if there is confusion, I do not think it would be a strong indicator of illegitimate competition by ISN.   This factor is neutral.

**Intent**: I do not see anything that indicates ISN adopted its mark with any knowledge that it was adopting a mark of Monster Energy.  This factor is neutral.

**Likelihood that the parties will expand their product lines**:  I did not see any evidence that the parties would expand the relevant product lines in a meaningful way.  This factor is neutral.

EX1-41

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

33. In my opinion, the most important of the Sleekcraft factors in this case are
similarity of the marks and relatedness of the goods. which weigh in ISN's favor.
The strength of the mark issue, is split between ISN and Monster Energy.  The
other issues are either neutral or weigh in favor of ISN.  Accordingly, the
Sleekcraft factors suggest that there is no likelihood of confusion.

## XV.  Conclusions and Opinions

34. In conclusion my detailed analysis causes me to believe that any confusion
between Monster Energy and ISN's Monster Mobile is highly remote and, if any
such confusion exists, it would be highly negligible.  <u>Evidence shows that Monster
Energy is capable of co-existing with many different brands that use both the word
"monster" and graphic depictions of monster in their trademarks.</u>  My detailed
analysis caused me to hold the opinion that any confusion between Monster
Energy and ISN's Monster Mobile would be highly negligible.  Any similarity
between the ISN and Monster Energy logos has little meaning because the ISN
market presence is so minute. The ISN mark is dwarfed by so many other tool
companies that use the name "monster." There is no proof that Monster Energy's
motorsports sponsorships any confusion with ISN's customer or end users.
Clearly. There are many other commercial enterprises that are using the word
"monster" in areas of commerce that are much closer to Monster Energy's market
space than ISN. There is no overlap in channels of trade and distribution.
Moreover, this analysis shows that "Monster" is a common word used extensively
in commerce for many, many products, Many of these other "monster" products
are sold in the same channels of trade and distribution as Monster Energy and not

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

ISN's Monster Mobile service.  When the Sleekcraft factors are analyzed, likelihood of confusion is not indicated.

In Summary:

❖ The word "monster" has been used for centuries and is a common noun in the English language.

❖ "Monster" is often used as part of a trademark as at least one of the words in the trademark but is not capable of standing by itself in a trademark.

❖ Monster is capable of co-existing with many brands.

❖ Monster Energy and ISN sell unrelated products through unrelated channels of trade.

❖ While Monster Energy and both ISN use trademarks that include "monster," the marks are different.

❖ Monster Energy's drink products are often "impulse" purchases while ISN's Monster products are more often planned purchases.

❖ Monster Energy is a low-priced purchase while ISN's Monster tool products are usually higher priced purchases.

❖ The energy drink market in the United States is an $11 to $15 billion market with Red Bull and Monster Energy as dominant brands.

❖ The worldwide tool market is a $51 billion market with a number of major brands. "Monster Mobile" is part of a small subgroup of this market.

❖ Both "Monster Energy" and "Monster Mobile" appeal to a male audience but there is no comparison in the size of the market and the demographics show virtually no overlap.

EX1-43

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

❖ There are major differences in age and lifestyles of the users of Monster

❖ Energy and IEN's Monster Mobile customers (owners of delivery trucks) and end-users (automotive mechanics).

❖ "Monster Energy" spends hundreds of millions of dollars a year in promotional marketing with major emphasis in sponsorships, promotion and social media.  "Monster Mobile" has a budget in mere thousands of dollars primarily for catalog production and its Website.

❖ The green and black color combination is used widely in commerce and has come to be associated with monsters and witchcraft.

❖ Two other blockbuster brands that identify the two largest companies in the world — Apple and Amazon — use non-descriptive common noun words as part of their trademark.  There are other brands in the marketplace that use Apple and Amazon with impunity.

**Opinions:**  Based on this analysis and my 50 years of experience as a marketing practitioner and teacher, I have the following opinions:

❖ The word "monster" is a common, extensively used word that cannot be trademarked on its own because such common names cannot be trademarked on their own but only as a way to describe the perceived qualities of a product or service.

❖ The energy drink and tool markets are totally different with totally difference channels of trade and distribution.

❖ There is neither commonality nor overlap in the marketing programs of Monster Energy and ISN.

EX1-44

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

❖ Green and black is a common color combination.

❖ The trademarks are dissimilar.

❖ The only possible overlap may be in promotional apparel (caps and T-shirts), which is a negligible part of ISN's sales.

❖ The sleekcraft factors weigh mostly in ISN's favor and when considered collectively, indicate there is no likelihood of confusion.

**In conclusion, based on my analysis there is absolutely no chance of likelihood of confusion developing from Monster Energy and Monster Mobile.**

*James T. Berger*

James T. Berger
February 23, 2018

# EXHIBIT A

CURRICULUM VITAE

# James T. Berger/Market Strategies, LLC
*IP Litigation Services & Surveys: Trademarks/Brands/Marketing;*
*Marketing Consultant; Free-Lance Writer; University Instructor*

James T. Berger/Market Strategies, LLC
555 Skokie Blvd. - Suite 500, Northbrook, IL 60062
847-897-5599  Fax 847-480-7859
E-mail: jberger@jamesberger.net   WEB: www.jamesberger.net

## EDUCATION

MBA   University of Chicago, Graduate School of Business, concentrations in marketing and finance.

MS   Northwestern University, Medill School of Journalism, concentration in news/editorial sequence.

BA   University of Michigan, College of Literature, Science and the Arts, major in journalism.

## PROFESSIONAL EXPERIENCE

MARKET STRATEGIES, Chicago. Evanston and Northbrook, IL (1983 to present) Principal of this marketing services/consulting firm, which specializes in:
- Intellectual Property Expert Witness services.
- Strategic marketing planning including creating written market plan documents.
- Implementing marketing programs.
- Integrated marketing communications services including advertising, public relations, sales promotion, direct mail.
- Helping clients develop and maintain business relationships.

As a "hands-on" consultant, I help clients develop strategies and programs as well as assist in the implementation.  The firm concentrates on business-to-business marketing with specific focus on financial services, accounting and consulting services, commercial real estate, eldercare, office technology, manufacturing and distribution.  Expert witness services include litigation support activities including surveys and testimony-related actitivies.  Concurrent with the management of Market Strategies, I became involved with:

THE INVESTOR RELATIONS COMPANY, Northbrook, IL (June 1998 to July 1999) As Senior Vice President, I was involved in the full array of Investor Relations activities including account management; working with the financial press including magazines, newsletter and wire services; direct contacts with analysts and brokers; and writing of financial news releases, quarterly and annual reports, profiles and fact sheets.

THE FINANCIAL RELATIONS BOARD, INC., Chicago, IL (April 1997 to June 1998) As an Account Manager for this large, national investor relations firm, I:
- Coordinated account service, market intelligence and media activities.
- Created investment profiles and fact sheets; developed and wrote annual reports,

quarterly earnings releases and other news releases.

STERN WALTERS/EARLE LUDGIN, Inc., Chicago, IL (1980-83) Vice President -- Account Supervisor:
- Account manager for Associates Commercial Corporation account, a commercial finance company with advertising billings in excess of $7 million.
- Account manager for Sears, Roebuck & Co. Contract Sales Group division.
- Developed marketing strategies, planning and account management.

THE WITTLEDER COMPANY, Inc., Chicago, IL (1976-80) Vice President -- Account Supervisor:
- Created and implemented marketing strategies and programs.
- Clients involved in office products and services, data systems, micrographics, commercial real estate, automotive aftermarket and financial services.

BRAND ADVERTISING, Inc., Chicago, IL (1973-76) Vice President -- Director of Public Relations:
- Responsible for firm's public relations profit center.
- Programming, planning, client and media contact, writing and editing.
- Active in new business development.
- Clients involved in automotive aftermarket, industrial equipment, agriculture.

GOLIN/HARRIS COMMUNICATIONS, Inc., Chicago, IL (1971-73) Account Supervisor for this large public relations agency:
- Worked on McDonald's restaurants, agency's major account.
- Created national model awareness program for Chicagoland market.
- Managed McDonald's involvement in public affairs, ecology, energy conservation, labor relations and the inner city.
- Involved in financial relations and marketing-support activities.

## EARLY EXPERIENCE

Began career as copy, wire and make-up editor for CHICAGO DAILY NEWS. Moved into corporate public relations as editor of an employee publication for ILLINOIS BELL TELEPHONE COMPANY in Chicago and Springfield, IL. As a publicity specialist for MORTON INTERNATIONAL INC., I became involved in the consumer, industrial, institutional, automotive and agricultural markets. My first experience in agency public relations was with THE PUBLIC RELATIONS BOARD, INC., (now known as PORTER NOVELLI), first as an account executive and later as an account supervisor.

## PROFESSIONAL MEDIA EXPERIENCE

- Copy Editor for *Chicago Daily News*, Chicago, IL
- Editor and General Assignment Reporter for *The Patriot Ledger*, Quincy, MA
- Correspondent for *United Press International* in Ann Arbor, MI
- Part-time general assignment reporter for *Pioneer Press* newspapers, Wilmette and Highland Park, IL
- Free-lance columnist for *Homelife* section of *Chicago Sun Times*

# BOOKS PUBLISHED

<u>Trademark Surveys: A Litigator's Guide</u> by James T. Berger and R. Mark Haliigan (of the FisherBroyles law firm), published by Oxford University Press, 2011.  Second edition published bt LexisNexis Matthew Bender in 2015,
<u>Trademark Surveys in the Age of *Daubert*</u> by James T. Berger, published by LexisNexis Matthew Bender in 2016.

# ARTICLES PUBLISHED

Intellectual property litigation-related articles:

— "10 Frequently Asked Questions about Intellectual Property Litigation Surveys" published in the August 2003 issue of *Intellectual Property Today.*

— "Swimming in Shark-Infested Waters," published in June 2004 issue of *Intellectual Property Today.*

— "Creativity Key to Executing Toughest IP Survey Projects," published in July 2005 issue of *Intellectual Property Today.*

— "What IP Attorneys Should Know About Expectations and Costs For Survey Research," published in April 2006 issue of *Intellectual Property Today.*

— "10 Easy Ways to Blow Away a Survey," published in the January 2007 issue of *Intellectual Property Today.*

— "The Power and Perils of the Internet Surveys," published in August 2007 issue of *Intellectual Property Today.*

— "How to do an IP Survey without Giving Away the Store," published in April 2008 issue of *Intellectual Property Today.*

— "New Challenges to the IP Survey Process," published in July 2009 issue of *Intellectual Property Today.*

— "Introducing the Internet/Telephone 'Hybrid' Survey," published in the July, 2010 issue of *Intellectual Property Today.*

— "How to Apply Theory of Probability to Decision of Whether to Do an I.P. Survey," published in the February, 2011 issue of *Intellectual Property Today.*

— "A New Survey Protocol for Proving/Disproving Design Patent Infringement" by James T. Berger and Tracy Zawaski, published in the April, 2011 issue of *Intellectual Property Today.*

— "The Descriptive/Suggestive Conundrum in Trademark Surveys," published in the November, 2011 issue of *Intellectual Property Today.*

— "The Pre-Litigation Pilot Trademark Survey," published in the March, 2012 issue of *Intellectual Property Today,*

— "Frequently Asked Questions About Trademark Surveys," published in the December, 2012 issue of *Intellectual Property Today,*

— "Internet Surveys Come of Age," published in the June, 2013 issue of *Intellectual Property Today.*

— "10 Common Myths About Trademark Surveys," published in the September, 2013, issue of *Intellectual Property Today.*

— Will  A Survey Help Win A Likelihood of Confusion Case?" published in the
September, 2014, issue of *Intellectual Property Today*.

Marketing communications-related articles published in:
- *Crain's Chicago Business*, a weekly business publication.
- *Services Marketing Today,* published by the American Marketing Association.
- *Talking To The Boss*, a weekly business publication.
- University of Chicago Graduate School of Business alumni magazine.
- *Your Business*, a quarterly magazine published for GE Capital by Baumer Financial
  Publishing, Chicago.
- *Independent Business*, a monthly magazine published by Group IV Communications,
  Thousand Oaks, CA.

Business-related articles in published in:

| | |
|---|---|
| - *Active Times* | - *Executive Decision* |
| - *Business Life* | - *Home Business Journal* |
| - *Office Dealer* | - *Business Sense* |
| - *Office System* | - *Real Estate Chicago* |
| - *Chicago Sun-Times* | - *American Fitness* |
| - *Dow Jones Business Employment* | - *Area Development* |
| *Weekly* | - *Real Estate Chicago* |
| - *Texas Realtor* | - *Grid* |
| - *Multifamily Executive* | - *Plants, Sites & Parks* |
| - *Office and Industrial Properties* | - *Journal of Property Management* |
| - *Real Estate Profiles* | - *Commercial Investment Real Estate* |
| - *Kiwanis Magazine* | - *Crain's Chicago Business* |
| - *The Rotarian* | - *Tax Credit Advisor* |

## TEACHING EXPERIENCE

ROOSEVELT UNIVERSITY
**Walter E. Heller College of Business Administration**
Received WEHCBA Outstanding Adjunct Award, 2010.
Nominated for ADJUNCT FACULTY PERSON OF THE YEAR AWARD in 2005/06.
- Marketing Reseach - - An undergraduate course that covers the basis of marketing
  Research.
- Marketing in Theory and Practice -- A graduate level course that covers basic principles
  of marketing and market research.
- Selling and Sales Management -- An undergraduate course focusing on consultative
  selling and the management of the sale force.
- Consumer Behavior -- An undergraduate course that explored the how's and why's of
  consumer purchasing.
- Introduction to Advertising -- An undergraduate course focusing on advertising, sales

EX1-50

promotion and integrated marketing communications.
- Retail Marketing Management.  An undergraduate course focusing on retail marketing theories and practices.
- International Marketing Analysis – Taught at both the graduate and undergraduate levels, this course that probes how foreign companies market in the United States and how domestic companies market abroad.

DE PAUL UNIVERSITY
**College of Commerce -- Graduate Level**
- Marketing Research -- An overview of marketing research and its role in decision-making with the organization.
- Marketing Strategy -- A case-oriented course focusing on decision-making.
- Industrial Marketing -- A course utilizing cases and text that concentrates on industrial and business-to-business marketing.
**College of Commerce -- Undergraduate Level**
- Principles of Marketing -- A basic, survey course that introduces all the College of Commerce students to marketing.
- Marketing Management -- A second-tier course that uses cases to illustrate basic marketing principles.
- Introduction to Advertising -- A course for marketing majors that introduces students to basic advertising.
- Industrial Marketing -- A course for marketing majors focusing on industrial and business-to-business marketing.
- Personal Selling -- A course for marketing majors that concentrates on consultative selling.

LOYOLA UNIVERSITY
**Graduate School of Business**
- International Marketing — This course focuses on  how foreign companies market in the United States and how domestic companies market abroad.

NORTHWESTERN UNIVERSITY
**Kellogg Graduate School of Management**
- Business Marketing -- A graduate level course focusing on industrial and business-to-business marketing principles and cases.
**School of Continuing Studies**
- Principles of Marketing -- An introductory survey course that covers basic principles including market research.
- Strategic Marketing:  Cases in Decision-Making -- A more advanced, case-method course.
- Business-to-Business Marketing -- A course that explores the differences between consumer marketing and business marketing.
- Introduction to Public Relations -- An introductory course that focuses on the various facets of public relations and publicity.
- Integrated Marketing Communications -- A course that I created that focuses on the synergies of coordinating all the promotional blend elements.

UNIVERSITY OF ILLINOIS AT CHICAGO
**College of Business Administration**
- Advertising and Sales Promotion -- An undergraduate course that introduces students to the basic principles of advertising.
- New Product Management -- An undergraduate course focusing on the new product development and marketing process.


LAKE FOREST GRADUATE SCHOOL OF MANAGEMENT
- Marketing Management -- An executive graduate-level course that uses cases and a major team project to introduce students to the principles of marketing and marketing management.

CONTINUING  LEGAL EDUCATION SEMINAR
- Presented "Intellectual Property Litigation Surveys … Best Practices" before the Chicago, Milwaukee, St. Louis, Texas and Indiana Bar Associations. The program has been approved for continuing legal education credits.

MINNESOTA STATE BAR ASSOCIATION
Continuing Legal Education
- Faculty member for "The Effective Use of Survey Experts and Evidence in Trademark Cases." Minneapolis State Bar Association, Minneapolis, MN, March 7, 2002.

MEMBER – INTERNATIONAL TRADEMARK ASSOCIATION

### LITIGATION EXPERIENCE

*I have testified in court in the following cases: (side who retained me in **BOLD**)*

**Euromarket Designs, Inc., dba Crate & Barrel Limited** v. Miriam Peters and Point Blank Multimedia, testified in U.S. District Court, Chicago, August 3, 2000.

**Heartland Corporation** v. Don Siphers et al., testified at U.S. District Court, Topeka, KS, on June 25, 2002.

St. Luke's Eye Center v. **James Sanderson et al**, testified at trial at U.S. District Court in Tampa, FL, on June 7, 2007

Scafiddi Motors v. **General Motors Corporation,** testified before State of Wisconsin Division of Hearings and Appeals, Madison, WI, on April 4, 2008.

University of Kansas et al v. **Larry Sinks et al**, testified at trial at U.S. District Count in Topeka, KS, on July 8, 2008.

Just Enterprises, Inc. v. **(888) Justice, Inc**., testified in U.S. District Court in Chicago, IL on June 17, 2008.

EX1-52

Vande Hey Brantmeier, Chevrolet, Buick, Pontiac, Inc. v. **General Motors Corporation**, testified before State of Wisconsin Division of Hearings and Appeals, Jan. 23, 2009.

Mini Melts, Inc. v. **Reckitt Benckiser, Inc**. (jury trial) testified in U.S. District Court in Sherman, TX, on June 24, 2009.

Mini Melts, Inc. v. **Reckitt Benckiser, Inc**. (bench trial) testified in U.S. District Court in Sherman, TX, on June 25, 2009.

**Fair Isaac Corporation et al** v. Experian, et al, testified in U.S. District Court in Minneapolis, MN, on November 6, 2009.

**John A. Dore et al** v. Sweports, Ltd., et al, (A brand valuation case),. testified in Cook County Circuit Court on October 24, 2011.

Audemars Piguet Holdings, S.A. et al v, **Swiss Watch International, Inc.** et al. testified in U.S. District Court in New York, NY, on June 26, 2013.

**Dwyer Instruments, Inc.** v. Sensocon, Inc., et al testified via video hook-up to trial in U.S. Distrct Court in Ft. Wayne, IN, on June 16, 2014.

**Mike Vaughn Custom Sports** v. Chrystem "Chris" Piku et al, testified in U.S. District Court in Detroit, MI, on September 4, 2014.

**Richard Golden and Beak and Bumper LLC** v. Jang H. Lin d/b/a/ Dental USA, Inc.  testified by phone in an arbitration in New Jersey on Nov. 4, 2014.

National Financial Partners, Corp. v. **Paycom Software, Inc**. testified at a Preeliminary Injunction hearing in Federal Court in Chicago on May 15, 2015.

**Black & Decker Corporation et al** v. Positec USA et al, U.S. District Court in Chicago, September 29-30, 2015.

Lifetime Products, Inc., Claimant v. **Maxchief Investments, Ltd. et al.,** Respondents American Arbitration Association, at AAA offices, San Francisco, May 22-23, 2017.


## _I have been deposed in the following cases: (side who retained me in BOLD)_

Allan J. DeMars, as Trustee for Weisser Eyecare, Inc., v. **NBD Highland Park,** October 12, 1996.

**Black & Decker (U.S.) Inc., et al**  v. Pro-Tech Power Inc., et al, February 5, 1998 And March 5, 1998.

**Atlas Electric Devices Co**. v. Q-Panel Lab Products Corporation, April 26, 2001.

**Motor Werks Partners, L.P.** v. BMW of North America, June 11, 2001.

Sparks & Crain v. **AT&T and Lucent Technologies**, February 18, 2002.

**Native American Arts** v. Earth Dweller, Ltd., and The Waldron Corporation, April 5, 2002.

**Master Tech Products, Inc.,** v. Prism Enterprises, Inc., September 11, 2002. (A trade secrets case.)

**Mansfield Plumbing Products L.L.C**. v. Mariner Partners, Inc., et al., March 4, 2003.

Horizon Health Services, Inc. v. **Allied National, Inc. et al**, October 25, 2004.

S&M Nutec, L L.C. v. **T.F.H. Publications, Inc.,** January 16, 2005.

Century 21 Real Estate v. **Century Surety Co.,** March 1, 2005.

Midwest Canvas Corp. v. **Nationwide Tarps, Inc.,** March 17, 2005.

Seed Lighting Design Co. LTD v. **Home Depot, et al.** July 14, 2005.

**Dioptics Medical Products, Inc.** v. PR Trading Company D/B/A/ Polar Ray Sunglasses Corporation, August 13, 2005.

**True & Dorin Medical Group** v. Leavitt Medical Associates, et al, September 10, 2005

Edina Realty v. **TheMLSonline.com, Inc.**, Oct.. 7, 2005.

Kevin Trudeau et al v. **George Lanoue et al**, November 21, 2005

**Dioptics** v. PR Trading Company, Feb. 17, 2006.

Wenger Corporation v. **The Stadium Chair Company, LLC,** June 22, 2006

**Cobra Capital** v. LaSalle Bank Corporation et al, July 26, 2006

Illinois Tool Works v. **Chester Brothers Machined Products, Inc. d/b/a Pneu-Fast,** Aug. 15, 2006

**Note Family, Inc.** v. Vivendi Universal Games, Inc., October 4, 2006

St. Luke's Eye Center v. **James Sanderson et al**, March 15, 2007

University of Kansas et al v. **Larry Sinks et al**,  May 29, 2007.

St. Luke's Eye Center v. **James Sanderson et al**, testified at trial at U.S. District Court in Tampa, FL, on June 7, 2007

Just Enterprises, Inc. v. **(888) Justice, Inc**. on January 11, 2008.

EX1-54

Schneider Saddlery Co., Inc. v. **Best Shot Products International LLC** on February 6, 2008.

Scafiddi Motors v. **General Motors Corporation** on March 3, 2008. (Testimony related to Buyer Behavior.)

Larin Corporation v. **Alltrade, Inc**. on March 26, 2008

Mini Melts, Inc. v. **Adams Respiratory Operations, Inc. d/b/a Adams Respiratory Therapeutics**  on March 13, 2008.

Dallas Cowboys Football Club and NFL Properties, LLC v. **America's Team Properties**, Inc. on April 30, 2008

Mini Melts, Inc. v. **Adams Respiratory Operations, Inc. d/b/a Adams Respiratory Therapeutics**  on  November 13, 2008.

**Fair Isaac Corporation et al**  v. Equifax Inc. et al on December 17, 2008.

Vande Hey Brantmeier, Chevrolet, Buick, Pontiac, Inc. v. **General Motors Corporation**, on January 12, 2009.

**WMH Tool Group, Inc.** v Woodstock International, Inc., and Grizzly Industrial, Inc, on June 30, 2009.

Atlanta Allergy & Asthma Clinic, P.A. v. **Allergy & Asthma of Atlanta, LLC et al**, on July 6, 2009.

**North Shore Gastroenterology** v. North Ohio Gastroenterology on October 15, 2009.

**Metso Minerals Industries, Inc**. v. FLSmith-Exc el et al, March 26, 2010. (A trade secrets case)

**Evert Fresh Corportaiton** v. Pactiv Corporation, September 10, 2010. (A brand valuation case).

**Mark Rice d/b/a Games to Remember** v. Brand Imports, L.L.C. et al, September 21, 2010.

Innovation Ventures, LLC v. **N2G Distributing, Inc. et al,**  September 24, 2010.

**John A. Dore et al** v. Sweports, Ltd., et al, January 31, 2011. (A brand valuation case).

**Lovely Skin, Inc**. v. Ishtar Skin Care Products, LLC, October 27, 2011.

**Native American Arts, Inc**. v. Bud K Worldwide, Inc. Deposition, December 14, 2011.

**Native American Arts, Inc.** v. Peter Stone Co., U.S.A., February 3, 2012.

**Native American Arts, Inc.** v. Mangalick Enterprises, Inc . d/b/a/ IAC International, Feb 3, 2012.

EX1-55

**Native American Arts, Inc.** v. Atlanta Cutlery Corporation, Inc., March 1, 2012.

**Morningware, Inc. v.** Hearthware Home Products, Inc**.** May 2, 2012.

Treanna Winery, LLC, petitioners v. **Niner Wine Estates, registrant/responder**, June 7, 2012.

**Back in Five, LLC** v. Infinite International, Inc., June 29, 2012.

**Lively Skin, Inc**. v. Ishtar Skin Care Products, LLC, July 19, 2012.

**Aegis Sciences Corporation** v. Aegis Food Testing Laboratories, Inc. et al, June 7, 2013.

Audemars Piguet Holdings S.A. et al v. **Swiss Watch International, Inc**. et al, June 12, 2013

**ThermoLife International, Inc.** v. Gaspari Nutrition, Inc., August 7, 2013.

**David Elliott, an individual, and Chris Gillespie, an individual** v. Google, Inc., a Deleware Corporatoin et al on September 6, 2013.

**NetAirus Technology, LLC** v. Apple, Inc. on September 11, 2013

**Motorola Mobility, Inc. and Motorola Trademark Holdings, LLC** (opposers) v. Nextel Communications, Inc. (applicant), October 3, 2013.

**Robocast, Inc.** v. Apple, Inc. on  Oct. 10, 2013.

**Native American Arts, Inc** v. Peter Stone Company on December 27, 2003.

**The Black & Decker Corporation et al** v. Positec USA, Inc. on February 14, 2014.

**Minitube of America Inc.** v. Reproductive Provisions LLC et al, April 18, 2014.

Dish Network, Inc. v. **Fun Dish, Inc.,**  Part 1**,** June 23, 2014.

**Richard Golden and Beak and Bumper LLC** v. Jang H. Lin d/b/a/ Dental USA, Inc. , June 29, 2014.

**Amini Innovation Corporation** v. McFerran Home Furnishing, Inc. et al, August 8, 2014.

**Weber-Stephen Products LLC** v. Sears Holding Company et al, January 9, 2015.

Dish Network, Inc. v. **Fun Dish, Inc.,**  Part 2,  February 25, 2015.

**American Energy Corporation** v. American Energy Partners, L.P. et al, March 9, 2015.

**Daniel Poneman** v. Nike, Inc. et al, April 7, 2015.

EX1-56

National Financial Partners, Corp. v. **Paycom Software, Inc**., April 23, 2015.

Daniel Defense, Inc. v. **Remington Arms Company, LLC et al,** July 28, 2015

**Lights Out Holdings, LLC** v. Nike, Inc., December 15, 2015

Caterpillar Inc., opposer, v. **Tigercat International Inc., applicant**, March 3, 2016

**H.J. Heinz Company** v. Boulder Brands USA, Inc. , Sept. 28, 2016

Lifeguard Licensing Corp. et al v. **Jerry Kozak et al**, Oct. 6, 2016

**Hard Candy. LLC** v. Anastasia Beverly Hills, Inc., Feb. 6, 2017

Lifetime Products, Inc., Claimant v. **Maxchief Investments, Ltd. et al,** Respondents American Arbitration Association, Feb. 14, 2017.


**BILLING  RATE (FOR EXPERT WITNESS SERVICES)**
$500 per hour ($550 for time spend in testimony)

# SUPPLEMENT A

*A Compilation of Published Articles*
*Written by James T. Berger*

| DATE | PUBLICATION | ARTICLE TITLE |
|---|---|---|
| **1998** | | |
| Fall | Active Times | Wanted: Mature Workers Who Need Minimal Training, Many Positions Available |
| Sept-Oct | National Bus Employment Weekly | What's an M.B.A. worth? |
| Sept-Oct | National Bus  Employment Weekly | The Degree Dilemma |
| November | Chgo Sun Times Business Life | Buying Into Barter |
| December | Crain's Chicago Business | A Crucial Goal: Increasing Schools' Visibility |
| Jan-Dec | Writer's Digest | |
| | | |
| **1999** | | |
| January | Business Life | Business is Booming in Executive Temp Industry |
| 38744 | Real Estate Profiles | Gary Canepa / Patty Ancona / Patraick Fortin / Richard Blevins / Nancy Mroz |
| April | Business Life | Medical Industry Goes Under the Knife |
| 38823 | Wall Street Journal | Will Earning An MBA Pay off Later in Life? |
| Spring | Business Sense | Networking 101 |
| June | Business Life | Building Solid Financial Foundations |
| June | Your Business | Blueprint for Success |
| June | Small Business Adviser | Building Earnings by Barbara B. Buchholz |
| June | Chgo Sun Times Business Life | Tips Could Help You Sell Your Home by Yourself |
| July - Aug | American Fitness | X-Termination |
| July | Business Life | Building Solid Foundations |
| Summer | Your Business | Expanding Your Horizons |
| August | Business Life | Factoring Takes New Meaning in Today's Global Economy |
| September | Chgo Sun Times Business Life | Push to Revive Reverse Mortgage |
| September | Business Life | Opportunities Abound for Older Workers |
| September | Kiwanis | Working Into Retirement |
| September | Independent Business | 10 Easy Ways to Lose a Client |
| Fall | Recreation Management | Wet and Wild on the West Coast by J. Fisher Park & J. Morgan Park |
| September | Active Times | Reversal of Fortune for Reverse Mortgages |
| September | Chgo Sun Times Homelife | Mortgage Plan Helps Buyers with Bad Credit |
| September | Chgo Sun Times Homelife | Mortgage Lenders Won't Suffer Despite Market Changes |
| November | Business Life | Are Stockbrokers and Endangered Species? |
| November | Home Business | Turning Hobbies Into Profitable Home-Based Businesses |
| November | Chgo Sun Times Homelife | Prepayment Penalty Offers a Trade-Off for Homeowners |
| 17-Dec | Chgo Sun Times Homelife | No Doc Loans Help Self-Employed |
| 1999 | Commercial Lending Report | Entire Year |
| | | |
| **2000** | | |
| 7-Jan | Chgo Sun Times Homelife | Blacks Still Face 'Predatory Lending' Schemes: study |
| 12-Jan | Chgo Sun Times Homelife | Home Ownership Rising in Nation, While Equity is Falling |
| 14-Jan | Chgo Sun Times Homelife | New Laws Might Boost Reverse Mortgage's Appeal |
| 16-Jan | Chgo Sun Times Homelife | Banking On Your Home |
| 21-Jan | Chgo Sun Times Homelife | Not All Mortgages Require Buyer to Make a Down Payment |
| 22-Jan | Active Times | Do Banks Protect Your Privacy |

| 28-Jan | Chgo Sun Times Homelife | Legal Foundation Guards Against Mortgage Scams |
|---|---|---|
| January | Business Life | WWII Fighting For Bandwidth |
| January | Recreation Management | Welcome To The Great Outdoors |
| January | Commercial Lending Report | All Loans Are "Good" When You Make Them |
| Winter | Business Sense | Grievance Alert |
| 11-Feb | Chgo Sun Times Homelife | Your Portfolio Can Provide Mortgage Down Payment |
| 18-Feb | Chgo Sun Times Homelife | Worried Buyer Can Try An Interest-Rate Option |
| 25-Feb | Chgo Sun Times Homelife | Go For Brokers |
| Feb-29 | Chgo Sun Times Business | Leap Day has It's Benefits |
| February | Business Life | WWII Fighting For Bandwidth |
| 3-Mar | Chgo Sun Times Homelife | Rising Interest Rates Take Toll on Buyers Mortgages |
| 17-Mar | Chgo Sun Times Homelife | Home Saver Helps Avert Foreclosure |
| 24-Mar | Chgo Sun Times Homelife | Closing On A Home Often Troublesome |
| 31-Mar | Chgo Sun Times Homelife | Web Portal Can Speed Loan Process |
| March | Recreation Management | If You Build It, They Will Swim |
| March | Business Life | Consumers Not Ready to Leave Mall Behind |
| May | Texas Realtor | What's Up With Mortgages? |
| 10 - Oct | Chgo Sun Times Homelife | Fed holds key to stable mortgage rates: experts |
| 29 - Oct | Chgo Sun Times Homelife | Landscaping is a cheap and easy fix |
| 29 - Oct | Chgo Sun Times Homelife | Home offices, pools not worth it |
| 3 - Nov | Chgo Sun Times Homelife | As closing nears, lender wants money for a "hold back" |
| 17 - Nov | Chgo Sun Times Homelife | Fannie Mae helps lending victims |
| 24 - Nov | Chgo Sun Times Homelife | 'Tis the season to be wary when seeking a mortgage |
| 1 - Dec | Chgo Sun Times Homelife | Chicago mortgage bank reaches out to immigrants, minorities |
| 3 - Dec | Chgo Sun Times Homelife | Land contract may fail without canceled checks |

**2001**

| January 12 | Chgo Sun Times Homelife | Showcase of Homes Offers Vision of Future |
|---|---|---|
| 19-Jan | Chgo Sun Times Homelife | Failure To Compute |
| January | Multifamily Executive | Generation Y Hits the Market |
| January | Multifamily Executive | Peace of Mind - Renter's Insurance Can Protect Property |
| 16-Feb | Chgo Sun Times Homelife | Tailor Made - New Type of Mortgage is Uniquely Designed for Individual Borrowers |
| February | Bizlife | Grass America Inc: What the Well-Dressed Kitchen is Wearing |
| March | Real Estate Chicago | Kenosha Casino Nixed |
| March | Utah Business | Whittling Down the Tax Man |
| 6-Apr | Chgo Sun Times Homelife | Homeowner insurance not enough to cover a home office or business; Protecting the Boss |
| Spring | Bizhealth | Family Service of the Piedmont |
| April | Rotarian | Boot Up Soldier! |
| May | Real Estate Chicago | A Soft Office Market |
| June | Real Estate Chicago | Lake County Land Squeeze |
| September | Area Development | Industrial Market |
| October | Real Estate Chicago | Update at the Glen |
| Nov-Dec | Commercial Real Estate | Virtual Money |
| Nov-Dec | Real Estate Chicago | Abbott Leases Big |

**2002**

| February | Area Development | Property Protection Comes of Age |
|---|---|---|
| March | Texas Realtor | On Loan |
| March | Area Development Magazine | On the Fast Track to Freer Trade? |
| March | Real Estate Chicago | City Park in Home Stretch |

| April | Real Estate Chicago | Recovery Ahead? |
| April | Crain's Chicago Business | Trusts a Must for the Moneyed; Variety of Plans Offer Tax Beaks, Other Incentives |
| May | Real Estate Chicago | The Mallinckrodt Property |
| June | Area Development | Welcoming Recovery |
| July | Area Development | Assessing the Post-War Economy |
| July | PS&P | Site Selection Shake Up |
| July-Aug | Journal of Property Management | Flower Power (Interior Landscape) |
| September | PS&P | Avoiding Economic Espionage |
| October | Bizlife | The Man Behind the High Point Transportation |

**2003**

| August | The Wiglaf Journal | Getting Lost on the Worldwide Web |
| August | Intellectual Property Today | 10 Frequently Asked Questions About Intellectual Property Litigation Surveys |

**2004**

| May | Plants Sites & Parks | Milwaukee on the Grow |
| June | Intellectual Property Today | Swimming In Shark-Infested Waters |
| July | Plants Sites & Parks | Electronics Industry on the Fast Track |
| September | Wiring Harness News | Using Customer Service as a Competitive Edge |
| November | Plants Sites & Parks | U.S. Economic Recovery Spurs Industrial Park Growth in Mexico |
| November | Intellectual Property Today | Getting the Most Value Out of Your Survey Expert |

**2005**

| January/February | Executive Decision | On The Job with "The Apprentice" Why Chicago is Bill Rancic's Kind of Town |
| March | The Wiglaf Journal | The Decline and Fall of the AT&T empire — Marketing Myopia Revisited |
| April | The Wiglaf Journal | 10 Easy Ways to Lose a Customer |
| May | Executive Decision | Secrets of the Best Rainmakers |
| June | The Wiglaf Journal | Converting Productivity to Profitability |
| July | Intellectual Property Today | Creativity Key to Executing Toughest IP Survey Projects |
| August | The Wiglaf Journal | What's In a Name? |

**2006**

| January | The Wiglaf Journal | Thoughts on Relationship Marketing |
| January/February | Executive Decision | A Matter of Survival: CEOs need to commit to Lifelong Learning |
| February | The Wiglaf Journal | Peeling the Customer Loyalty Onion |
| March | The Wiglaf Journal | Creating "Monopolies" from Customer Value Propositions |
| March/April | Executive Decision | The Rich Get Richer |
| April | Intellectual Property Today | What IP Attorneys Should Know Expect & Costs for Survey Research |
| May/June | Executive Decision | All The Right Moves Strategies and Tactics for Corporate Relocations |
| July/ August | Executive Decision | A New Life for ABLs. Strong Economy and Lots of Available Cash Fuel Asset-Based Lending Boom |
| September | The Wiglaf Journal | Integrated Marketing Environment Putting New Pressure on Sales Management, |
| September/October | Executive Decision | All Banks are not created Equal |
| December | Tax Credit Advisor | Sponsors "Brand" Housing Credit Properties |

**2007**

| January | Intellectual Property Today | 10 Easy Ways to Blow Away A Survey |

EX1-60

| | | |
|---|---|---|
| | WebsiteRevamp.org | Lost on The Web |
| January | WebsiteRevamp.org | Multifamily Realtors See Benefits of Branding in Driving Internet Sales |
| January | Tax Credit Advisor | Bridgeport Historic Rehabilitation Project Helping to Transform Downtown |
| January/February | MultiFamily Pro | Cover Story: AMLI'S Secret Formula – All the Ingredients for Sophistication |
| | MultiFamily Pro | Spotlights: Executive – No. 1 Cheerleader – Mutz Has Spirit and Vision |
| | MultiFamily Pro | Management – Taking Full Advantage – Technology Provides a Competitive Edge |
| | MultiFamily Pro | Marketing – Brand Loyalty – AMLI Markets Through its Brand |
| | MultiFamily Pro | Training – Pursuit of Excellence – Training Helps AMLI Reach Goals |
| | MultiFamily Pro | On Site – Know the Facts – AMLI Serves through Information |
| February | The Wiglaf Journal | The "iPhone" Brouhaha |
| March | Tax Credit Advisor | Different Actions, Tactics can Foster Quicker, Effective Lease-Up of New Tax-Credit Properties |
| March | The Wiglaf Journal | Don't Segment Markets — "Hire" the Product |
| March/April | Executive Decision | The Challenge Of Building A Global Workplace Community |
| March/April | MultiFamily Pro | Cover Story: Place Properties Is The Place – Welcome to the World of Student-Friendly College Housing |
| | MultiFamily Pro | Spotlights: Executive – Nightmare Interupus – Phillips Filled a Student Housing Need |
| | MultiFamily Pro | Management – An Engaged Audience – Ratchford Attracts Generation Y with Technology |
| | MultiFamily Pro | Marketing – Hitting the Target – Nix and Dunton Market to Distinct Groups |
| | MultiFamily Pro | Training – Gaining an Edge – Wolff Directs the Management Team |
| | MultiFamily Pro | On-Site – Two-Sided Approach – Place Focuses Both On and Off Campus |
| April | Tax Credit Advisor | Reducing Tenant "Churn" Essential for Successful Tax Credit Properties |
| May | Tax Credit Advisor | Industry Participants Suggest Ways to Trim Construction Operating Costs |
| May | The Wiglaf Journal | A New Way to Segment B-T-B Markets — Put Your Product to Work |
| May/June | Executive Decision | Adding Green To The Bottom Line |
| June | The Wiglaf Journal | The Difficulty of Developing Profitable and Unique Sales Promotions |
| June | Tax Credit Advisor | Market Studies Remain Key for Determining Feasibility of Proposed LIHTC Projects |
| July | The Wiglaf Journal | The Perils of Using the Internet for Surveys |
| July/August | Executive Decision | Is the Private Life for You? More Private Companies Are Opting To Go Private |
| August | The Wiglaf Journal | How to Make Your E-Mail Marketing More Effective |
| August | Tax Credit Advisor | Affordable Rental Housing Development Is Becoming Increasingly "Green" |
| August | Intellectual Property Today | The Power and Perils of Internet Surveys |
| August | Tax Credit Advisor | Oregon Family Development Incorporates Variety of 'Green' Features |
| September | The Wiglaf Journal | HR Help for the Entrepreneur |
| October | The Wiglaf Journal | Ease Up on Sales Button for New Ventures |
| October | Tax Credit Advisor | Robust Population, Job Growth Favor Development Phoenix Area, But Condo Overhand, New Production Are Issues |

| November | Tax Credit Advisor | Baltimore Area Marked by High Demand for Additional Affordable Housing |
| December | Tax Credit Advisor | Pittsburgh Market Has Strong Demand for Affordable Housing Despite Sluggish Economy |
| December | The Wiglaf Journal | To Brand …or NOT to Brand New Products |

**2008**

| January | Tax Credit Advisor | Milwaukee's Economy on the Grow; Strong Demand for Affordable Housing |
| January | The Wiglaf Journal | Marketing Lessons from Hollywood |
| January | The Wiglaf Journal | "Top 100 Brands" Quiz |
| February | Tax Credit Advisor | Vibrant Seattle Economy Spurs Demand for Affordable Housing |
| March/April | Executive Decision | In Whom do we Trust? The Movement for Greater Accountability and Disclosure |
| March | The Wiglaf Journal | Looking Positively at the "R" Word |
| March | The Wiglaf Journal | Adding Bite to your E-Mails |
| April | Tax Credit Advisor | Cleveland's Perfect Storm of Rising Foreclosures |
| April | Intellectual Property Today | How to do an IP Survey without Giving Away the Store |
| April | The Wiglaf Journal | B-2-B Trademarks and Brands – A Slippery Slope |
| April | The Wiglaf Journal | Want to Know Who Sarah Marshall Is? |
| May | Tax Credit Advisor | Atlanta Economy Slowing But Still Growing; Tax Credit Housing Challenged |
| June | The Wiglaf Journal | A New Business Primer for Growing Organizations |
| July | Tax Credit Advisor | Milwaukee's Economy on the Grow; Strong Demand for Affordable Housing |
| August | Tax Credit Advisor | New Desire Housing Project Rises from Devastation of Katrina |
| September | The Wiglaf Journal | What's a Brand Worth Anyhow? |
| September | Tax Credit Advisor | Chicago Has Vibrant Affordable Housing Market |
| November | The Wiglaf Journal | Starbucks Discovers Marketing Myopia |
| December | Tax Credit Advisor | Portland Economy, Multifamily Housing Easing into "Soft Landing" |
| December | The Wiglaf Journal | Musing from a Marketer on the Economic Crisis |

**2009**

| January | The Wiglaf Journal | Empathy — The Missing Element in Relationship Management |
| February | Tax Credit Advisor | MarketSketch: Houston Area Still Attractive Market for LIHTC Development |
| March | The Wiglaf Journal | The "Dark Side" of Entrepreneurship |
| April | The Wiglaf Journal | Recession Takes Toll on Brand Values |
| April | The Wiglaf Journal | Opportunities Starting to Sprout as Entrepreneurs Pick Up Pieces from Shattered Economy |
| May | The Wiglaf Journal | Two Harvard Experts Provide Perspective on Building Entrepreneurial Businesses in Troubled Times |
| July | Tax Credit Advisor | Everything You Wanted to Know About Multi-Family Energy Audits |
| July | The Wiglaf Journal | New Paradigms Abound |
| June/July | Area Development | Military Bases as Economic Development Magnets |
| August | The Wiglaf Journal | Trying to Put the Toothpaste Back into the Tube |
| September | The Wiglaf Journal | Global Marketers Unclear About Obama's Direction |
| October | The Wiglaf Journal | Marketers Find Gold on Old Brand Junk Heap |
| December | The Wiglaf Journal | Looking for a New Advertising Agency?  It's a Buyer's Market   Be Careful |

**2010**

| January | The Wiglaf Journal | Nurturing Relationships More Important Than Ever |
| February | The Wiglaf Journal | IPad Has All the Ingredients of a Classic Marketing Blunder |

| | | |
|---|---|---|
| March | The Wiglaf Journal | Professional Musings from the World of Marketing |
| June | The Wiglaf Journal | Toyota – Crisis Management at its Worst |
| | | The Bible of Marketing Mistakes and Successes |
| June-July | Area Development | Obama Promotes Export Policy to Rally Economy |
| July | Intellectual Property Today | Introducing the Internet/Telephone "Hybrid" Survey |
| July | The Wiglaf Journal | Lessons from a Legend |
| August | The Wiglaf Journal | The Undefeated, Undisputed King of Smartphones |
| September | The Wiglaf Journal | The Revolution in Knowledge Delivery Systems |
| October | The Wiglaf Journal | The Most Important Sales Call You Will Ever Make |
| November | The Wiglaf Journal | The Rewards of Trying To Be Different |
| December | The Wiglaf Journal | Story of the 2000-2010 Decade Told  by Brand Values |

**2011**

| | | |
|---|---|---|
| January | The Wiglaf Journal | Post-Recession Era Poses Different Kinds of Challenges for Marketers |
| February | Intellectual Property Today | How to Apply Theory of Probability to Decision of Whether to Do an I.P. Survey |
| February | The Wiglaf Journal | Borders and Blockbuster: Throwing Money Down a Rat Hole |
| March | The Wiglaf Journal | H-P and  Walmart – The Peril of Expectations |
| April | The Wiglaf Journal | Entrepreneurial Musings |
| May | The Wiglaf Journal | Are You Ready for Milkshake Marketing |
| June | The Wiglaf Journal | What Have You Done for me Lately |
| July | Area Development | Free Trade Agreements Stymied by Political Roadblocks |
| July | The Wiglaf Journal | The GROUPON Phenomenon – Is it Sustainable? |
| August | The Wiglaf Journal | Eastman Kodak – Another Corporate Icon Fights to Survive\ |
| September | The Wiglaf Journal | The Hidden Marketing Asset |
| October | The Wiglaf Journal | Killing the Golden Goose (Netflix) |
| November | Area Development | New Trade Agreements Slowly Becoming a Reality |
| November | Intellectual Property Today | The Descriptive/Suggestive Conundrum in Trademark Surveys |
| November | The Wiglaf Journal | Killing the Golden Goose Part 2 (Netflix) |
| December | The Wiglaf Journal | The Merits of Underdog Positioning |

**2012**

| | | |
|---|---|---|
| January | The Wiglaf Journal | Twitter — Show Me the Money |
| February | The Wiglaf Journal | Corporate Icons Falling Like House of Cards |
| February | The Wiglaf Journal | The Resurrection of the Golden Goose |
| March | The Wiglaf Journal | Revenues Gained by Service Fees Undermines Relationship Marketing Goals |
| March | Intellectual Property Today | The Pre-Litigation Pilot Trademark Survey |
| April | The Wiglaf Journal | LG's Brilliant Marketing Strategy |
| May | The Wiglaf Journal | Lessons from Fortune's "The 12 Greatest Entrepreneurs of Our Time" |
| June | The Wiglaf Journal | Welcome to 'Seinfeld' Marketing |
| July | The Wiglaf Journal | 'tis the Season for "Ambush Marketing" |
| Summer, 2012 | Area Development | Three Mistakes CEOs Must Avoid When Relocating A Business |
| August | The Wiglaf Journal | Doing Good May Yield Bad Results |
| August | Area Development | Business Community Cheers Export-Import Bank |
| September | The Wiglaf Journal | 10 Strategic Insights from Michael Porter |
| October | The Wiglaf Journal | Don't Look for Nissan's New 'World Car' To Be Seen on U.S. Roads |
| November | The Wiglaf Journal | J.C. Penney's Makeover An Attempt To Repeat History |
| December | The Wiglaf Journal | Hewlett-Packard's Downfall, AT&T Detanges its Network and other Year-End Blockbusters |
| December | Intellectual Property Today | Frequently Asked Questions About Trademark Surveys |

**2013**

| | | |
|---|---|---|
| January | The Wiglaf Journal | The Collapse of the Big Box |
| February | The Wiglaf Journal | The Sales Rep. Motivational Disconnect; An Intriguing Possibility: Legalize All Drugs |
| March | The Wiglaf Journal | Increased  Public Scrutiny for Energy Drinks |

| April | The Wiglaf Journal | Why J.C. Penney's New Strategy Won't Work |
| | | J.C. Penney's Demise Recalls Other Major Retail Failures |
| May | The Wiglaf Journal | "Shark Tank" Offers Valuable Insight into Marketing Entrepreneurship |
| June | Intellectual Property Today | Internet Surveys Come of Age |
| July | The Wiglaf Journal | The Challenge of Delivering Accurate Sales Forecasts |
| August | The Wiglaf Journal | Strategic Marketing for Entrepreneurs |
| Summer 2013 | Area Development | Momentum Builds for U.S. – India Trade Agreement; Economic Stimulus for Both Sides of the Atlantic |
| September | The Wiglaf Journal | The Taste of Crow: Facebook's Incredible Profitability Surge |
| September | Intellectual Property Today | 10 Common Myths About Trademark Surveys |
| October | The Wiglaf Journal | IPO Announcement Sets Wall Street A-Twitter |
| November | The Wiglaf Journal | Consumer Market Segmentation 101 |
| December | The Wiglaf Journal | McDonald's Story Shows Why Branding is Crucially Important in Product Development |

**2014**

| January | The Wiglaf Journal | The One That Got Away: Nokia and Blackberry Lose a Market |
| February | The Wiglaf Journal | Samsung Has Got It Right |
| March | The Wiglaf Journal | America's Love/Hate Relationship with Smoking |
| Spring Edition | Area Development | Major New Developments for Keystone Pipeline |
| April | The Wiglaf Journal | College Scholarship Athletes – Students or Employees? |
| May | The Wiglaf Journal | The Best and the Brightest – J.C. Penney-Style |
| September | Intellectual Property Today | Will A Survey Help Win A Likelihood of Confusion Case? |
| September | The Wiglaf Journal | New Insight Into Strategic Sales Force Hiring; Be Careful Of Hiring "Stars" |
| October | The Wiglaf Journal | Stanford Business Offers New Perspectives on Entrepreneurship |
| November | The Wiglaf Journal | Will the Marketplace Adopt Apple Pay? |
| December | The Wiglaf Jounral | Colorado Provides Laboratory for Markleting Marijuna |

**2015**

| January | The Wiglaf Journal | Stanford Marketing Researcher Explores the "Decoy Effect" |
| March | The Wiglaf Journal | 'Decoupling' Adds Value to Consumer While Cutting Costs |
| April | The WIglaf Journal | Traditional Shopping Mall Under Seige |
| May | Intellectual Property Today | Risks and Rewards for Using IP Exp[erts in the Age of *Daubert* |
| May | The Wiglaf Journal | Hotels Carry Market Segmentation to the Ultimate |
| July | The Wiglaf Journal | Keeping Customers Isn't Easy |
| August | The Wiglaf Journal | Hotels Carry Market Segmentation to the Ultimate |
| September | The Wigaf Journal | Harvard Prof. Sees Ben Franlllin's "Way to Wealth: as Source for America's Brand of Capitalism |
| October | The Wiglaf Journal | Brand Valuations Go Topsy-Turvy over Last 10 Years |

**2016**

| February | The Wiglaf Journal | Special Marketing Provides The Force Behind New "Star Wars" Film |
| March | The Wiglaf Journal | Are You an 'Imposter?' If So, the Workplace Needs You |
| April | The Wiglaf Journal | McDonald's Feasts on All-Day Breakfast, But Causes Indigestion for Some Franchisees |
| May | The Wiglaf Journal | Free Trade, Protectionism and Marketing |

| June | The Wiglaf Journal | Why Relationship Marketing Has Never Worked for the New Car Purchase |
| July | The Wiglaf Journal | Will Bid for Presidency Destroy the Trump Brand |
| September | The Wiglaf Journal | Immigrants Fueling American Entrepreneurial Successes |
| October | The Wiglaf Journal | The Academic Research Disconnect |
| November | The Wiglaf Journal | Trump Will Be Forced to Reposition His Brand Post-Election |
| December | The Wiglaf Jounal | A Puzzlement – Why So Many Women Voted for Trump |

2017

| January | The Wiglaf Journal | False Marketer of the Year |
| February | The Wiglaf Journal | Another Wiglaf Journal Valuation QUIZ |
| May | The Wiglaf Journa | Marketing High-Quality Commercial=Free TV and How to Make Money It |
| June | The Wiglaf Journal | Who Will Survive the Retail Revolution |
| July | The Wiglaf Journal | Rules of Retailing Are Changing |

# EXHIBIT B



newspapers and pamphlets expressed these attitudes. The monstrous races or
traditional monstrous beasts such as basilisks or unicorns, that were banished to distant
regions in maps, represented a frightening unknown: 'here be dragons' effectively filled
cartographic voids.

Simultaneously, however, monsters represented the wonderful diversity of divine
creation, a playful 'Nature' that could produce a multitude of strange forms. Exotic beasts
brought to Europe for the first time in the 16th century, such as armadillos or walruses,
were often interpreted as 'monstrous'. More accurately, they were made into monsters:
things that did not fit into the accepted natural categories. An armadillo became a pig-
turtle, while a walrus was a fish-ox.

It might seem counter-intuitive, but beasts that seemingly mixed the characteristics of
different natural groups were not troubling. Rather, they reinforced categories by
clarifying the defining criteria for these groups. By transgressing, they helped to
determine boundaries. To define a deviant form, such as a 'deformed' baby or calf, or a
'monstrous' exotic creature, you have to define 'normal'.

For example, the simple Aristotelian definition of a 'bird' was something that had two legs,
two wings, could fly and eat. Two new creatures arrived in the 16th century that seemed
to violate this definition. Firstly, birds of paradise were brought to Europe in 1622 as trade
skins with stunning, colourful plumes but no legs or wings. Their limbs were removed by
the hunters who supplied the birds in New Guinea. The birds were interpreted by
European naturalists as heavenly creatures that never landed, inhabiting the boundary
between the avian and the angelic.

At the other end of the avian spectrum, Dutch sailors landing on Mauritius at the end of
the 16th century encountered dodos. Though rarely brought to Europe physically, the
descriptions and detached parts of dodos were used by naturalists to depict ungainly, fat
birds. Not only did dodos not fly, they could hardly walk. Lacking the typical feathers and
wings of other birds, they were almost mammalian in form.

Monsters are not self-evident; they were created to serve these roles. Even beautiful
creatures like the birds of paradise could become monsters due to their lack of limbs and
imagined ascetic lifestyles. Making monsters added value. They were commercially
lucrative things: oddities, curiosities and rare things were very marketable.

The market for monstrosity motivated the literal creation of monsters: 'mermaids' were
assembled from pieces of fish, monkeys and other objects while 'ray-dragons' were
created from carefully mutilated and dried rays. These objects could be sold to collectors
or displayed in menageries and freak-shows. Writing about and portraying virtual
monsters helped to sell books and pamphlets.



The tale of Cecil and 'The Dentist' is not so different. It is certainly highly saleable, as
details about this particular monster's life and activities provide valuable fodder for media
outlets.

Animal monsters could have very specific roles. The dodo, for example, was depicted as
vast and gluttonous in late 17th-century accounts. It greedily consumed everything it
came across, even hot coals. It was described as nauseatingly greasy to eat: one bird
could apparently feed 25 men. This image was created by writers who had never seen the
bird, and is not supported by current paleobiological evidence.

The idea of the avian glutton embodied European anxieties about the rapacious colonial
trading activities in the Indian Ocean, which brought a surfeit of riches to Europe. The
engorged dodo became a scapegoat for the European sin of gluttony.

What catharsis does the 'monsterification' of Palmer and other trophy hunters provide?
Perhaps focusing on the tragedy of one 'personality' lion distracts from the greater horrors
of illegal poaching and human-animal conflict occurring in similar regions. It also masks
the fact that, though controversial, regulated commercial hunting is an important source
of conservation funding in many countries.

On the one hand, excising this monster reinforces our conceptions of social boundaries of
morality: don't kill creatures we perceive as having human traits, like names or
personalities. On the other, it offers the illusion of absolution from the underlying horror
at what all of us are doing to the natural world.

*Inset images: The 'Monster of Cracow', a monstrous creature born to honourable parents,
from Pierre Boaistuau's 'Histoires Prodigieuses' (1560, Paris) (Wellcome Library,
London); 'Draco alter ex raia' or a ray-dragon from Ulysse Aldrovandi's 'Serpentum et
draconum historiae' (1640, Bologna), p.316.*



The text in this work is licensed under a Creative Commons Attribution 4.0 International
License ⬈. For image use please see separate credits above.

1 Comment        University of Cambridge Research                          🔴 Login  ▾

♡ Recommend  4               ⤴ Share                                      Sort by Best  ▾



☐  Join the discussion…

LOG IN WITH            OR SIGN UP WITH DISQUS ⓘ

🔵 📘 🐦 🔴           Name

**local woman sees red** · 2 years ago
Demonising the dentist makes us feel better about ourselves, as you
suggest in the closing para. However selfishly we are living, whether we
are doing bad stuff that might affect natural habitats for lions, the climate
etc. we're not out shooting a lion with a name. I agree also that the name

use, no, he's not been eaten. Yet, I agree also that the name is highly significant - this is the difference. The killing of a lion, it's a celebrity lion, so it gets coverage and we respond in a way that a non-named beast simply wouldn't merit. in our celebrity-obsessed society.

∧   |   ∨   ·   Reply   ·   Share ›

ALSO ON **UNIVERSITY OF CAMBRIDGE RESEARCH**

**How to cut your lawn for grasshoppers**
2 comments · 3 months ago

Argyn Kuketayev — It's a superficial similarity. For one, "Life" game is deterministic. These researchers …

**Preparing for the future: artificial intelligence and us**
7 comments · 23 days ago

John — In future, war between human intelligence and artificial intelligence is imminent

**Clean energy: experts outline how governments can successfully …**
2 comments · 3 months ago

Pete Austin — So they want investment based on "what works". That already exists - it's called …

**Fake news 'vaccine': online game may 'inoculate' by simulating …**
1 comment · 4 days ago

Yanto — I followed the biggest con man around ---DT and applied his reactions

✉ Subscribe    Add Disqus to your site    Privacy      **DISQUS**

**Connect with us**

Facebook
Flickr
iTunes U
Linked in
Twitter
YouTube
Instagram

**About this site**

Cookies
Privacy policy

**UNIVERSITY OF CAMBRIDGE**

© 2018 University of Cambridge

University A-Z
Contact the University
Accessibility
Freedom of information
Statement on Modern Slavery
Terms and conditions

**Study at Cambridge**

Undergraduate
Graduate
Continuing education
Executive and professional education
Courses in education

**About the University**

How the University and Colleges work
Visiting the University
Maps
News
Jobs
Give to Cambridge
Global Cambridge

**Research at Cambridge**

News
Features
Discussion
Spotlight on…
About research at Cambridge

# EXHIBIT C

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 72 of 100   Page ID #:3148

# PRESSURE WASHR

# Tool Industry Behemoths: The Tool Companies Who Make and Own Most Tool Brands

PressureWashr spent 56 hours investigating the global hand & power tool industry.

The goal was to find the **tool companies who make and who own most of the tool brands** you know and love.

All the research is boiled down into two useful infographics:



- ☐ **Graphic #1** allows you to quickly see the tool companies who control the global tool market cashflow (the top 4 control 48%)

- ☐ **Graphic #2** allows you to quickly check the parent company who owns each brand of hand & power tool

EX1-71

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 73 of 100   Page ID #3149

Below each graphic is an in-depth look how the data was found (tax forms, annual reports etc.) and any assumptions made. Enjoy.

*Infographics updated: September 24, 2017*

**Quick jump to sections:**

□ [Graphic #1: Tool Companies Who Make The Most Money](#)

□ [Graphic #2: Who Owns What Tool Brands?](#)

□ [FAQs: Who Owns, Who Makes and Where are Specific Tool Brands Made?](#)

## How the infographics were made – start to finish

The following public records were reviewed to source the info required to create the infographics:

□ Securities and Exchange Commission (SEC) *10-K forms*

□ Tool company *Annual Reports* and website *Investor Relations*

□ Tool discussion forums: *GarageJournal.com, ToolGuyd.com/forums/, reddit.com/r/tools* and *reddit.com/r/buyitforlife*

□ Tool company websites including *About Us*, *History* and *Timeline* pages.

EX1-72

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 74 of 100   Page ID #:3150

All crucial information was captured in spreadsheets as detailed notes and tabulated data.

Then we began planning and creating the two infographics in OmniGraffle Professional – a diagramming and graphic design software by Omni Group. After many hours inputing logos & data, adjusting lines, circle sizes, colors & alignments the final result emerged. Here it is.

# Moneymaking Tool Makers: The Tool Manufacturers Who Dominate The Industry

In this infographic, the size of each company's hand & power tool revenue is shown by circle area. Stanley Black & Decker is inside the biggest circle because it has the largest revenue from hand & power tools. Close behind is Bosch's hand and power tool business. And so on until we reach Positec, JPW Industries and Ingersoll Rand with the smaller circles representing their smaller respective revenues.

- ☐ Use $5 billion, $1 billion and $500 million grey circles as revenue reference.

- ☐ The faint grey circle border around the outside represents $98.6 billion (~BMW 2015 revenue).



EX1-73

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 08/21/18   Page 75 of 100   Page ID
#:3151



# MONEYMAKING
# TOOL MAKERS

These 18 companies control
91% of the $51 Billion global
hand & power tool market

EX1-74

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO    Document 87-3    Filed 03/21/18    Page 76 of 100    Page ID
#:3152

Ingersoll Rand.

# In-depth look at the 18 companies who control 91% of the $51 Billion global hand & power tool market

☐ **First**, let's look at how the global hand and power tool market value was arrived at $51 Billion.

☐ **Second**, let's look at the actual sales values of each company in the infographic.

☐ **Third**, let's talk about any estimates made to arrive at final sales figures.

## How big is the global hand & power tool market?

To find out the dollar value of the world power and hand tools market 5 industry reports were used as data points.

### 1.) Future Market Insights – *Power Tools Market* Global Industry Analysis

In this $5,000 report the two following points are the key takeaways:

☐ Global **power tools** (not incl. hand tools) industry to reach $36.2 billion in 2020 and $46.5 billion in 2025

☐ 200 million electric power tools vs 88 million pneumatic

### 2.) Future Market Insights- *Hand Tools Market*

Key finding from this assessment:

☐ In 2014, global hand tools market accounted for $14.4 billion with 3.5% yearly growth expected

EX1-75

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 77 of 100   Page ID
#:3153

## 3.) Freedonia – World Power Tools

In this $6,500 Industry Study, these two facts were key takeaways:

- Global demand for power tools to reach $32.9 billion in 2018

- Cordless electric tools to experience most rapid growth

## 4.) Credense Research – Power Tools Market Growth, Share, Opportunities & Competitive Analysis

Key finding:

- Global power tools market to reach $41 billion in 2023.

## 5.) Statista – Global Tools Market Value Share

Statista.com is a data analysis website that has a wide range of free and premium industry reports, statistics and analysis. The most interesting tidbit we found investigating hand and power tools is this:

- In 2015, hand tools accounted for 35.1% of global tools market value with power tools at 64.9%

**Conclusion on global hand / power tool market size:**

Using the numbers above as starting data points and a spreadsheet with all the tool companies (who own and who make tool brands) 2015 tool sales as additional data points… The market size estimates are:

- **2017 *power tools* global market is $33 billion**

- **2017 *hand tools* global market is $18 billion**

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 78 of 100   Page ID #:3154

**Total 2017 hand and power tools global market: $51 Billion**.

# Moneymaking tool makers' company sales

| Company | Hand/Power Tool Sales | Global Market Share |
|---|---|---|
| Stanley Black & Decker Inc. | $7.14 Billion | 14.0% |
| Robert Bosch GmbH | $6.2 Billion | 12.2% |
| Fortive Corp. | $6.0 Billion | 11.8% |
| Techtronic Industries Company Limited (TTi) | $5.04 Billion | 9.88% |
| Hilti Corp. | $4.3 Billion | 8.43% |
| Illinois Tool Works Inc. | $3.6 Billion | 7.06% |
| Makita Corp. | $3.5 Billion | 6.86% |
| Snap-on Inc. | $3.4 Billion | 6.67% |
| Emerson Electric Co. | $1.9 Billion | 3.73% |
| Apex Tool Group, LLC. | $1.5 Billion | 2.94% |
| Hitachi Koki Co., Ltd. | $1.2 Billion | 2.35% |
| Chervon Holdings Ltd. | $630 Million | 1.24% |

EX1-77

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 79 of 100   Page ID #:1558

| | | |
|---|---|---|
| Textron Inc. | $600 Million | 1.18% |
| TTS Tooltechnic Systems (Festool) | $400 Million | 0.78% |
| Ideal Industries, Inc. | $360 Million | 0.71% |
| Positec Tool Corp. | $300 Million | 0.59% |
| JPW Industries, Inc. | $150 Million | 0.29% |
| Ingersoll Rand Inc. | $112 Million | 0.22% |
| *Other (Home Depot, Lowe's, Harbor Freight Tools and sub $100 million sales companies)* | *$4.67 Billion* | *9.2%* |
| **TOTAL** | **$51 Billion** | **100%** |

## Notes on tool company sales numbers

Most of the companies (who make and who own tool brands) sales figures are available in tax forms and company annual reports. But even with that information some estimations have to be made to arrive at the tools only sales numbers. Here are some notes how we arrived at estimations for the following companies.

### Bosch – Our best estimate is $6.2B in tool revenue

The Bosch annual report tells us their Consumer Goods division had 17.1 billion euros revenue (~18.5 billion USD) in 2015. The division consists of power tools (drills, jigsaws, impact screwdrivers, lawn mowers, best pressure washers etc.) and household appliances (fridges, washing machines, dryers, ovens etc.).

EX1-78

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO    Document 87-3    Filed 03/21/18    Page 80 of 100    Page ID #:3156

The household appliances portion of the Bosch Consumer Goods division was a 50:50 joint venture with Siemens until Bosch bought out Siemens for 3 billion euros (~3.25 billion USD) in late 2014. That was for the 50% share that Siemens owned, valuing the total household appliance company at 6 billion euros (6.5 billion USD). The company reported 10.5 billion euros revenue in 2013. So what's the 2015 revenue to give us the portion that is power tools? With a growth rate of 4% yearly the revenue is 11.36 billion euros in 2015 leaving  5.74 billion euros (~$6.2B USD) as power tools revenue.

**Other – Our best estimate is $4.67B**

You'll notice there is an 'Other' row in the above table. In that row are **Home Depot**, **Lowe's** and **Harbor Freight Tools**. Since these companies don't manufacture their own tools they were not included in the above infographic. However, they still collect substantial revenues from the global tool market with their home brand tools – Husky, Kobalt and US General, for example.

Within The Home Depot and Lowe's financials you can see they both report more than $5B in tool category sales. Combine that with Harbor Freight and we're at $12.4B. But a sizeable portion of this is going to external manufacturers and brands.

Looking at Home Depot and Lowe's, we estimated both companies are collecting around $500M for home brands and $4.5B from selling other companies brands on their shelves. This estimate came from looking at their online stores portion of products that are home brand vs. external brands in the tools & hardware categories. When you include cost to purchase the home brand tools from the OEM and the consignment cost of the external brands' tools, the cut they get of the total is probably around 30%. That **gives Home Depot and Lowe's somewhere close to $1.5B in global tool market revenue** each. And leaves Harbor Freight around the same.

We believe this to be in the ballpark as you have to realize the OEMs and external brands are taking their share of the tool market revenue from the reported Home Depot, Lowe's and Harbor Freight sales.

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 81 of 100   Page ID #:3157

# Tool Brand Behemoths: The Parent Companies Who Own Most Tool Brands

In this graphic, the outer rectangles contain logos of brands owned by the parent companies in the middle. **Not all** brands owned by the parent companies are in the rectangle – just the most well-known. Hilti and Makita only sell tools under their own names. Take a look. What brands owned by parent companies surprise you?

EX1-80

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 82 of 100   Page ID #:3158



The findings show the tool industry is mature and highly consolidated. Two companies: Stanley Black & Decker Inc. and Robert Bosch GmbH sit at the top of the tool industry controlling 26% of the global market. They have gained this much control by aggressively acquiring the best most trusted tool brands. It is surprising to find out who owns and who makes

EX1-81

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-2   Filed 03/21/18   Page 83 of 100   Page ID #:3159

well-known brands like Milwaukee, Ridgid, DeWALT and Craftsman.

## Why is Home Depot, Lowe's and Harbor Freight Tools included in this graphic but not the *Moneymakers* one above?

Simple, it's because of the 'Tool Makers' part of the title. They aren't makers.

The Home Depot, Lowe's and Harbor Freight are not original equipment manufacturers (OEMs) or original design manufacturers (ODMs). They are purchasing companies who form partnerships with OEMs and ODMs (like Stanley Black & Decker) to get their tools made for them to distribute under their own brand names.

In many tool categories these big-box hardware stores simply buy from an OEM and slap their Husky, Kobalt or Drillmaster stickers on the product for sale. In other categories, they approach ODMs with specific product specifications and then work with them to get the tool built to their specs. Exactly which categories of Husky, Kobalt and Harbor Freight tools are ODM or OEM is impossible to find in their tax documents or annual reports.

# In-depth look at the parent companies who own all the successful tool brands

Check out the favorite tool brands each parent company owns. Below the image is a list of the brands and the location of the parent company who owns them's Global HQ.

## Stanley Black & Decker Inc.

See the tool brands owned and made by Stanley Black & Decker:

EX1-82

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 84 of 100   Page ID #:3160



- ☐ Stanley
- ☐ Proto
- ☐ Craftsman
- ☐ Porter-Cable
- ☐ Lenox
- ☐ Mac Tools
- ☐ Irwin Tools
- ☐ Lista
- ☐ Vidmar
- ☐ DeWALT
- ☐ Black & Decker
- ☐ Bostitch
- ☐ AeroScout
- ☐ CribMaster
- ☐ Facom
- ☐ Powers

Stanley Black & Decker is the largest tool manufacturer in the world with many well-known brands under their corporate umbrella. Their Global HQ is in New Britain, Connecticut.

## Robert Bosch GmbH

You can see the logos of the most well-known tool brands owned by Bosch here:

- ☐ Bosch
- ☐ OTC

EX1-83

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 85 of 100   Page ID
#:3161



- ☐ Diablo
- ☐ Hawera
- ☐ Rolatape
- ☐ Beissbarth
- ☐ Dremel

- ☐ RotoZip
- ☐ CST/berger
- ☐ freud
- ☐ Robinair
- ☐ Vermont American

Bosch's Consumer Goods division sells power tools and household appliances. They own many brands in both industries. Their Global HQ is in Gerlingen, Germany. It is 9km west of Stuttgart.

## Fortive Corp.

What brands does Fortive make and own?

- ☐ Fluke
- ☐ Hennessy Industries
- ☐ Tektronix

- ☐ Anderson-Negele
- ☐ Matco Tools
- ☐ Qualitrol

Fortive Corp. spun out from Danaher Corp. in 2016 to

EX1-84

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 86 of 100   Page ID
#:3162



become its own company. It is foremely the Tools &
Measurement division of Danaher. It operates out of the
Fluke Corp. headquarters in Everett, Washington.

## Techtronic Industries Company Limited (TTi Group)

TTi is one of the fastest growing tool manufacturers
in the world. Here are the brands TTi now owns and
makes in their sprawling China based production
facility:

- Milwaukee
- Empire
- Hoover
- AEG

- Vax
- Stiletto
- Ryobi
- Hart

EX1-85

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 87 of 100   Page ID
#:3163



- ☐ Homelite
- ☐ Dirt Devil
- ☐ Oreck

TTi also makes products for other brands, including Ridgid. TTi Group's Global HQ is in Kowloon, Hong Kong.

## Hilti Corp.

Hilti doesn't own any subsidiary tool brands. They make Hilti brand pro tools.

- ☐ Hilti



Hilti is still a family owned company based in Schaan, Lichtenstein. They are known for their professional tools and are very popular throughout the

EX1-86

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 88 of 100   Page ID
#:3164

world. Hilti has more than 23,000 employees.

## Illinois Tool Works Inc.

See the tool brands made and owned by Illinois
Tool Works:

- ☐ Hobart
- ☐ Buehler
- ☐ Buildex
- ☐ Ramset
- ☐ reid

- ☐ Spit
- ☐ Tregaskiss
- ☐ Paslode
- ☐ Miller
- ☐ Bernard



Illinois Tool Works is a global diversified manufacturing company with more than 250 brands and companies under its
corporate umbrella. It has headquarters in Glenview, Illinois.

## Makita Corp.

Like Hilti, Makita just makes Makita brand tools & equipment for DIYers,
pros and general tradespeople.

- ☐ Makita

Makita is a large power tool manufacturing company based in Anjo,
Japan. They are well-known for their rechargeable power tools and were

EX1-87

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 89 of 100   Page ID #:3165



the first to produce a rechargeable drill. They introduced it in 1969.

## Snap-on Inc.

Check out the tool brands Snap-on owns and makes:

- ☐ Snap-on
- ☐ Bahco
- ☐ Williams
- ☐ Irimo

- ☐ Lindstrom
- ☐ Blue Point
- ☐ CDI Torque



Snap-on is best known as the company / tool brand that visits you at work with a van full of tools for you to buy.

They started as a socket wrench company and now offer a wide-range of tools for professionals in the automotive, aviation, marine and railroad industries. The Snap-on Global HQ is in Kenosha, Wisconsin.

## Emerson Electric Co.

EX1-88

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 90 of 100   Page ID
#:3166

Emerson owns these brands but gets an OEM (TTI) to produce the products.

- ☐ ProTeam
- ☐ Workshop
- ☐ Ridgid



Emerson Electric is a massive company with a sizeable tools business. They are best known for their process-automation products and services (valves, regulators, measurement & analytical instruments). The Emerson Global HQ is in Ferguson, Missouri.

## Apex Tool Group, LLC.

Apex Tool Group owns and makes a lot of brands in the tool and equipment industry. Here they are in logo form:

- ☐ Crescent
- ☐ Jacobs Chuck
- ☐ HKP
- ☐ Dotco
- ☐ Wiss

Storage
- ☐ Armstrong
- ☐ Master Power
- ☐ Gear Wrench
- ☐ Jobox

EX1-89

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 91 of 100   Page ID #:3167





☐ Sata   ☐ Weller

☐ Lufkin   ☐ Allen

☐ Cleco   ☐ Belzer

☐ Delta Truck   ☐ Apex

Bain Capital owns Apex Tool Group. Bain also owns a large/majority number of shares in the following companies: Domino's Pizza, Toys "R" Us, Burger King, Dollarama, Staples Inc and The Weather Channel. Bain bought Apex Tool Group for $1.6B from Cooper Industries and Danaher (formed company as joint venture of tool segments) in 2012. Apex Tool Group has headquarters in Sparks, Maryland.

## Harbour Freight Tools USA, Inc.

Harbour Freight buys their tools direct from manufacturer and

EX1-90

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 92 of 100   Page ID #:3168



then offer them as home brands for affordable prices. Here is a selection of the brands they own and sell under:

- ☐ US General
- ☐ Chicago Electric
- ☐ Central Pneumatic
- ☐ Central Machinery
- ☐ drillmaster
- ☐ HaulMaster

Harbor Freight Tools is a private company with headquarters in Calabasas, California.

## Hitachi Koki Co., Ltd.

Hitachi owns and makes Metabo and Hitachi tools. They bought Metabo in late 2015 for nearly $180 million.



- ☐ Metabo
- ☐ Hitachi

Hitachi Koki operates as a subsidiary to Hitachi, Ltd. Hitachi Koki manufactures and sells power tools and power equipment. It has HQ in Tokyo, Japan.

## Textron Inc.

Textron is a diversified manufacturer in aircraft, industrial and automotive products. Within their

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 93 of 100   Page ID
#:3169



industrial segment they make tools and equipment
and sell them under the brands shown here:

- ☐ Greenlee
- ☐ Jacobsen
- ☐ Dixie Chopper
- ☐ Sherman+Reilly
- ☐ Klauke
- ☐ HDE

Textron has headquarters in Textron Tower,
Providence, Rhode Island.

## Lowe's Companies, Inc.

Lowe's sells a range of external brands in the tools & power equipment categories.
They also own two home brands in the tool and equipment niche:

- ☐ Kobalt
- ☐ Blue Hawk



Kobalt is their mid-tier tool brand and Blue Hawk is geared towards beginners. Lowe's
has a massive 275-acre corporate campus in Mooresville, North Carolina. It was built
starting in 2011 and is designed to be environmentally sustainable (LEED Gold
Certified). Check out Lowe's HQ here. One of the main features of the campus is a

EX1-92

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 94 of 100   Page ID #:3170

functional 7-acre lake. It is home to over 10,000 employees.

## The Home Depot, Inc.

The Home Depot owns two home brands in the tools category. They also exclusively sell brands of power tools and equipment such as Ryobi and WORX. Overall, they have sales of hand and power tool/equipment over $5 billion per year.



- ☐ Husky

- ☐ HDX

The Home Depot has Global HQ in Cobb County, Georgia. It is a large building but not a corporate campus type setup like Lowe's has. The Home Depot is the largest home improvement store in the USA, reporting 50% more revenue than Lowe's (second biggest) in 2016.

## Ideal Industries, Inc.

Well known for their screwdrivers and hand tools, Ideal Industries is the brand owner of Western Forge, Pratt-Read and SK Pro Tools.

- ☐ Pratt-Read

- ☐ Western Forge

- ☐ SK Professional Tools

EX1-93

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 95 of 100   Page ID
#:3171



☐ Anderson Power Products

Ideal Industries is based out of Sycamore, Illinois. Ideal
Industries is now well-known for their Pratt-Read, Western Forge brands and SK Tools brands, which they acquired in
three separate deals in 2010. It is rumoured they paid ~$50 million for Western Forge and a fair bit less for Pratt-Read.

## Positec Tool Corp.

Here are the tool brands Positec owns:



☐ WORX

☐ Rockwell

Positec is a tool manufacturing company with Global HQ in Suzhou, China and North
American HQ in Charlotte, North Carolina. Positec tool brands sell at all the big-box
stores: Lowe's, The Home Depot, Walmart and Costco.

EX1-94

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 96 of 100   Page ID #:3172

# JPW Industries, Inc.

See the brands owned and made by tool and machinery parent company JPW Industries:



- ☐ Jet

- ☐ Wilton

- ☐ Powermatic

- ☐ Edwards

- ☐ ProMax

- ☐ Toolair

JPW Industries is based out of La Vergne Tennessee. It was originally known as Walter Meirer Manufacturing, Inc., and represented the tools arm of Swiss based Walter Meier AG. In 2013, Tenex Capital Management purchased Walter Meirer Manufacturing, Inc. and named it JPW Industries to represent the three main brands – JET, Powermatic and Wilton.

## 10 Frequently Asked Tool Brand Questions, Answered

Tool Industry Behemoths: Who Makes & Who Owns Most Tool Brands?

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 97 of 100   Page ID #:3173

While researching the tool brands people are most interested in some common questions kept showing up. Namely, the "who owns" and "who makes" the popular tool brands questions. Here's a chart to show the total monthly searches for the combo of *who owns* plus *who makes* each of the top tool brands:



Now let's answer the 10 most asked questions about tool brands:

1. **Who makes Ryobi tools**? Techtronic Industries (TTi) is the OEM for Ryobi. TTi owns the Ryobi brand of power

EX1-96

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 98 of 100   Page ID #:3174

tools in North America, Europe, Australia and New Zealand. They are sold exclusively at The Home Depot in United States. Ryobi Limited, which sold the power tools businesses to TTi in 2000/2001, is a Japanese company that sells power tools, die castings, hardware and printing equipment in Asia, Latin America, Middle East and Africa

2. **Who makes Kobalt tools**? Chervon the Chinese OEM (not Chevron the oil company) makes many of Kobalt's power tools. In 2016, Lowe's awarded them a vendor award in innovation for the Kobalt 24-Volt cordless power tools. Sunrise Global/Greenworks Tools is the OEM for Lowe's Kobalt cordless 80-volt outdoor power equipment (they were awarded 2015 innovation award).

3. **What happened to Danaher the tool maker**? Danaher spun out their tool and power tool brands and OEM capability to a company called Fortive Corp. in 2016. Danaher tools are now Fortive, essentially. Fortive operates out of the Fluke HQ just north of the Boeing Everett Factory.

4. **Where are Milwaukee tools made and who owns Milwaukee brand**? Dongguan, China. In Aug-2004, TTi Group acquired two divisions (Milwaukee Electric Tools and AEG Power Tools brands) of Atlas Copco's Industrial Technique business [for a total sum of $627 million](#) ($797 million in 2016 dollars). By 2004, all of Milwaukee's tool production facilities had left Wisconsin for Mississippi. And in 2008, [when TTi opened their massive Dongguan facility](#), the move for Milwaukee Electric Tools from U.S.A. to China was complete.

5. **Who makes Snap-on tools**? Snap-on makes Snap-on tools. Snap-on is an original equipment manufacturer (OEM) and they make tools in their vast production facilities.

6. **Who makes Ridgid tools and who owns the brand**? TTi Group makes Ridgid brand tools through a [partner agreement](#) with Emerson and their OEM subsidiary One World Technologies. They first entered into an agreement in 2003 for TTi to make Ridgid woodworking power tools (and have since furthered the partnership to other tool categories). Ridgid has been a subsidiary of Emerson Electric since 1966. The brand is targeted at plumbers and heating ventilation and air conditioning (HVAC) trades.

EX1-97

7. **When did Stanley and Black & Decker merge?** Officially, Stanley Works acquired Black & Decker for an all stock deal worth $4.5 Billion ($3.5B stock and $1B debt), which was announced in Nov-2009. The "merge" was finalized in Mar-2010. At the time Stanley Works owned the popular brands Stanley, Facom, Bostitch, Proto, Mac Tools, Vidmar (and others) and Black & Decker owned Black & Decker, DeWalt, Porter-Cable, Baldwin, Emhart, Kwikset, Price Pfister (and others). The combination of the two created a tool and equipment powerhouse valued at nearly $10B.

8. **Who makes Husky tools?** Husky is a home brand of Home Depot. The tools are made by various OEMs including Stanley Black & Decker, Western Forge and Apex Tool Group.

9. **Who owns DeWalt tools brand?** DeWALT is owned and made by Stanley Black & Decker. Black & Decker owned DeWALT since 1960. In 2010, when Stanley Works and Black & Decker merged the new company, Stanley Black & Decker, became the owner of DeWALT.

10. **Who makes and owns Craftsman tools?** Craftsman tools are made in factories around the world. Depending on the tool category, it could be made in USA, Mexico, India, Honduras, Japan, Taiwan, China, Germany or France. Many manufacturing companies have been contracted to make different tools for Craftsman over the years. These include: TTi Group, Stanley, Apex Tool Group, Western Forge, Easco, Danaher and Pratt-Read. Sears, the creator of the Craftsman brand, never made Craftsman tools – they owned the brand. In 2016, Sears sold the brand to Stanley Black & Decker for $900 million. With the sale, it is more than likely all manufacturing of Craftsman Tools moving forward will be done in Stanley Black & Decker manufacturing plants.

## Sources

1. Stanley Black & Decker SEC Filings. www.StanleyBlackandDecker.com. Info retrieved 31-Jan-2017.

2. The Home Depot, Inc FORM 10-K. www.SEC.gov. Info retrieved 30-Jan-2017.

3. Lowe's Companies, Inc. FORM 10-K. www.SEC.gov. Info retrieved 30-Jan-2017.

Case 5:17-cv-00548-CBM-RAO   Document 87-3   Filed 03/21/18   Page 100 of 100   Page ID #:3176

4. [Illinois Tool Works Inc. FORM 10-K (PDF)](#). Investors.ITW.com. Info retrieved 29-Jan-2017.

5. [Textron Financial Summary](#). www.Textron.com. Info retrieved 29-Jan-2017.

6. [TTI Group Financials](#). www.TTIGroup.com. Info retrieved 28-Jan-2017.

7. [Fortive SEC Filings](#). www.Fortive.com. Info retrieved 28-Jan-2017.

Disclaimer: All logos (trademarks) appearing on PressureWashr.com are the property of their respective owners.

© 2018 <u>PRESSURE WASHER REVIEWS</u> | <u>DISCLAIMERS</u> | <u>ABOUT</u> | <u>CONTACT</u> | <u>BLOG</u>

