Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Marko R. Zoretic (SBN 233,952)
marko.zoretic@knobbe.com
Jason A. Champion (CA SBN 259207)
jason.champion@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 5:17-CV-00548-CBM-RAO<br><br>**DECLARATION OF JASON A. CHAMPION IN SUPPORT OF OPPOSITION OF MONSTER ENERGY COMPANY TO DEFENDANT'S MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORT OF BRUCE ISAACSON, PHD**<br><br>HEARING:<br>April 17, 2018<br>10:00 a.m.<br>Courtroom 8B<br><br>Hon. Consuelo B. Marshall |

I, Jason A. Champion, declare as follows:

1. I am a partner with the law firm of Knobbe, Martens, Olson & Bear, LLP, and one of the attorneys representing Plaintiff/Counterdefendant Monster Energy Company ("MEC") in this case. I have personal knowledge of the matters set forth herein and if called upon to testify, I could and would competently testify as follows:

2. Attached hereto as **Exhibit 105** is a true and correct copy of http://www.babcox.com/brand-page/bodyshop-business/ printed on March 26, 2018 bearing production numbers MEC066172-MEC066175.

3. Attached hereto as **Exhibit 106** is a true and correct copy of http://babcox.com/brand-page/underhood-service printed on March 26, 2018 bearing production numbers MEC066176-MEC066179.

4. Attached hereto as **Exhibit 107** is a true and correct copy of Deposition Exhibit 143 from the deposition of Steve Kowalke.

5. Attached hereto as **Exhibit 108** is a true and correct copy of excerpts from the deposition of David "Bruce" Weber taken from the present case.

6. Attached hereto as **Exhibit 109** is a true and correct copy of excerpts from the 30(b)(6) deposition of Scott Pilkenton taken in connection with Patent & Trademark Office Opposition No. 91222672.

7. Attached hereto as **Exhibit 110** is a true and correct copy of an excerpt of ISN's Supplemental Response to MEC's First Set of Interrogatories from U.S. Opposition No. 91222672.

8. Attached hereto as **Exhibit 111** is a true and correct copy of a letter sent by Jason Champion to Jeffrey Standley on January 3, 2018.

9. Attached hereto as **Exhibit 112** is a true and correct copy of a letter sent by Melissa McCurdy to Jason Champion on January 5, 2018.

10. Attached hereto as **Exhibit 113** is a true and correct copy of

1  excerpts from the deposition of Jody Sause taken from the present case.

2      11.    Attached hereto as **Exhibit 114** is a true and correct copy of
3  Deposition Exhibit 176 from the deposition of Matthew Rivera.

4      12.    Attached hereto as **Exhibit 115** is a true and correct copy of
5  Deposition Exhibit 177 from the deposition of Matthew Rivera.

6      13.    Attached hereto as **Exhibit 116** is a true and correct copy of
7  excerpts from the deposition of Matthew Rivera in the present case.

8      14.    Attached hereto as **Exhibit 117** is a true and correct copy of
9  excerpts from the deposition of Steven Kowalke in the present case.

10     15.    Attached hereto as **Exhibit 118** is a true and correct copy of
11 excerpts from the deposition of Christopher Nalven in the present case.

12     16.    Attached hereto as **Exhibit 119** is a true and correct copy of
13 excerpts from the deposition of Dr. Bruce Isaacson in the present case.

14     I declare under penalty of perjury under the laws of the United States of
15 America that the foregoing is true and correct.

16     Executed on this day, March 27, 2018, at Irvine, California.

                                /s/ *Jason A. Champion*
                                Jason A. Champion

27916988