JEFFREY S. STANDLEY (OH # 0047248)
jstandley@standleyllp.com
MELISSA A. ROGERS MCCURDY (OH #0084102)
mmccurdy@standleyllp.com
F. MICHAEL SPEED, JR. (OH #0067541)
mspeed@standleyllp.com
Standley Law Group LLP
6300 Riverside Drive
Dublin, Ohio 43017
Telephone: (614) 792-5555
Fax: (614) 792-5536

DOUGLAS C. SMITH (SBN 160013)
dsmith@smitlaw.com
SMITH LAW OFFICES, LLP
4204 Riverwalk Parkway, Suite 250
Riverside, California 92505
Telephone: (951)509-1355
Facsimile: (951)509-1356
Attorneys for Defendant
Integrated Supply Network, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 5:17-CV-00548-CBM-(RAO)<br><br>**DECLARATION OF MELISSA ROGERS MCCURDY**<br><br>Honorable Consuelo B. Marshall<br><br>Date:      April 17, 2018<br>Time:      10:00 a.m.<br>Location:  Courtroom 8B |

1

# DECLARATION OF MELISSA ROGERS MCCURDY

I, Melissa Rogers McCurdy, declare as follows:

1. I am an attorney with the law firm of Standley Law Group LLP and I am admitted to practice *pro hac vice* before this Court. I am an attorney for Defendant Integrated Supply Network, LLC ("ISN"). I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the printout of the status pages from the United States Patent and Trademark Office TSDR regarding U.S. Registration 3,924,797 for the mark ASSAULT M MONSTER ENERGY as of March 27, 2018.

3. Attached as Exhibit 2 is a true and correct copy of the printout of the status pages from United States Patent and Trademark Office TSDR regarding U.S. Registration 4,292,502 for the mark REHAB THE BEAST! WWW.MONSTERENERGY.COM.

4. Attached as Exhibit 3 are true and correct copies of excerpts from the 30(b)(6) deposition transcript of Monster Energy Company via Rodney Sacks taken on February 5, 2018.

2

5. Attached hereto as Exhibit 4 is a true and accurate copy of Integrated Supply Network, LLC's Supplemental Responses to Interrogatories Nos. 10, 13, and 17.

6. Attached as Exhibit 5 is a true and accurate copy of an exemplary Tech's Edge catalog, which was provided by ISN and which has been produced to Monster Energy in this case.

7. Attached as Exhibit 6 is a true and accurate copy of an exemplary MONSTER MOBILE catalog, which was provided by ISN and which has been produced to Monster Energy in this case.

8. Attached as Exhibit 7 are true and correct copies of excerpts from the rough deposition transcript of James T. Berger taken on March 23, 2018.

9. Attached as Exhibit 8 is a true and accurate copy of the certified copy of U.S. Trademark Registration 4,951,671 obtained from the United States Patent and Trademark Office (Bates stamped ISN0032362-ISN0032366). ISN was granted a registration for the MONSTER MOBILE Logo under U.S. Reg. No. 4,951,671 which issued on May 3, 2016.

10. Attached as Exhibit 9 are true and accurate copies of relevant portions of the Summary of proceedings relating to Monster Energy Company downloaded on March 27, 2018 from the United States Patent and Trademark

3

Office Trademark Trial and Appeal Board Inquiry System at http://ttabvue.upsto.gov/ttabvue.

11. Attached as Exhibit 10 is a true and accurate copy of the definition of "beast" on the Dictonary.com website (Bates stamped ISN0068582-ISN00068589).

12. Attached as Exhibit 11 is a true and accurate copy of the article by Kate Montgomery, *What makes a Monster?: Monster Energy Company's History as a Brand Bully*, LAW-INSPIRING (Feb. 6, 2018 at 8:36 PM), http://blog.trademarkia.com/2018/02/06/what-makes-a-monster/.

13. Attached as Exhibit 12 is a true and accurate copy of U.S. Registration No. 4,721,432, which was obtained from the United States Patent and Trademark Office.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of March, 2018 in Dublin, Ohio.

_____
Melissa Rogers McCurdy

4