# EXHIBIT 3

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4   MONSTER ENERGY COMPANY, A        )
    DELAWARE CORPORATION,            )
5                                    )
              Plaintiff,             )
6                                    )  Case No.
    vs.                              )  5:17-CV-00548-
7                                    )  CBM-(RAO)
    INTEGRATED SUPPLY NETWORK,       )
8   LLC, a Florida limited           )
    liability company,               )
9                                    )
              Defendant.             )
10  _____ )

11

12

13        H I G H L Y   C O N F I D E N T I A L

14           ** ATTORNEYS' EYES ONLY **

15

16           Videotaped Deposition of

17        30(B)(6) WITNESS FOR MONSTER ENERGY

18        COMPANY, RODNEY C. SACKS, taken on

19        behalf of the Defendant, at

20        2040 Main Street, 14th Floor,

21        Irvine, California, commencing at

22        10:53 a.m., on Monday, February 5,

23        2018, before Tami L. Le,

24        CSR No. 8716, RPR.

25

1      A      I don't remember.  I don't recall.  I did

2   at the time, but I just don't know now.

3      Q      Okay.  As you know, this case is about

4   certain trademarks that are owned by the company,

5   Monster Energy Company.  We're going to refer to

6   those today as the Monster Energy marks.  There's

7   also some marks that include the word "Beast."

8   We're going to refer to those as the Beast marks.

9   And then there's some logos that we're going to

10  refer to as the claw or M-Claw marks.

11          What types of products are sold under the

12  Monster Energy marks?  We'll start with those.

13     A      There are beverages, clothing.  There are a

14  number of other products.  There's helmets, there

15  is -- there are automotive wheels.  There are -- I'm

16  trying to think.  There's a whole list.  I simply

17  can't -- it's quite a broad list, but I can't think

18  of them at this point in time.

19     Q      We'll come back to --

20     A      They're in the pleadings.

21     Q      Yeah, we'll come back to that.

22          And the same question with respect to the

23  Beast marks.  Are the products that are sold under

24  the Beast marks any different than the ones you just

25  identified?

1      A     Generally not.

2      Q     And the same question with respect to the

3  claw marks, any difference with the products that

4  are sold under those marks?

5      A     No.

6      Q     Of those three categories of marks, the

7  Monster Energy marks, the claw marks and the Beast

8  marks, when was the first year that the company

9  began using those marks in commerce?

10     A     They were all used from the first during

11 2002.

12     Q     Does the company use any of those marks

13 on -- in the sale of services?

14     A     Yes.

15     Q     And what are those services?

16     A     Services are -- our services, we have

17 events, we have -- we sponsor events.  There are

18 racing and motor events, there are entertainment

19 events, music events.  There are events that we --

20 we promote sometimes in conjunction with other

21 licensees of ours, other times with the actual

22 promoters of the events.  We attend events.  We just

23 generally do many things with -- in services in

24 different clauses.

25     Q     With respect to those services that you

1  just mentioned, in the most recently completed year,

2  2017, how much -- approximately how much revenue did

3  the company earn off of sale of services?

4      A   I don't know offhand.  I don't believe

5  that -- we provide value and we receive value from

6  the services.  We don't necessarily have revenue in

7  the form of -- of -- of fees, but we -- we -- we

8  often spend money at events and to promote events

9  where we actually spend the money to actually derive

10  value from the publicity and the promotion of our

11  brands and our brand names and trademarks at these

12  events.

13        There have been some events where we

14  derived revenues in the past, some of the years

15  past, where we actually had financial interest in

16  the events.

17        There was some epicenter events where we

18  co-promoted the events or had a financial interest

19  with the promoter.

20        In other events, we -- we pay for the right

21  to be visible at the events and to promote the

22  events because there -- they are events, but our

23  brand gets associated with the event and we get

24  value from the publicity and exposure we get from

25  those events.

1    Q    Do you promote those events in order to, as

2   you said, promote the brand and sell more beverages?

3    A    Just promote our brand.  Our brand -- we

4   have -- you know, a brand goes in different

5   directions.  We are creating a personality around

6   our brand and a reputation and the reputation

7   goes -- becomes, you know, reasonably broad so that

8   we -- we can get the benefit of that in other

9   endeavors that we have that are sometimes ancillary

10   and sometimes just complimentary to -- to the

11   beverage business, which is our principal business,

12   but these other businesses, including businesses

13   like clothing and helmets and racing gear are very

14   important for us.

15    Q    I want to talk about the M-Claw logo or

16   brand or mark, we may refer to it.  It's -- do

17   you -- do you have an understanding of what I mean

18   when I refer to it as the claw or M-Claw mark?

19    A    Yes.  M-Claw is fine, yeah.

20    Q    Does that -- is that mark always used with

21   the words "Monster Energy" when it's used on

22   products?

23    A    Not always; majority of times.  But many

24   times the claw will be used on its own.  Monster is

25   the main identifier of the brand and it's the same

1    Q    How does the company -- and I realize you

2  could probably go on for hours on this, but just

3  generally, how does the company market and advertise

4  and promote its beverages?

5    A    We promote our beverages using three main

6  platforms which we believe appeal to adult males,

7  and that is sport, music and girls.  And then the

8  fourth platform that's sort of growing and has been

9  going for many years and becoming a more important

10  part is gaming, electronic gaming.

11          In the case of sport, our platform is

12  primarily motor sports.  We are pretty much known as

13  a -- predominantly as a motor -- a motor brand.  So

14  if you look at our spend on either athletes or teams

15  or events, the majority -- by far, the majority is

16  spent on motor sport-related events, so if it's

17  anything with an engine, we will pretty much sponsor

18  it.

19          We started off being more call-to-action

20  sports, more in-your-face, so we started off with

21  supercross which is, you know, motorcycles on tracks

22  with jumps, desert truck racing, off-road truck

23  racing, Baja and in stadiums.  And then as we

24  developed the brand over the years, that expanded

25  and continued to expand to the point that we then

1    did flat-track, two -- two-wheel motorbike racing,

2    we did four-wheel racing like basically the

3    Loralee's truck racing, NASCAR racing.  We've

4    done -- we do speedway, we do enduro, we do mountain

5    climbing, we do downhill racing on anything, and so

6    it generally has that whole ambit.

7            And as we again continue to expand around

8    the world, we continue to expand the -- the -- the

9    type of races we sponsor or -- re individuals.

10   Again, we generally try to sponsor individual first,

11   that's the hero effect.

12           And so we then started to do MotoGP, which

13   is an international series.  It's televised to

14   probably over 200 million viewers a year.  We do

15   Formula One, which is the international motor

16   racing.  And then we did individual athletes until

17   we ultimately culminated last year in actually not

18   only doing individual races in NASCAR, Kyle Busch or

19   Kurt Busch --

20           (Reporter seeks clarification.)

21      A    -- Kurt Busch or Kyle Busch, but in NASCAR,

22   we actually then did -- became the series sponsor

23   for NASCAR in the U.S. as well.

24           We have been the series sponsor and

25   athletes, for example, in supercross and motocross

1    events for many, many years in the U.S. and

2    worldwide.

3        Q    The sports you just mentioned, and I

4    realize you didn't mention everything that the

5    company sponsors in the way of sports, but hearing

6    the list you just referenced and ones I've seen on

7    your -- various sites on the web, there seems to be

8    an element of danger or risk in those sports.  Is

9    that a fair statement?

10       A    Not really.  I think, you know, you

11   probably get more people injured in football than

12   you get in -- in NASCAR racing.  But they are

13   cutting edge, they are aggressive.  But they're all,

14   again, focused on -- on, you know, male -- male

15   consumers more than others.

16            But, again, we do sports that are not

17   necessarily dangerous.  You can do surfing.  But,

18   again, as part of surfing, we will do -- the one

19   event is the Billabong, we do that in conjunction

20   with Billabong, it's the XXL award, which is the --

21   an award each year for the surfer that rides the

22   largest wave on a -- and so -- but you will have

23   regular competitions as well, the Pipeline Pro and

24   things that you've done.

25            We do skateboarding, we do -- it's just

1  really more action sports.  But we do regular sports

2  as well.  We've expanded the base to sports that we

3  feel is appropriate for the brand, such as ice

4  hockey.  We've started to do soccer, which is being

5  a little more mainstream.

6          But, again, it's still generally motor --

7  pretty much motocentric as the -- as our main -- as

8  our main thrust of our positioning for the brand.

9  That's on the sports side.

10          And then you have music, which is clear,

11  it's just, again, rock, hard rock, it's sort of the

12  certain genres our -- we believe our consumer aspire

13  to more.  And then, you know, girls, that's simply a

14  platform that, again, if you have a male brand

15  that's focused on male consumers, you obviously have

16  girls.  And then gaming has become bigger around the

17  world.

18      Q    Maybe I shouldn't have used the words

19  "danger" or "risk."  How about the word

20  "adrenaline," is it focused at all on -- your

21  branding strategy reaching these males we've been

22  talking about, is it -- is it -- does it have

23  anything to do with adrenaline in sports or

24  adrenaline in -- in music or anything --

25          MS. ZADRA-SYMES:  Objection; vague.





HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY          69

1   they're not in the head office, and they may go and

2   use them if they're looking to recruit.

3        So, I mean, we have -- we have 3,000

4   employees in total around the world, so I'm sure

5   some of them have used it, but it's very infrequent.

6     Q    Has anyone ever approached the company,

7   Monster Energy Company, and wondered if you were

8   affiliated with Monster.com, the hiring company?

9     A    I don't know.  I think there may have been

10  some instances, must -- but I don't know.  They were

11  there -- again, they're in the hiring services

12  industry and recruitment industry and, you know,

13  they've been there for many years.  I think

14  potentially -- I'm not sure exactly, but I think

15  before Monster was launched.

16    Q    Several times in the deposition you've used

17  the word "Monster" by itself.  I believe, when you

18  do that, you're referring to Monster Energy Company?

19    A    I'm referring to Monster Energy Company,

20  but I'm also referring to just the brand.  And the

21  brand is Monster or Monster Energy.  They -- we use

22  them together and sometimes individually,

23  separately.

24    Q    Does Monster Energy Company believe that it

25  owns the colors green and black?

1      A    I believe there is a strong reputation that

2   we have in the colors green and black.  We have

3   spent over $4 billion over the last 15 years

4   developing the combination of green and black.  All

5   of our marketing, I would say, other than, again,

6   maybe isolated instances, is always designed around

7   the original Monster Green Energy Drink.

8           So even though we have new products we

9   introduce or different -- different products that we

10  are promoting at a time, all our marketing, our

11  marketing and advertising, all takes place around

12  the green and black Monster, both in the United

13  States and around the world.  And so that has become

14  a well-known and a famous identifier of Monster and

15  Monster products.  And so we do believe we have

16  built up extensive rights in green and black.

17          Now, those rights are extensively

18  strengthened and the links are extensively

19  strengthened, and the increased likelihood of

20  confusion arises when those marks or those colors

21  are also used in some way in conjunction with the

22  word "Monster" or in conjunction with the word

23  "Beast," again, because we use those three terms

24  interchangeably and so frequently.

25          So, you know, whether we -- we own the

1   color green or own the color green and black, I

2   think probably not the color green, I accept that,

3   but I think green and black, there is a combination

4   that I think that we have some rights to just

5   because of the -- the famous nature of how much

6   we've spent and the extent to which we've spent

7   money and -- and exposure over -- over the time.

8          And so you will see, and I'm sure you've

9   seen them, there are a number of cases where we

10  have -- we have had challenges, we have challenged

11  people about the use of green and black.  And they

12  all need to be looked at individually because there

13  are different reasons for it and different

14  strengths.

15         Again, but more importantly for us, the

16  concern we have, and it becomes a hardened concern,

17  is when those colors are used in conjunction with

18  the name "Monster" and/or in conjunction with the

19  word "Beast."

20     Q    Are you familiar with an energy drink by

21  the name of Rockstar?

22     A    Yes.

23     Q    Do you know whether they have any beverage

24  cans that have the colors green and black on them?

25     A    I would say that they do have, but they are

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1  recognition on -- on Facebook, for example, on

2  social media sites.  There was a recent report, I'm

3  just trying to think of the name, but it -- it's a

4  research project that ended up attributing --

5  doing -- doing a survey and coming up with the --

6  with a report that Monster was the ninth most

7  popular brand worldwide -- consumer product

8  worldwide -- or brand, I think, not even consumer

9  product, I think we were the -- one of two consumer

10  products -- worldwide for millenniums.

11        I -- I recall having that statistic and

12  referred to it in a recent Investor Day presentation

13  that I gave, so it's a -- it's a public document.

14     Q    Okay.  Are you familiar with a term called

15  "retail activation"?

16     A    I recall the name, yes.

17     Q    Does Monster Energy implement retail

18  activation in conjunction with events or athletes

19  sponsored by you?

20     A    Yes.

21     Q    What does that mean?

22     A    Oh, sorry.  I was thinking you were

23  referring to a report -- sometimes there are reports

24  from somebody called Retail Activation.  Sorry.

25        As a description, retail activation, yes,

1    we do that -- we do that every -- every day.  That's

2    very -- it's integral to our business.

3        Q    And if you would, please, describe what

4    that is.

5        A    That means if -- what we will do, for

6    example, if we sponsor a NASCAR race and the NASCAR

7    race is in Charlotte, what we will do is we will go

8    out with -- in conjunction with our bottler or

9    distributor partner, and we will then go and we will

10   have our sales team call on our customers who have

11   stores focused in that area and we will then

12   undertake promotions with retail partners in that

13   area.

14        So in that case if it's a NASCAR in

15   Charlotte, we will do a promotion with, say, Kurt

16   Busch, where we will have displays put up in the

17   stores with extra product put onto the floor,

18   Kurt -- with Kurt Busch, big six-foot standing of

19   Kurt Busch or a car or a motorbike.  And then you

20   give -- you have a price promotion to obviously

21   encourage increased sales, increased consumer

22   traffic into those stores, and you will then do that

23   with one or two or three more chains in that

24   localized area.

25        Q    Does Monster Energy Company receive any

1    payments, so this is -- strike that.

2            Does Monster Energy Company receive any

3    revenue for your sponsorship of services?  I messed

4    that question up.  I'm sorry.

5            Does Monster Energy Company receive any

6    revenue for your sponsorship services?

7            MS. ZADRA-SYMES:  Objection; asked and

8    answered.

9            THE DEPONENT:  We -- we receive value.  In

10   some cases, like the epicenter programs, we did have

11   a share of revenue.  In most instances, we get value

12   and that's why we -- we -- obviously it becomes

13   valuable to us and it's not measurable in revenue

14   coming in, being booked, but it's -- it's value to

15   us in the overall business plan from sponsorships,

16   and that's why we do them.

17       Q    BY MR. STANDLEY:  In this case there's a

18   reference to trade dress?

19       A    Yes.

20       Q    What is the company's trade dress as it

21   relates to Monster Energy products?

22            MS. ZADRA-SYMES:  Objection to the extent

23   it calls for a legal conclusion.

24            THE DEPONENT:  I believe the trade dress is

25   the overall impression, visible feeling that you get

```
 1              (Defendant's Exhibit 70 was marked for

 2        identification.)

 3              (Document handed to counsel and deponent.)

 4        Q    BY MR. STANDLEY:  This is one of your

 5   trademark registrations.

 6              Do you recognize this?

 7        A    Yes.

 8        Q    And my question has to do with the

 9   description of goods or services that are -- that

10   are next to it there.

11        A    Yes.

12        Q    Could you read those, the services that are

13   listed there?

14        A    "Promoting goods and services in the

15             sports, motorsports, electronic

16             sports, and music industries through

17             the distribution of printed, audio

18             and visual promotional materials;

19             promoting sports and music events and

20             competitions for others, in

21             Class 35."

22        Q    Okay.  Have you ever received actual direct

23   revenue for promoting any of those events that you

24   just read?

25        A    I think --
```

Case 5:17-cv-00548-CBM-RAO   Document 119-3   Filed 08/27/18   Page 20 of 28   Page ID #:6264

1          MS. ZADRA-SYMES:  Objection; vague.

2          THE DEPONENT:  Sorry?

3          MS. ZADRA-SYMES:  I said "objection;

4   vague."

5          THE DEPONENT:  Okay.  I answered that this

6   morning.  I said I think there was -- there have

7   been some -- some events.  One of them was the one

8   that I referred to earlier, the epicenter series,

9   but most of these we are engaged in extensively all

10  the time and have been -- have done this for more

11  than a decade, where we sponsor and, in many cases,

12  we get value out of the events by the presence and

13  the appear- -- the visibility of our brand, of our

14  names, of our products.  We have sampling rights at

15  these events usually combined with the events.  And

16  these are events we would do, whether they're music,

17  whether they're motor sports, as I said earlier,

18  E sports and electronic games, et cetera.

19     Q    BY MR. STANDLEY:  And the sampling that you

20  just referred to, is that where you pull up some

21  sort of vehicle or set up some sort of table where

22  people can sample your beverages?

23     A    No, they're -- it's substantially more than

24  that.  We'll normally have a -- we'll have booths or

25  we'll have places where people sample, we have girls



[redacted]

1  STATE OF CALIFORNIA          )
                               )    ss.
2  COUNTY OF ORANGE             )

3

4       I, TAMI L. LE, Certified Shorthand Reporter,

5  Certificate No. 8716, for the State of California,

6  RPR, hereby certify:

7       I am the deposition officer who

8  stenographically recorded the testimony in the

9  foregoing deposition;

10      Prior to being examined, the deponent was by

11 me first duly sworn;

12      The foregoing transcript is a true record of

13 the testimony given;

14      The deposition officer was relieved of his or

15 her duty pursuant to Code of Civil Procedure,

16 Section 2025.520, and therefore any changes made by

17 the deponent, or whether or not the deponent signed

18 the transcript, are not herein set forth.

19

20

21 Dated:  February 12, 2018.

22

23

24          Certified Shorthand Reporter No. 8716, RPR

25

216

EX3-22

1  STATE OF CALIFORNIA                    )
                                          )        ss.
2  COUNTY OF ORANGE                       )

3

4

5

6       I, TAMI L. LE, Certified Shorthand Reporter,

7  Certificate No. 8716, RPR, hereby:

8       The foregoing deposition is a true and

9  correct copy of the original transcript of the

10  proceeding taken by me as thereon stated.

11

12  Dated:  February 12, 2018.

13

14

15  _____
                    TAMI L. LE
16  Certified Shorthand Reporter No. 8716, RPR

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    59 (215)

```
 1

 2

 3

 4

 5                              -oOo-

 6

 7       I, RODNEY C. SACKS, declare under penalty of

 8  perjury that I have read the foregoing transcript,

 9  and I have made any corrections, additions, or

10  deletions that I was desirous of making; that the

11  foregoing is a true and correct transcript of my

12  testimony contained therein.

13  EXECUTED this  20ᵗʰ  day of  March       , 2 018  ,

14  at _____Corona_____ , ___CA___ .
                      (City)                  (State)

15

16

17

18  _____

19              RODNEY C. SACKS

20

21

22

23

24

25
```

| ERRATA SHEET FOR THE TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| CASE NAME | | MONSTER ENERGY COMPANY v. INTEGRATED SUPPLY NETWORK, LLC | | | |
| DEPOSITION DATE | | FEBRUARY 5, 2018 | | | |
| DEPONENT | | RODNEY SACKS, MONSTER ENERGY COMPANY'S 30(B)(6) WITNESS | | | |
| Page(s) | Line(s) | Now Reads | Should Read | Reason | |
| | | | | | |
| 41 | 3 | "Loralee's" | "off-road" | Mistranscription | |
| 41 | 18 | "races" | "racers" | Mistranscription | |
| 41 | 24 | "sponsor and" | "sponsor and sponsored" | Clarification | |
| 43 | 12 | "our consumer" | "our consumers" | Mistranscription | |
| | | | | | |
| 71 | 7 | "over the time" | "over time" | Mistranscription | |

| ERRATA SHEET FOR THE TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| CASE NAME | MONSTER ENERGY COMPANY v. INTEGRATED SUPPLY NETWORK, LLC | | | |
| DEPOSITION DATE | FEBRUARY 5, 2018 | | | |
| DEPONENT | RODNEY SACKS, MONSTER ENERGY COMPANY'S 30(B)(6) WITNESS | | | |
| Page(s) | Line(s) | Now Reads | Should Read | Reason |

| ERRATA SHEET FOR THE TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| CASE NAME | MONSTER ENERGY COMPANY v. INTEGRATED SUPPLY NETWORK, LLC | | | | |
| DEPOSITION DATE | FEBRUARY 5, 2018 | | | | |
| DEPONENT | RODNEY SACKS, MONSTER ENERGY COMPANY'S 30(B)(6) WITNESS | | | | |
| Page(s) | Line(s) | Now Reads | | Should Read | Reason |

Dated: 3-20-18

RODNEY SACKS

27709473

EX3-27