Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Marko R. Zoretic (SBN 233,952)
marko.zoretic@knobbe.com
Jason A. Champion (CA SBN 259207)
jason.champion@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 5:17-CV-00548-CBM-RAO<br><br>**MONSTER ENERGY COMPANY'S *RENEWED* APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENT REGARDING ITS *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF MICHAEL WAGNER**<br><br>Hon. Consuelo B. Marshall |

Pursuant to Local Rule 79-5.2.2(b), Plaintiff Monster Energy Company ("Monster") respectfully seeks leave to file under seal the following document that contains material that has been designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by Integrated Supply Network ("ISN"):

- Opening Brief in Support of MEC's *Daubert* Motion to Exclude Testimony of Michael Wagner ("Opening Brief").

The Opening Brief quotes from and describes the content of materials that have been designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by ISN. Accordingly, Monster seeks leave to file these documents under seal. Monster is concurrently filing a redacted version of the Opening Brief. The redacted version omits only the quotations from and descriptions of the materials that have been designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. 1.

On May 11, 2018, this Court issued an Order (Dkt. No. 162) denying Monster's original application to seal the Opening Brief because Monster inadvertently submitted its proposed sealed document without highlighting. This renewed application corrects this issue. A highlighted version of the unredacted Opening Brief is attached to the Declaration of Jason Champion filed concurrently herewith.

For these reasons, Monster respectfully requests that the Opening Brief to the Declaration of Jason Champion be filed under seal.

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
|   | Respectfully submitted,<br>KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: May 15, 2018 | By: */s/ Jason A. Champion*<br>     Steven J. Nataupsky<br>     Lynda J. Zadra-Symes<br>     Marko R. Zoretic<br>     Jason A. Champion |
|   | Attorneys for Plaintiff,<br>MONSTER ENERGY COMPANY |

28277492