UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 17-548-CBM-RAO | Date | June 4, 2018 |
| Title | *Monster Energy Company v. Integrated Supply Network, LLC* | | |

Present: The Honorable　CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**　　**IN CHAMBERS- ORDER RE: PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF JAMES T. BERGER**

　　The matter before the Court is Plaintiff's Motion To Exclude Testimony of James T. Berger (the "Motion"). (Dkt. No. 73.)

　　Berger's report fails to apply scientific, technical or other specialized knowledge regarding the likelihood of confusion and application of the *Sleekcraft* factors, and therefore will not assist the trier of fact. Accordingly, Berger may not testify as an expert on these issues at trial. *See* Fed. R. Evid. 702(a), 702(b); *Daubert v. Merrell Dow Pharms., Inc.,* 509 U.S. 579 (1993); *see also Chesebrough-Pond's, Inc., v. Faberge, Inc.*, 666 F.2d 393, 397-98 (9th Cir. 1982); *JIPC Mgmt., Inc. v. Incredible Pizza Co.,* 2009 WL 8591607, at *4-*6 (C.D. Cal July 14, 2009); *YKK Corp. v. Jungwoo Zipper Co., Ltd.*, 213 F. Supp. 2d 1195, 1203 (C.D. Cal. 2002); *Native Am. Arts, Inc. v. Bud K World Wide, Inc.*, 2012 WL 1833877, at *9 (M.D. Ga. May 18, 2012); *Trouble v. Wet Seal, Inc.*, 179 F. Supp. 2d 291, 302-03 (S.D.N.Y. 2001).

　　Therefore, the Motion is **GRANTED**.

　　**IT IS SO ORDERED.**