UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | ED CV 17-548-CBM-RAO |
| Date | June 4, 2018 |
| Title | *Monster Energy Company v. Integrated Supply Network, LLC* |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

NONE PRESENT  NONE PRESENT

**Proceedings:** **IN CHAMBERS- ORDER RE: DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE THE EXPERT REPORT OF DR. BRUCE ISAACSON**

The matter before the Court is Defendant's Motion *In Limine* To Exclude the Expert Report of Dr. Bruce Isaacson (the "Motion"). (Dkt. No. 76.)

The Motion is **DENIED**. *See Fortune Dynamic, Inc. v. Victoria's Secret Stores Brand Mgmt., Inc.*, 618 F.3d 1025, 1038 (9th Cir. 2010) ("[I]ssues of methodology, survey design, reliability, ... [and] critique of conclusions . . . go to the weight of the survey rather than its admissibility.").

**IT IS SO ORDERED.**