UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | ED CV 17-548-CBM-RAO |
| Date | June 4, 2018 |

Title: *Monster Energy Company v. Integrated Supply Network, LLC*

Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff: Attorneys Present for Defendant:

NONE PRESENT    NONE PRESENT

**Proceedings:** **IN CHAMBERS- ORDER RE: DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE PORTIONS OF THE EXPERT REPORT OF RUSSELL W. MANGUM III, PHD**

The matter before the Court is Defendant's Motion *In Limine* To Exclude Portions of the Expert Report of Russell W. Magnum III, PhD (the "Motion"). (Dkt. No. 79.)

"A reasonable royalty based on a hypothetical negotiation can be a measure of actual damages in a trademark infringement case." *Contender Partners, LLC v. Azteca Int'l Corp.*, 2009 WL 10670472, at *16 (C.D. Cal. July 22, 2009); *see also Polar Bear Prods., Inc. v. Timex Corp.*, 384 F.3d 700, 709 (9th Cir. 2004); *Phoenix Techs. Ltd. v. VMware, Inc.*, 2017 WL 2001981, at *2 (N.D. Cal. May 11, 2017); *QS Wholesale, Inc. v. Rox Volleyball, Inc.*, 2015 WL 4484219, at *5-*6 (C.D. Cal. July 19, 2015); *Active Sports Lifestyle USA LLC v. Old Navy, LLC*, 2013 WL 11323598, at *17 (C.D. Cal. Sept. 19, 2013); *Quia Corp. v. Mattel, Inc.*, 2011 WL 2749576, at *5 (N.D. Cal. July 14, 2011); *adidas Am., Inc. v. Payless Shoesource, Inc.*, 2008 WL 4279812, at *12 (D. Or. Sept. 12, 2008).

Moreover, the *Georgia-Pacific* factors "are neither exclusive nor necessarily pertinent to every reasonable royalty analysis." *Atl. Inertial Sys. Inc. v. Condor Pac. Indus. of California, Inc.*, 2015 WL 3825318, at *11 (C.D. Cal. June 18, 2015); *see also Coryn Group II, LLC v. O.C. Seacrets, Inc.*, 2010 WL 1375301, at *8-*9 (D. Md. Mar. 30, 2010).

Accordingly, the Motion is **DENIED**.

**IT IS SO ORDERED.**