UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | ED CV 17-548-CBM-RAO |
| Date | June 4, 2018 |
| Title | *Monster Energy Company v. Integrated Supply Network, LLC* |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: PLAINTIFF'S *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF MICHAEL WAGNER**

The matter before the Court is Plaintiff's *Daubert* Motion to Exclude Testimony of Michael Wagner. (Dkt. No. 147.)

The Court finds as a matter of law that Defendant's expenses for obsolete inventory cannot be deducted from its profits for the allegedly infringing products for purposes of calculating damages. *See Wolfe v. Nat'l Lead Co.*, 272 F.2d 867 (9th Cir. 1959), overruled on other grounds by *Maier Brewing Co. v. Fleischmann Distilling Corp.,* 359 F.2d 156 (9th Cir.1966); *Cyclone USA, Inc. v. LL & C Dealer Servs.*, LLC, 2010 WL 2104935, at *2 (C.D. Cal. May 24, 2010).

Accordingly, the Motion is **GRANTED**.

**IT IS SO ORDERED.**