1
2
3
4
5
6
7
8
9
10
11
12  IN THE UNITED STATES DISTRICT COURT
13  FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
15  MONSTER ENERGY COMPANY, a Delaware corporation,          ) Case No. 5:17-CV-00548-CBM-RAO
16                                                          )
                Plaintiff,                                  ) **[PROPOSED] ORDER GRANTING MONSTER ENERGY COMPANY'S MOTION *IN LIMINE* NO. 1 TO PRECLUDE INTEGRATED SUPPLY NETWORK, LLC FROM OFFERING TESTIMONY FROM DON BARRY AS AN EXPERT**
17                                                          )
        v.                                                  )
18                                                          )
    INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,  )
19                                                          )
20                                                          )
                Defendant.                                  )
21                                                          ) Hon. Consuelo B. Marshall
22
23
24
25
26
27
28

|   |   |
|---|---|
| 1 | The Court, having considered Monster Energy Company's Motion *in Limine* to preclude Integrated Supply Networks, LLC from offering testimony from Don Barry as an expert, having read the submissions of the parties and considered any arguments of counsel, and good cause appearing, hereby GRANTS the Motion. Don Barry is precluded from offering any testimony as an expert witness at trial. |

**IT IS SO ORDERED.**

Dated:_____                          _____
                                                Honorable Consuelo B. Marshall
                                                United States District Judge