Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Marko R. Zoretic (SBN 233,952)
marko.zoretic@knobbe.com
Jason A. Champion (CA SBN 259207)
jason.champion@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Brian C. Horne (SBN 205621)
brian.horne@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 601-1263

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 5:17-CV-00548-CBM-RAO<br><br>**MONSTER ENERGY COMPANY'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 3 TO PRECLUDE DEFENDANT FROM OFFERING EVIDENCE OF ALLEGED THIRD-PARTY USES OF TRADEMARKS AND TRADE DRESS**<br><br>HEARING:<br>August 21, 2018<br>2:30 p.m.<br>Courtroom 8B<br><br>Hon. Consuelo B. Marshall |

PLEASE TAKE NOTICE that on August 21, 2018, at 2:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Consuelo B. Marshall in Courtroom 8B at 350 W. First Street, Los Angeles, California, Plaintiff Monster Energy Company ("Plaintiff" or "Monster") will move *in limine* to preclude Integrated Supply Network, LLC ("ISN") from offering evidence of alleged third-party uses of trademarks and trade dress.

Pursuant to Local Rule 7-3, the parties conferred on July 17, 2018, but were unable to resolve the issues raised by this motion.

Monster bases the motion on this notice; the concurrently filed opening brief; the supporting declaration of Marko R. Zoretic and exhibits thereto; any subsequently filed briefs; the pleadings and papers filed in this action; and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise. Monster is also lodging a proposed order for the Court's consideration.

Respectfully submitted,
KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 24, 2018   By: */s/ Lynda J. Zadra-Symes*
　　　　　　　　　　　　　Steven J. Nataupsky
　　　　　　　　　　　　　Lynda J. Zadra-Symes
　　　　　　　　　　　　　Brian C. Horne
　　　　　　　　　　　　　Marko R. Zoretic
　　　　　　　　　　　　　Jason A. Champion

　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　MONSTER ENERGY COMPANY

28676554

-1-