IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 5:17-CV-00548-CBM-RAO<br><br>**[PROPOSED] ORDER GRANTING MONSTER ENERGY COMPANY'S MOTION *IN LIMINE* NO. 3 TO PRECLUDE INTEGRATED SUPPLY NETWORK, LLC FROM OFFERING EVIDENCE OF ALLEGED THIRD-PARTY USES OF TRADEMARKS AND TRADE DRESS**<br><br>Hon. Consuelo B. Marshall |

1  The Court, having considered Monster Energy Company's Motion *in Limine* to preclude Integrated Supply Network, LLC ("ISN") from offering evidence of alleged third-party uses of trademarks and trade dress, having read the submissions of the parties and considered any arguments of counsel, and good cause appearing, hereby GRANTS the Motion as follows:

ISN is precluded from offering into evidence proposed Trial Exhibit Nos. 8, 10, 12, 13, 15, 48–57, 59, 64, 66, 2007–20, 2032, 2043–46, 2048–82, 2084, 2085, 2092, 2096, 2097, 2105–09, 2117–19, 2212, 2221, and 2228 and any testimony related thereto.

**IT IS SO ORDERED.**

Dated:_____

Honorable Consuelo B. Marshall
United States District Judge

-1-