Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Marko R. Zoretic (SBN 233,952)
marko.zoretic@knobbe.com
Jason A. Champion (CA SBN 259207)
jason.champion@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Brian C. Horne (SBN 205621)
brian.horne@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 601-1263

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation, | Case No. 5:17-CV-00548-CBM-RAO |
| Plaintiff, | **DECLARATION OF MARKO R. ZORETIC IN SUPPORT OF MONSTER ENERGY COMPANY'S MOTIOND *IN LIMINE* NO. 3 TO PRECLUDE DEFENDANT FROM OFFERING EVIDENCE OF ALLEGED THIRD-PARTY USES OF TRADEMARKS AND TRADE DRESS** |
| v. | |
| INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company, | |
| Defendant. | Hon. Consuelo B. Marshall |

I, Marko R. Zoretic, declare and state as follows:

I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Monster Energy Company ("Monster") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

1.     Attached hereto as **Exhibit 8** is a true and correct copy of Integrated Supply Network, LLC's ("ISN") Proposed Trial Exhibit 8.

2.     Attached hereto as **Exhibit 10** is a true and correct copy of ISN's Proposed Trial Exhibit 10.

3.     Attached hereto as **Exhibit 12** is a true and correct copy of ISN's Proposed Trial Exhibit 12.

4.     Attached hereto as **Exhibit 13** is a true and correct copy of ISN's Proposed Trial Exhibit 13.

5.     Attached hereto as **Exhibit 15** is a true and correct copy of ISN's Proposed Trial Exhibit 15.

6.     Attached hereto as **Exhibit 48** is a true and correct copy of ISN's Proposed Trial Exhibit 48.

7.     Attached hereto as **Exhibit 49** is a true and correct copy of ISN's Proposed Trial Exhibit 49.

8.     Attached hereto as **Exhibit 50** is a true and correct copy of ISN's Proposed Trial Exhibit 50.

9.     Attached hereto as **Exhibit 51** is a true and correct copy of ISN's Proposed Trial Exhibit 51.

10.     Attached hereto as **Exhibit 52** is a true and correct copy of ISN's Proposed Trial Exhibit 52.

11.     Attached hereto as **Exhibit 53** is a true and correct copy of ISN's Proposed Trial Exhibit 53.

12.     Attached hereto as **Exhibit 54** is a true and correct copy of ISN's Proposed Trial Exhibit 54.

13.     Attached hereto as **Exhibit 55** is a true and correct copy of ISN's Proposed Trial Exhibit 55.

14.     Attached hereto as **Exhibit 56** is a true and correct copy of ISN's Proposed Trial Exhibit 56.

15.     Attached hereto as **Exhibit 57** is a true and correct copy of ISN's Proposed Trial Exhibit 57.

16.     Attached hereto as **Exhibit 59** is a true and correct copy of ISN's Proposed Trial Exhibit 59.

17.     Attached hereto as **Exhibit 64** is a true and correct copy of ISN's Proposed Trial Exhibit 64.

18.     Attached hereto as **Exhibit 66** is a true and correct copy of ISN's Proposed Trial Exhibit 66.

19.     Attached hereto as **Exhibit 2007** is a true and correct copy of ISN's Proposed Trial Exhibit 2007.

20.     Attached hereto as **Exhibit 2008** is a true and correct copy of ISN's Proposed Trial Exhibit 2008.

21.     Attached hereto as **Exhibit 2009** is a true and correct copy of ISN's Proposed Trial Exhibit 2009.

22.     Attached hereto as **Exhibit 2010** is a true and correct copy of ISN's Proposed Trial Exhibit 2010.

23.     Attached hereto as **Exhibit 2011** is a true and correct copy of ISN's Proposed Trial Exhibit 2011.

24.     Attached hereto as **Exhibit 2012** is a true and correct copy of ISN's Proposed Trial Exhibit 2012.

25.     Attached hereto as **Exhibit 2013** is a true and correct copy of ISN's Proposed Trial Exhibit 2013.

26. Attached hereto as **Exhibit 2014** is a true and correct copy of ISN's Proposed Trial Exhibit 2014.

27. Attached hereto as **Exhibit 2015** is a true and correct copy of ISN's Proposed Trial Exhibit 2015.

28. Attached hereto as **Exhibit 2016** is a true and correct copy of ISN's Proposed Trial Exhibit 2016.

29. Attached hereto as **Exhibit 2017** is a true and correct copy of ISN's Proposed Trial Exhibit 2017.

30. Attached hereto as **Exhibit 2018** is a true and correct copy of ISN's Proposed Trial Exhibit 2018.

31. Attached hereto as **Exhibit 2019** is a true and correct copy of ISN's Proposed Trial Exhibit 2019.

32. Attached hereto as **Exhibit 2020** is a true and correct copy of ISN's Proposed Trial Exhibit 2020.

33. Attached hereto as **Exhibit 2032** is a true and correct copy of ISN's Proposed Trial Exhibit 2032 (video on DVD manually filed).

34. Attached hereto as **Exhibit 2043** is a true and correct copy of ISN's Proposed Trial Exhibit 2043.

35. Attached hereto as **Exhibit 2044** is a true and correct copy of ISN's Proposed Trial Exhibit 2044.

36. Attached hereto as **Exhibit 2045** is a true and correct copy of ISN's Proposed Trial Exhibit 2045.

37. Attached hereto as **Exhibit 2046** is a true and correct copy of ISN's Proposed Trial Exhibit 2046.

38. Attached hereto as **Exhibit 2048** is a true and correct copy of ISN's Proposed Trial Exhibit 2048.

39. Attached hereto as **Exhibit 2049** is a true and correct copy of ISN's Proposed Trial Exhibit 2049.

40.     Attached hereto as **Exhibit 2050** is a true and correct copy of ISN's Proposed Trial Exhibit 2050.

41.     Attached hereto as **Exhibit 2051** is a true and correct copy of ISN's Proposed Trial Exhibit 2051.

42.     Attached hereto as **Exhibit 2052** is a true and correct copy of ISN's Proposed Trial Exhibit 2052.

43.     Attached hereto as **Exhibit 2053** is a true and correct copy of ISN's Proposed Trial Exhibit 2053.

44.     Attached hereto as **Exhibit 2054** is a true and correct copy of ISN's Proposed Trial Exhibit 2054.

45.     Attached hereto as **Exhibit 2055** is a true and correct copy of ISN's Proposed Trial Exhibit 2055.

46.     Attached hereto as **Exhibit 2056** is a true and correct copy of ISN's Proposed Trial Exhibit 2056.

47.     Attached hereto as **Exhibit 2057** is a true and correct copy of ISN's Proposed Trial Exhibit 2057.

48.     Attached hereto as **Exhibit 2058** is a true and correct copy of ISN's Proposed Trial Exhibit 2058.

49.     Attached hereto as **Exhibit 2059** is a true and correct copy of ISN's Proposed Trial Exhibit 2059.

50.     Attached hereto as **Exhibit 2060** is a true and correct copy of ISN's Proposed Trial Exhibit 2060.

51.     Attached hereto as **Exhibit 2061** is a true and correct copy of ISN's Proposed Trial Exhibit 2061.

52.     Attached hereto as **Exhibit 2062** is a true and correct copy of ISN's Proposed Trial Exhibit 2062.

53.     Attached hereto as **Exhibit 2063** is a true and correct copy of ISN's Proposed Trial Exhibit 2063.

54.    Attached hereto as **Exhibit 2064** is a true and correct copy of ISN's Proposed Trial Exhibit 2064.

55.    Attached hereto as **Exhibit 2065** is a true and correct copy of ISN's Proposed Trial Exhibit 2065.

56.    Attached hereto as **Exhibit 2066** is a true and correct copy of ISN's Proposed Trial Exhibit 2066.

57.    Attached hereto as **Exhibit 2067** is a true and correct copy of ISN's Proposed Trial Exhibit 2067.

58.    Attached hereto as **Exhibit 2068** is a true and correct copy of ISN's Proposed Trial Exhibit 2068.

59.    Attached hereto as **Exhibit 2069** is a true and correct copy of ISN's Proposed Trial Exhibit 2069.

60.    Attached hereto as **Exhibit 2070** is a true and correct copy of ISN's Proposed Trial Exhibit 2070.

61.    Attached hereto as **Exhibit 2071** is a true and correct copy of ISN's Proposed Trial Exhibit 2071.

62.    Attached hereto as **Exhibit 2072** is a true and correct copy of ISN's Proposed Trial Exhibit 2072.

63.    Attached hereto as **Exhibit 2073** is a true and correct copy of ISN's Proposed Trial Exhibit 2073.

64.    Attached hereto as **Exhibit 2074** is a true and correct copy of ISN's Proposed Trial Exhibit 2074.

65.    Attached hereto as **Exhibit 2075** is a true and correct copy of ISN's Proposed Trial Exhibit 2075.

66.    Attached hereto as **Exhibit 2076** is a true and correct copy of ISN's Proposed Trial Exhibit 2076.

67.    Attached hereto as **Exhibit 2077** is a true and correct copy of ISN's Proposed Trial Exhibit 2077.

68.     Attached hereto as **Exhibit 2078** is a true and correct copy of ISN's Proposed Trial Exhibit 2078.

69.     Attached hereto as **Exhibit 2079** is a true and correct copy of ISN's Proposed Trial Exhibit 2079.

70.     Attached hereto as **Exhibit 2080** is a true and correct copy of ISN's Proposed Trial Exhibit 2080.

71.     Attached hereto as **Exhibit 2081** is a true and correct copy of ISN's Proposed Trial Exhibit 2081.

72.     Attached hereto as **Exhibit 2082** is a true and correct copy of ISN's Proposed Trial Exhibit 2082.

73.     Attached hereto as **Exhibit 2084** is a true and correct copy of ISN's Proposed Trial Exhibit 2084.

74.     Attached hereto as **Exhibit 2085** is a true and correct copy of ISN's Proposed Trial Exhibit 2085.

75.     Attached hereto as **Exhibit 2092** is a true and correct copy of ISN's Proposed Trial Exhibit 2092.

76.     Attached hereto as **Exhibit 2096** is a true and correct copy of ISN's Proposed Trial Exhibit 2096.

77.     Attached hereto as **Exhibit 2097** is a true and correct copy of ISN's Proposed Trial Exhibit 2097.

78.     Attached hereto as **Exhibit 2105** is a true and correct copy of ISN's Proposed Trial Exhibit 2105.

79.     Attached hereto as **Exhibit 2106** is a true and correct copy of ISN's Proposed Trial Exhibit 2106.

80.     Attached hereto as **Exhibit 2107** is a true and correct copy of ISN's Proposed Trial Exhibit 2107.

81.     Attached hereto as **Exhibit 2108** is a true and correct copy of ISN's Proposed Trial Exhibit 2108.

82.     Attached hereto as **Exhibit 2109** is a true and correct copy of ISN's Proposed Trial Exhibit 2109.

83.     Attached hereto as **Exhibit 2117** is a true and correct copy of ISN's Proposed Trial Exhibit 2117.

84.     Attached hereto as **Exhibit 2118** is a true and correct copy of ISN's Proposed Trial Exhibit 2118.

85.     Attached hereto as **Exhibit 2119** is a true and correct copy of ISN's Proposed Trial Exhibit 2119.

86.     Attached hereto as **Exhibit 2212** is a true and correct copy of ISN's Proposed Trial Exhibit 2212.

87.     Attached hereto as **Exhibit 2221** is a true and correct copy of ISN's Proposed Trial Exhibit 2221.

88.     Attached hereto as **Exhibit 2228** is a true and correct copy of ISN's Proposed Trial Exhibit 2228.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 24, 2018, at Irvine, California.


_/s/ Marko R. Zoretic_
Marko R. Zoretic

28711821