# EXHIBIT A

## Monster's Objections to ISN's Trial Exhibits

| Ex. No. | Description | Monster's Objection(s) |
|---------|-------------|------------------------|
| 8 | Printout of DoverMonsterMile.jpg [ISN000031] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 10 | Picture of ROCKSTAR cans [ISN011262] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 12 | Picture Mountain Dew Black Label Can [ISN011274] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 13 | Picture of KICKSTART Can [ISN011268] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 15 | Firefly Brewery Ale [ISN011278] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 32 | Photo of RedBull sponsored motorbike | Lack of foundation, 402, 403, 602, 901 |
| 33 | Photo showing Red Bull and MEC sponsored riders | Lack of foundation, 402, 403, 602, 901 |
| 34 | Rockstar sponsored rider | Lack of foundation, 402, 403, 602, 901 |
| 35 | Photo of Rockstar sponsored rider | Lack of foundation, 402, 403, 602, 901 |
| 36 | MEC race car | Lack of foundation, 402, 403, 602, 901 |
| 37 | M&M race car | Lack of foundation, 402, 403, 602, 901 |
| 38 | Busch Beer race car | Lack of foundation, 402, 403, 602, 901 |
| 39 | Jimmy Johns model race car | Lack of foundation, 402, 403, 602, 901 |

| Ex. No. | Description | Monster's Objection(s) |
|---|---|---|
| 40 | Hooters race car | Lack of foundation, 402, 403, 602, 901 |
| 41 | Skittles race car | Lack of foundation, 402, 403, 602, 901 |
| 42 | Miller Lite race car | Lack of foundation, 402, 403, 602, 901 |
| 43 | Aspen Dental race car | Lack of foundation, 402, 403, 602, 901 |
| 44 | FedEx race car | Lack of foundation, 402, 403, 602, 901 |
| 45 | Nationwide Insurance race case | Lack of foundation, 402, 403, 602, 901 |
| 46 | Kroger race car | Lack of foundation, 402, 403, 602, 901 |
| 47 | Target race car | Lack of foundation, 402, 403, 602, 901 |
| 48 | Grave Digger Tee Shirt Monster Jam Superstore [ISN011296-ISN011300] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 49 | MEC rider standing next to MONSTER MILE statue | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 50 | Snap-on Black and Green Product | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 51 | Snap-on Black and Green Product | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 52 | Snap-on Black and Green Product | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 53 | Snap-on Black and Green Product | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |

| Ex. No. | Description | Monster's Objection(s) |
|---|---|---|
| 54 | Snap-on Black and Green Product | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 55 | Snap-on Black and Green Product | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 56 | Snap-on Black and Green Product | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 57 | Snap-on Black and Green Product | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 59 | Snap-on website screenshot showing MONSTERLITHIUM impact wrench | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 66 | Compilation of screenshots from store.nascar.com [ISN011036-ISN011060] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 67 | Sales Order for Monster Energy Company with Monster Worldwide, Inc. [MEC028155-MEC028159] | 402, 403 |
| 68 | Screenshots from www.monster.com re MEC job postings | Lack of foundation, 402, 403, 602, 901 |
| 69 | Photo [ISN011288-ISN011289] | Lack of foundation, 602, 901 |
| 74 | Hansen Natural Corporation 2009 Annual Report [MEC010456-MEC010567] MIL No. 2 (with respect to statements in document that ISN intends to rely on concerning allegations that energy drinks, or Monster Energy drinks in particular, cause harm to consumers) | MIL No. 2 (with respect to statements in document that ISN intends to rely on concerning allegations that energy drinks, or Monster Energy drinks in particular, cause harm to consumers) |

| Ex. No. | Description | Monster's Objection(s) |
|---|---|---|
| 75 | MEC Form 10-K for 2016 [ISN0041876-ISN0042000] | MIL No. 2 (with respect to statements in document that ISN intends to rely on concerning allegations that energy drinks, or Monster Energy drinks in particular, cause harm to consumers) |
| 76 | MEC's Complaint in West Coast Chill Matter | 402, 403 |
| 77 | Hansen Beverage Company's Answer to Notice of Opposition in Odwalla, Inc. case [ISN0031721-ISN0031725] | 402, 403 |
| 279 | Kautz opinion email [ISN0072175-ISN0072176] | 402, 403, MIL No. 4 |
| 2003 | Corsearch Reports [GR_00001-GR_00805 AND GR_00806-GR_01180] | 402, 403, MIL No. 4 |
| 2007 | Certified Monster Mile TM registration 1,705,113 [ISN0040842-ISN0040845] | Lack of foundation, 402, 403, 602, MIL No. 3 |
| 2008 | Certified Monster Mile TM registration 2,105,583 [ISN0040854-ISN0040857] | Lack of foundation, 402, 403, 602, MIL No. 3 |
| 2009 | Certified TM registration for GREEN MONSTER 3,397,948 [ISN0040834-ISN0040837] | Lack of foundation, 402, 403, 602, MIL No. 3 |
| 2010 | Certified TM registration for GREEN MONSTER 3,607,649 [ISN0040825-ISN0040828] | Lack of foundation, 402, 403, 602, MIL No. 3 |
| 2011 | Certified TM registration for C MONSTER 1,970,362 [ISN0040850-ISN0040853] | Lack of foundation, 402, 403, 602, MIL No. 3 |
| 2012 | Certified Copy of Trademark Registration 1,340,229 MONSTER CABLE [ISN0074474-ISN0074477] | Lack of foundation, 402, 403, 602, MIL No. 3 |
| 2013 | Certified Copy of Trademark Registration 1,384,076 MONSTER CABLE [ISN0040838-ISN0040841] | Lack of foundation, 402, 403, 602, MIL No. 3 |

| Ex. No. | Description | Monster's Objection(s) |
|---|---|---|
| 2014 | Certified Copy of Trademark Registration 1,537,306 MONSTER MUSIC [ISN0074478-ISN0074481] | Lack of foundation, 402, 403, 602, MIL No. 3 |
| 2015 | Certified Copy of Trademark Registration 1,665,277 MONSTER MUSIC [ISN0074482-ISN0074486] | Lack of foundation, 402, 403, 602, MIL No. 3 |
| 2016 | Certified Copy of Trademark Registration 1,742,345 GREEN MONSTER [ISN0074487-ISN0074490] | Lack of foundation, 402, 403, 602, MIL No. 3 |
| 2017 | Certified Copy of Trademark Registration 2,116,431 MONSTER JAM [ISN0074491-ISN0074496] | Lack of foundation, 402, 403, 602, MIL No. 3 |
| 2018 | Certified Copy of Trademark Registration 2,347,985 MONSTER (TMP Worldwide Inc.) [ISN0074497-ISN0074500] | Lack of foundation, 402, 403, 602, MIL No. 3 |
| 2019 | Certified Copy of Trademark Registration 2,454,334 MONSTER (Ducati Motor S.P.A.) [ISN0074501-ISN0074504] | Lack of foundation, 402, 403, 602, MIL No. 3 |
| 2020 | Certified Copy of Trademark Registration 2,575,745 MONSTER (Monster Cable Products, Inc.) [ISN0074505-ISN0074509] | Lack of foundation, 402, 403, 602, MIL No. 3 |
| 2026 | MEC Response to Office Action Dated July 25, 2005 78/658,118 [ISN0074518-ISN0074603] | 402, 403 |
| 2031 | Tool Web Cover October 2005 [ISN0068219] | Lack of foundation, 106, 602, 901 |
| 2032 | Munster's Video Clip [ISN0072585] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2042 | Hansen Beverage Co.'s Response to Office Action in MONSTER application 76/361097 [ISN0067936-ISN0067957] | 402, 403 |
| 2043 | Photo of Ducati MONSTER motorcycles [ISN0071090-ISN0071091] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2044 | Photo of Ducati MONSTER t-shirts [ISN0071092-ISN0071093] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |

| Ex. No. | Description | Monster's Objection(s) |
|---|---|---|
| 2045 | Photo of Ducati MONSTER [ISN0072051] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2046 | Photo of Ducati MONSTER [ISN0072052] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2047 | Screenshots from Monster.com re MEC job postings [ISN0072059-ISN0072060] | 402, 403 |
| 2048 | Screenshots from Amazon.com re Monster Lug [ISN0072065-ISN0072066] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2049 | Screenshot from Amazon.com re MONSTER HOOK [ISN0072067] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2050 | Various screenshots from matcotools.com re "monster" [ISN0072073-ISN0072076] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2051 | Screenshots from mactools.com re "monster" [ISN0072077-ISN0072078] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2052 | Screenshots from store.snapon.com re "monster" [ISN0072079-ISN0072080] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2053 | Home Depot website screenshots re "monster" [ISN0072085-ISN0072091] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2054 | Screenshot from Home Depot website re "Monster-Grip Ratchets" [ISN0072094] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2055 | Walmart.com screenshots re "monster" [ISN0072098-ISN0072100] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2056 | Photo of MONSTER HOOK [ISN0072146] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2056-A | Physical -  of MONSTER HOOK | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |

| Ex. No. | Description | Monster's Objection(s) |
|---|---|---|
| 2057 | "Go Away, Big Green Monster!" book photos [ISN0072147-ISN0072150] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2057-A | Physical - of "Go Away, Big Green Monster!" book | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2058 | Monster Lug photos [ISN0072140-ISN0072141] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2058-A | Physical - Monster Lug | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2059 | Komelon Monster MagGrip photos [ISN0072136-ISN0072138] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2059-A | Physical Exhibt of Komelon Monster MagGrip | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2060 | Dover International Speedway book photos [ISN0072128-ISN0072132] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2060-A | Physical Exhibit Dover International Speedway Book | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2061 | Disney Pixar "M IS FOR MONSTER" book photos [ISN0072124-ISN0072127] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2061-A | Physical Exhibit – Disney Pixar "M IS FOR MONSTER" | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2062 | Matcotools.com screenshots re. "monster" [ISN0072162 ISN0072168] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2063 | Printout from store.snapon.com re gloves [ISN0072169-ISN0072171] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |

| Ex. No. | Description | Monster's Objection(s) |
|---|---|---|
| 2064 | Printout from store.snapon.com re "Original Mechanics Gloves (Green) (Large)" [ISN0072172] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2065 | Screenshots from USPTO search results for "monster" [ISN0072177-ISN0072242] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2066 | Screenshot from homedepot.com and screenshot from amazon.com re "beast" [ISN0072151] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2067 | Screenshots from www.amazon.com re "Feed The Beast: Cooking For Your Alpha Male" and "Feed the Startup Beast" [ISN0072152] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2068 | Screenshots from Amazon.com re "beast" [ISN0072153] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2069 | Screenshots from amazon.com re "unleash the beast" [ISN0072270-ISN0072288] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2070 | Screenshots from amazon.com re Beast stickers [ISN0072155] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2071 | Screenshots from amazon.com re "beast wheel" and vacuum product [ISN0072156] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2072 | Screenshots from amazon.com re "Unleash the Beast" tshirts [ISN0072301-ISN0072303] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2073 | Printout from www.amazon.com re "feed the beast shirt" [ISN0072313-ISN0072317] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2074 | Screenshots of products on Walmart.com re "monster" [ISN0072322-ISN0072342] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2075 | Amazon.com invoice re "monster" [ISN0072318-ISN0072321] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |

| Ex. No. | Description | Monster's Objection(s) |
|---|---|---|
| 2076 | Ducati MONSTER poster [ISN0072560-ISN0072562] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2076-A | Physical – Ducati MONSTER poster | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2077 | Amazon.com invoice for best t-shirt [ISN0072586] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2078 | Amazon.com invoice re "beast" [ISN0072587-ISN0072588] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2079 | Amazon.com invoice for unleash the beast bumper sticker [ISN0072589] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2080 | Amazon.com invoice for "Feed the Beast: Cooking For The Alpha Male" cooking book [ISN0072590] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2081 | Screenshot from doverspeedway.com re MONSTER MILE [ISN000060] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2082 | Screenshots of twitter.com/MonsterMile [ISN000064-ISN000070] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2084 | Various screenshots of monsterenergy.com; various screenshots from twitter.com/MonsterJam [ISN000211-ISN000221] | Lack of foundation, 901 |
| 2085 | Printout from www.monsterproducts.com [ISN000399-ISN000401] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2092 | Website printout from boston.redsox.mlb.com re "Green Monster tickets" [ISN010940-ISN010941] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2093 | Website printout from www.monsterjamsuperstore.com re Monster Energy Shirt [ISN011325-ISN011327] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |

| Ex. No. | Description | Monster's Objection(s) |
|---|---|---|
| 2094 | Website printout from www.harley-davidson.com [ISN011363-ISN0011364] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2095 | Website printout from houseofharley.com [ISN011365-ISN0011367] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2096 | Photo of cans Heineken [ISN011271] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2097 | Photo of box and cans of Bud Light Lime [ISN011269] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2099 | Deposition Transcript of Rodney Sacks Excerpts – 9/20/12 MEC v. Consolidated Distributors, Inc. | 402, 403 |
| 2101 | Office Action 76/361097 [ISN0031286-ISN0031288] | 402, 403 |
| 2102 | File History Wrapper 76/361097 [ISN0031215-ISN0031427] | 402, 403 |
| 2104 | Receipt from Monster Jam Super Store [ISN0031807] | Lack of foundation, 402, 403, 602, 901 |
| 2105 | Receipt from Nascar Shop [ISN0031818-ISN0031821] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2106 | Screen captures of www.matcotools.com [ISN0034706-ISN0034747] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2107 | Screen captures of www.mactools.com [ISN0034748-ISN0034823] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2108 | Screen captures of store.snapon.com [ISN0034824-ISN0034866] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2109 | Screen captures of cornwelltools.com [ISN0034870-ISN0034885] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |

| Ex. No. | Description | Monster's Objection(s) |
|---|---|---|
| 2117 | Frankenstein poster [ISN010611] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2118 | Website printout from IMDb.com re Frankenstein [ISN0040876-ISN0040880] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2119 | Website printout from IMDb.com re Godzilla [ISN0040899-ISN040903] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2162 | MEC Form 10-k from Year End Dec. 31, 2017 [(Vol. 5 Tab 15 of Wagner Report)] | MIL No. 2 (with respect to statements in document that ISN intends to rely on concerning allegations that energy drinks, or Monster Energy drinks in particular, cause harm to consumers) |
| 2212 | MonsterMoto.com Website printouts [ISN000417-ISN000421] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2221 | Dover International Speedway Monster Mile Guest Guide [ISN000001-ISN000024] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2222 | Email from Mr. Kautz to Scott Pilkenton [GR_01183] | 402, 403, MIL |
| 2223 | Mr. Kautz June 14, 2012 Letter [GR_01186-GR_01188] | 402, 403, MIL |
| 2224 | Email from Mr. Kautz to Scott Pilkenton [GR_01197-GR_01213] | 402, 403, MIL |
| 2225 | Email from Scott Pilkenton to Mr. Kautz [GR_01214] | 402, 403, MIL |
| 2226 | Email from Mr. Kautz to Scott Pilkenton [GR_01218] | 402, 403, MIL |
| 2228 | Charts of third party use | Lack of foundation, 402, 403, 602, 901, MIL No. 3; Demonstrative, not evidence |

| Ex. No. | Description | Monster's Objection(s) |
|---|---|---|
| 2229 | Physical - Beast Brush | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2230 | BLUE MONSTER PTFE Thread Tape [ISN0072142-ISN0072144] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2230-A | Physical - BLUE MONSTER PTFE Thread Tape | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2231 | Physical - BEAST Sticker | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2232 | Physical - "Feed the Beast Cooking for Your Alpha Male" Book | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2233 | MONSTER JAM Official Guidebook [ISN0072133-ISN0072135] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2233-A | Physical - MONSTER JAM Official Guidebook | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2234 | Physical - "Feed the Startup Beast" Book | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2235 | MONSTER JAM Lenticular Valentines [ISN0071024-ISN0071025] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2235-A | Physical - MONSTER JAM Lenticular Valentines | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2236 | Physical - UNLEASH THE BEAST Sticker | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2237 | Physical - Beast Heavy Duty Tie Out | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |

| Ex. No. | Description | Monster's Objection(s) |
|---|---|---|
| 2241 | Physical - UNLEASH THE BEAST T-shirt | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2242 | Physical - ANABOLIC MONSTER FEED THE BEAST T-shirt | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2243 | NASCAR MONSTER MILE DOVER INTERNATIONAL T-shirt [ISN0031809-ISN0031810] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2243-A | Physical - NASCAR MONSTER MILE DOVER INTERNATIONAL T-shirt | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2244 | NASCAR MONSTER MILE T-shirt [ISN0031811-ISN0031814] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2244-A | Physical - NASCAR MONSTER MILE T-shirt | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2247 | SNAP-on Gloves [ISN0072032-ISN0072035] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2247-A | Physical - SNAP-on Gloves | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2248 | Marshall University On the Field Hat [ISN0032308] | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2248-A | Physical - Marshall University On the Field Hat | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2251 | Physical - ROCKSTAR Beverage | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2252 | Physical - Mountain Dew Black Label Beverage | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |

| Ex. No. | Description | Monster's Objection(s) |
|---|---|---|
| 2253 | Physical - KICKSTART Beverage | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2254 | Physical - Firefly Beverage | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2255 | Physical - Heineken Beverage | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2256 | Physical - Bud Light Lime Beverage | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2257 | Physical - Mountain Dew Beverage | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2258 | Physical - 7-Up Beverage | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2259 | Physical - Gatorade Beverage | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2260 | Physical - Nestle Beverage | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2261 | Physical - Pellegrino Beverage | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |
| 2262 | Physical - Perrier Beverage | Lack of foundation, 402, 403, 602, 901, MIL No. 3 |

28795941

28841852