Joseph R. Re (CA SBN 134,479)
joe.re@knobbe.com
Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Marko R. Zoretic (CA SBN 233,952)
marko.zoretic@knobbe.com
Jason A. Champion (CA SBN 259207)
jason.champion@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Brian C. Horne (SBN 205621)
brian.horne@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile:  (310) 601-1263

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 5:17-CV-00548-CBM-RAO<br><br>**MONSTER ENERGY COMPANY'S WITNESS LIST BY ORDER OF TESTIMONY AT TRIAL**<br><br>Trial:<br>Date:  October 9, 2018<br>Time: 10:00 a.m.<br>Ctrm:  8B<br><br>Hon. Consuelo B. Marshall |

Pursuant to the Court's August 21, 2018 Order (Dkt. 311), Plaintiff Monster Energy Company identifies the following witnesses in the order that Monster expects to call them at trial:

1. Rodney Sacks (live)
2. Thomas J. Kelly (live)
3. Sam Pontrelli (live)
4. Mitch Covington (live)
5. Ronald Hyre (by deposition)
6. Matthew Rivera (by deposition)
7. William Wilke (live or by deposition)
8. Integrated Supply Network, LLC (Sarah M. Shelstrom as designee per Rule 30(b)(6)) (by deposition)
9. David Pentecost (by deposition)
10. Steve Kowalke (by deposition)
11. Jody Sause (by deposition)
12. Kimberly Stoneman (by deposition)
13. Isabelle Wininger (by deposition)
14. Bruce Weber (by deposition)
15. Don Barry (by deposition)
16. Darlene Lott (by deposition)
17. Christopher Nalven (by deposition)
18. Mike Beasley (by deposition)
19. Andrew Markowski (by deposition)
20. Dr. Bruce R. Isaacson (live)
21. Russell Mangum III, Ph.D. (live)

Monster also reserves the right to call witnesses who may become relevant depending on the outcome of ISN's objections to the Magistrate

Judge's Order (Dkt. 323) that ISN produce certain communications with Standley Law Group.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 4, 2018

By: */s/ Joseph R. Re*
Joseph R. Re
Steven J. Nataupsky
Lynda J. Zadra-Symes
Brian C. Horne
Marko R. Zoretic
Jason A. Champion

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY

28935141