DOUGLAS C. SMITH (SBN 160013)
dsmith@smitlaw.com
SMITH LAW OFFICES, LLP
4204 Riverwalk Parkway, Suite 250
Riverside, California  92505
Telephone: (951)509-1355
Facsimile: (951)509-1356

JEFFREY S. STANDLEY (OH # 0047248)
jstandley@standleyllp.com
MELISSA A. ROGERS MCCURDY (OH #0084102)
mmccurdy@standleyllp.com
F. MICHAEL SPEED, JR. (OH #0067541)
mspeed@standleyllp.com
Standley Law Group LLP
6300 Riverside Drive
Dublin, Ohio 43017
Telephone: (614) 792-5555
Fax: (614) 792-5536
(continued on next page)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 5:17-CV-00548-CBM-(RAO)<br><br>**INTEGRATED SUPPLY NETWORK, LLC'S WITNESS LIST BY ORDER OF TESTIMONY AT TRIAL**<br><br>Honorable Consuelo B. Marshall<br><br>Date:       October 9, 2018<br>Time:       10 a.m.<br>Location:  Courtroom 8B |

1

CHRISTOPHER W. MADEL (MN #230297)
cmadel@madellaw.com
JENNIFER M. ROBBINS (MN #387745)
jrobbins@madellaw.com
CASSANDRA B. MERRICK (MN #396372)
cmerrick@madellaw.com
MADEL PA
800 Hennepin Avenue
800 Pence Building
Minneapolis, MN  55413
Telephone:  612-605-0630
Facsimile:  612-326-9990

*Attorneys for Defendant*
*Integrated Supply Network, LLC*

   Pursuant to the Court's August 21, 2018 Order (Dkt. 311), Defendant

Integrated Supply Network, LLC ("ISN") hereby identifies its witnesses in the

order it expects to call them at trial:

  1.  Rodney Sacks (live) (will not call if called in Plaintiff's case-in-chief)

  2.  Bruce Weber (live)

  3.  Don Barry (live)

  4.  Scott Pilkenton (live)

  5.  David Pentecost (live)

  6.  Sam Pontrelli (live) (will not call if called in Plaintiff's case-in-chief)

  7.  Thomas Kelly (live) (will not call if called in Plaintiff's case-in-chief)

**2**

8.    Mitch Covington (live) (will not call if called in Plaintiff's case-in-chief)

9.    Marianne Radley (by deposition)

10.   Sarah Shelstrom (live)

11.   Jody Sause (live)

12.   Jarrett Strawn (live)

13.   Isabelle Wininger (live)

14.   Thomas Kautz (live)

15.   Hal Poret (live)

16.   Michael Wagner (live)

17.   Darlene Lott (live or by deposition)

18.   Kimberly "Shelly" Stoneman (live)

19.   James Berger (proffer)

ISN respectfully reserves the right to not call certain of these witnesses based upon (1) the Court's future rulings regarding depositions and live testimony; and (2) Plaintiff's presentation of the evidence (e.g., ISN may determine certain witnesses are unnecessary given Plaintiff's lack of proof).  Finally, ISN respectfully reserves the right to call additional, identified

**3**

witnesses to the extent Plaintiff changes or deviates from its allegations in its

Complaint.

Dated:  September 4, 2018        MADEL PA


                                 *s/ Christopher W. Madel*
                                 By:  Christopher W. Madel
                                      Jennifer M. Robbins
                                      Cassandra B. Merrick

                                      STANDLEY LAW
                                      Jeffrey S. Standley
                                      Melissa A. Rogers McCurdy
                                      F. Michael Speed, Jr.

                                      *Attorneys for Defendant*
                                      *Integrated Supply Network, LLC*

**4**