Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Marko R. Zoretic (SBN 233,952)
marko.zoretic@knobbe.com
Jason A. Champion (CA SBN 259207)
jason.champion@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Brian C. Horne (SBN 205621)
brian.horne@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 601-1263

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 5:17-CV-00548-CBM-RAO<br><br>**MONSTER ENERGY COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS INTEGRATED SUPPLY NETWORK, LLC'S AFFIRMATIVE DEFENSES OF STATUTE OF LIMITATIONS AND LACHES**<br><br>HEARING:<br>October 2, 2018<br>10:00 a.m.<br>Courtroom 8B<br><br>Hon. Consuelo B. Marshall |

1  PLEASE TAKE NOTICE that on October 2, 2018, at 10:00 a.m. or as soon thereafter as the matter may be heard—and preferably on October 3, 2018 at the 10:00 a.m. Pretrial Conference (Dkt No. 311)—before the Honorable Consuelo B. Marshall in Courtroom 8B at 350 W. First Street, Los Angeles, California, Plaintiff Monster Energy Company ("Plaintiff" or "Monster") will move to dismiss Defendant Integrated Supply Network, LLC's affirmative defenses of statute of limitations and laches.

Pursuant to Local Rule 7-3, the parties conferred on September 3, 2018, but were unable to resolve the issues raised by this motion.

Monster bases the motion on this notice; the concurrently filed opening brief; the supporting declaration of Marko R. Zoretic and exhibits thereto; any subsequently filed briefs; the pleadings and papers filed in this action; and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise. Monster is also lodging a proposed order for the Court's consideration.

Respectfully submitted,
KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 4, 2018    By: /s/ Marko R. Zoretic
    Joseph R. Re
    Steven J. Nataupsky
    Lynda J. Zadra-Symes
    Brian C. Horne
    Marko R. Zoretic
    Jason A. Champion

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY

28947601