1  Joseph R. Re (SBN 134,479)
   joe.re@knobbe.com
2  Steven J. Nataupsky (SBN 155913)
   steven.nataupsky@knobbe.com
3  Lynda J. Zadra-Symes (SBN 156511)
   lynda.zadrasymes@knobbe.com
4  Marko R. Zoretic (SBN 233,952)
   marko.zoretic@knobbe.com
5  Jason A. Champion (CA SBN 259207)
   jason.champion@knobbe.com
6  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
7  Irvine, CA  92614
   Phone: (949) 760-0404
8  Facsimile: (949) 760-9502

9  Brian C. Horne (SBN 205621)
   brian.horne@knobbe.com
10 KNOBBE, MARTENS, OLSON & BEAR, LLP
   1925 Century Park East, Suite 600
11 Los Angeles, CA 90067
   Telephone: (310) 551-3450
12 Facsimile:  (310) 601-1263

13 Attorneys for Plaintiff
   MONSTER ENERGY COMPANY

14

15            IN THE UNITED STATES DISTRICT COURT

16         FOR THE CENTRAL DISTRICT OF CALIFORNIA

17

18 MONSTER ENERGY COMPANY,          ) Case No. 5:17-CV-00548-CBM-RAO
   a Delaware corporation,          )
19                                  ) **DECLARATION OF MARKO R.**
                                    ) **ZORETIC IN SUPPORT OF**
20            Plaintiff,            ) **MONSTER ENERGY**
                                    ) **COMPANY'S MOTION TO**
21        v.                        ) **DISMISS INTEGRATED SUPPLY**
                                    ) **NETWORK, LLC'S**
22 INTEGRATED SUPPLY               ) **AFFIRMATIVE DEFENSES OF**
   NETWORK, LLC, a Florida limited  ) **STATUTE OF LIMITATIONS AND**
23 liability company,               ) **LACHES**
                                    )
24            Defendant.            )
                                    )
25                                  ) Hon. Consuelo B. Marshall
                                    )

26

27

28

1    I, Marko R. Zoretic, declare and state as follows:

2    I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP,

3    counsel for Monster Energy Company ("Monster") in this action.  I have

4    personal knowledge of the matters set forth in this declaration and, if called

5    upon as a witness, would testify competently thereto.

6    1.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts

7    from the transcript of the Pretrial Conference on August 21, 2018.

8    2.    Attached hereto as **Exhibit 2** is a true and correct copy of an email

9    string between me and counsel for ISN dated between August 22 and August

10   30, 2018.

11   3.    Attached hereto as **Exhibit 8P** is a true and correct copy of Trial

12   Exhibit 8P, described as "Monster Mobile Automotive Tools & Equipment

13   2013 Catalog."

14   4.    Attached hereto as **Exhibit 128** is a true and correct copy of Trial

15   Exhibit 128, described as "Monster Mobile Ad for Monster Snacks."

16   5.    Attached hereto as **Exhibit 142** is a true and correct copy of Trial

17   Exhibit 142, described as "Monster Brand Book."

18   6.    Attached hereto as **Exhibit 176** is a true and correct copy of Trial

19   Exhibit 176, described as "Monster Mobile Automotive Tools & Equipment

20   Spring 2015 catalog."

21   7.    Attached hereto as **Exhibit 177** is a true and correct copy of Trial

22   Exhibit 177, described as "Monster Mobile Automotive Tools & Equipment

23   Summer 2016 catalog."

24   8.    Attached hereto as **Exhibit 214** is a true and correct copy of Trial

25   Exhibit 214, described as "Monster Mobile Automotive Tools & Equipment

26   Summer 2014 catalog."

27

28

-1-

9.      Attached hereto as **Exhibit 269** is a true and correct copy of Trial Exhibit 269, described as "Monster Mobile Automotive Tools & Equipment Spring 2016 catalog."

10.     Attached hereto as **Exhibit 270** is a true and correct copy of Trial Exhibit 270, described as "Monster Mobile Automotive Tools & Equipment Summer 2017 catalog."

11.     Attached hereto as **Exhibit 280** is a true and correct copy of Trial Exhibit 280, described as "February 11, 2014 Letter from Diane M. Reed to Thomas L. Kautz re ISN Monster Mobile."

12.     Attached hereto as **Exhibit 281** is a true and correct copy of Trial Exhibit 281, described as "February 18, 2014 Letter from Thomas L. Kautz to Diane M. Reed re U.S. Trademark Application Serial No. 85/806622 for MONSTER MOBILE."

13.     Attached hereto as **Exhibit 282** is a true and correct copy of Trial Exhibit 282, described as "October 31, 2014 Letter from Lynda J. Zadra-Symes to Thomas L. Kautz re Trademark and Trade Dress Infringement."

14.     Attached hereto as **Exhibit 283** is a true and correct copy of Trial Exhibit 283, described as "February 22, 2016 Letter from Lynda J. Zadra-Symes to Ava K. Doppelt re Trademark and Trade Dress Infringement."

15.     Attached hereto as **Exhibit 284** is a true and correct copy of Trial Exhibit 284, described as "March 8, 2016 Letter from Ava K. Doppelt to Lynda J. Zadra-Symes re Trademark Demand Against Integrated Supply Network, LLC.

16.     Attached hereto as **Exhibit 1297** is a true and correct copy of Trial Exhibit 1297, described as "Metadata Sheet for Poster for "Monster Snacks" using the phrase "FEED THE BEAST."

17.     Attached hereto as **Exhibit 1763** is a true and correct copy of Trial Exhibit 1763, described as "File history for ISN's U.S. Application No. 85/806622."

18.     Attached hereto as **Exhibit 1837** is a true and correct copy of Trial Exhibit 1837, described as "Summer 2018 Monster Mobile Tools & Equipment Catalog."

19.     Attached hereto as **Exhibit 1838** is a true and correct copy of Trial Exhibit 1838, described as "Screen shot of Monster Tools Facebook Post."

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 4, 2018, at Irvine, California.

*/s/ Marko R. Zoretic*
Marko R. Zoretic

28948239