Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Marko R. Zoretic (SBN 233,952)
marko.zoretic@knobbe.com
Jason A. Champion (SBN 259207)
jason.champion@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Brian C. Horne (SBN 205621)
brian.horne@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile:  (310) 601-1263

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 5:17-CV-00548-CBM-RAO<br><br>**PLAINTIFF'S PROPOSED JURY VERDICT FORM**<br><br>Hon. Consuelo B. Marshall<br><br>Trial:  October 30, 2018 |

1. Does the preponderance of the evidence show that ISN infringed Monster Energy's trademark rights in at least one of its registered marks that include the word "Monster"?

       Yes (for Monster Energy) \_\_\_\_\_       No (for ISN) \_\_\_\_\_

2. Does the preponderance of the evidence show that ISN infringed Monster Energy's trademark rights in the unregistered mark "Monster"?

       Yes (for Monster Energy) \_\_\_\_\_       No (for ISN) \_\_\_\_\_

3. If you answered "Yes" to Question 2, does clear and convincing evidence show that Monster Energy abandoned its trademark rights in the unregistered mark "Monster"?

       Yes (for ISN) \_\_\_\_\_       No (for Monster Energy) \_\_\_\_\_

4. Does the preponderance of the evidence show that ISN infringed Monster Energy's trademark rights in at least one of its marks that include the word "Beast"?

       Yes (for Monster Energy) \_\_\_\_\_       No (for ISN) \_\_\_\_\_

5. Does the preponderance of the evidence show that ISN infringed Monster Energy's trade dress that includes the word "Monster" with the colors green and black?

       Yes (for Monster Energy) \_\_\_\_\_       No (for ISN) \_\_\_\_\_

6. If you answered "Yes" to Questions 1, 4, or 5, OR if you answered "Yes" to Question 2 and "No" to Question 3, does a preponderance of the evidence show that ISN's infringement was willful?

Yes (for Monster Energy) \_\_\_\_\_     No (for ISN) \_\_\_\_\_

7. If you answered "Yes" to Questions 1, 4, or 5, OR if you answered "Yes" to Question 2 and "No" to Question 3, what amount should ISN pay in damages for infringement?

$_____

8. If you answered "Yes" to Question 6, what amount of profit did ISN earn attributable to its infringement?

$_____

9. If you answered "Yes" to Questions 1, 4, or 5, OR if you answered "Yes" to Question 2 and "No" to Question 3, does clear and convincing evidence show that ISN acted with malice, oppression, or fraud?

Yes (for Monster Energy) \_\_\_\_\_     No (for ISN) \_\_\_\_\_

10. If you answered "Yes" to Question 9, what amount should ISN pay Monster Energy in punitive damages?

$_____

| | |
|---|---|
| 1 | You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.  The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Court personnel that you have reached a verdict.  The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom. |

DATED: _____, 2018        Signature: _____

                                                    Name: _____



Respectfully submitted,
KNOBBE, MARTENS, OLSON & BEAR, LLP


Dated:  October 9, 2018        By:  /s/ Joseph R. Re
                                    Joseph R. Re
                                    Steven J. Nataupsky
                                    Lynda J. Zadra-Symes
                                    Brian C. Horne
                                    Marko R. Zoretic
                                    Jason A. Champion

                                    Attorneys for Plaintiff,
                                    MONSTER ENERGY COMPANY