Joseph R. Re (CA SBN 134,479)
joe.re@knobbe.com
Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Marko R. Zoretic (CA SBN 233,952)
marko.zoretic@knobbe.com
Jason A. Champion (CA SBN 259207)
jason.champion@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Brian C. Horne (SBN 205621)
brian.horne@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile:  (310) 601-1263

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:17-CV-00548-CBM-RAO<br><br>**PLAINTIFF'S PROPOSED STATEMENT OF THE CASE**<br><br>Trial:<br>Date:  October 30, 2018<br>Time: 8:00 a.m.<br>Ctrm:  8B<br><br>Hon. Consuelo B. Marshall |

Pursuant to this Court's September 10, 2018 Order Granting Stipulation to Continue Trial (Dkt. 355), Plaintiff Monster Energy Company hereby submits this Proposed Statement of the Case. The parties were unable to agree on a Joint Statement of the Case.

## Statement of the Case

This is a trademark and trade dress case. This means the plaintiff is claiming legal rights in trademarks, such as Monster, Monster Energy, and Unleash the Beast. The plaintiff is also claiming legal rights in a trade dress, which includes the word Monster with the colors green and black. The plaintiff claims the defendant has violated plaintiff's rights in those trademarks and trade dress. More specifically, the plaintiff claims that the defendant is selling its products in a manner likely to cause confusion among ordinary consumers as to the origin or affiliation of those products.

In other words, one issue to be decided is whether the way defendant's products are being displayed or sold is likely to cause confusion among consumers.

The defendant denies the plaintiff's claims and asserts that their products are not being sold in a manner likely to cause confusion as to the origin or affiliation of its products.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 9, 2018

By: /s/ *Joseph R. Re*
Joseph R. Re
Steven J. Nataupsky
Lynda J. Zadra-Symes
Brian C. Horne
Marko R. Zoretic
Jason A. Champion

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY