1  Joseph R. Re (SBN 134,479)
   joe.re@knobbe.com
2  Lynda J. Zadra-Symes (SBN 156511)
   lynda.zadrasymes@knobbe.com
3  Marko R. Zoretic (SBN 233,952)
   marko.zoretic@knobbe.com
4  Jason A. Champion (SBN 259207)
   jason.champion@knobbe.com
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
6  Irvine, CA  92614
   Phone: (949) 760-0404
7  Facsimile: (949) 760-9502

8  Brian C. Horne (SBN 205621)
   brian.horne@knobbe.com
9  KNOBBE, MARTENS, OLSON & BEAR, LLP
   1925 Century Park East, Suite 600
10 Los Angeles, CA 90067
   Telephone: (310) 551-3450
11 Facsimile:  (310) 601-1263

12 Attorneys for Plaintiff
   MONSTER ENERGY COMPANY
13
   [Attorneys for Defendant INTEGRATED SUPPLY NETWORK, LLC
14 listed on following page]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 5:17-CV-00548-CBM-RAO<br><br>**JOINT PROPOSED JURY VERDICT FORM**<br><br>Hon. Consuelo B. Marshall<br><br>Trial:  October 30, 2018 |

DOUGLAS C. SMITH (SBN 160013)
dsmith@smitlaw.com
SMITH LAW OFFICES, LLP
4204 Riverwalk Parkway, Suite 250
Riverside, California 92505
Telephone: (951)509-1355
Facsimile: (951)509-1356

JEFFREY S. STANDLEY (OH# 0047248)
jstandley@standleyllp.com
MELISSA A. ROGERS MCCURDY (OH #0084102)
mmccurdy@standleyllp.com
F. MICHAEL SPEED, JR. (OH# 0067541)
mspeed@standleyllp.com
Standley Law Group LLP
6300 Riverside Drive
Dublin, Ohio 43017
Telephone: (614) 792-5555
Fax: (614) 792-5536

CHRISTOPHER W. MADEL (MN #230297)
cmadel@madellaw.com
JENNIFER M. ROBBINS (MN #387745)
jrobbins@madellaw.com
CASSANDRA B. MERRICK (MN #396372)
cmerrick@madellaw.com
MADEL PA
800 Hennepin Avenue
800 Pence Building
Minneapolis, MN 55413
Telephone: 612-605-0630
Facsimile: 612-326-9990

Attorneys for Defendant
INTEGRATED SUPPLY NETWORK, LLC

The parties jointly submit the following Proposed Jury Verdict Form.

Defendant Integrated Supply Network, LLC, respectfully maintains its objections to the below but agrees with their form based on the Court's rulings on November 13, 2018.

1. Did Monster Energy Company ("Monster Energy") prove by a preponderance of the evidence that Integrated Supply Network, LLC ("ISN") infringed any of Monster Energy's federally registered trademarks that include the word "Monster"?

        Yes (for Monster Energy) \_\_\_\_\_        No (for ISN) \_\_\_\_\_

2. Did Monster Energy prove by a preponderance of the evidence that it has any trademark rights in the unregistered mark "Monster"?

        Yes (for Monster Energy) \_\_\_\_\_        No (for ISN) \_\_\_\_\_

*(If you answered "No" to Question 2, skip to Question 5. Otherwise move to Question 3.)*

3. Did Monster Energy prove by a preponderance of the evidence that ISN infringed Monster Energy's trademark rights in the unregistered mark "Monster"?

        Yes (for Monster Energy) \_\_\_\_\_        No (for ISN) \_\_\_\_\_

*(If you answered "No" to Question 3, skip to Question 5. Otherwise move to Question 4.)*

4. Did ISN prove by a preponderance of the evidence that Monster Energy abandoned its trademark rights in the unregistered mark "Monster"?

        Yes (for ISN) \_\_\_\_\_       No (for Monster Energy) \_\_\_\_\_

5. Did Monster Energy prove by a preponderence of the evidence that ISN infringed any of Monster Energy's federally registered trademarks that include the word "Beast"?

Yes (for Monster Energy) _____   No (for ISN) _____

6. Did Monster Energy prove by a preponderance of the evidence that it owns rights in its alleged trade dress?

Yes (for Monster Energy ) _____   No (for ISN) _____

*(If you answered "No" to Questions 1, 5, and 6, and you also answered "No" to either Question 2 or Question 3, skip to the end to sign and complete the Verdict Form. Otherwise move to Question 7.)*

7. Did Monster Energy prove by a preponderance of the evidence that ISN infringed Monster Energy's trade dress?

Yes (for Monster Energy) _____   No (for ISN) _____

*(If you answered "No" to Questions 1, 5, and 7, and you also answered "No" to either Question 2 or Question 3, skip to the end to sign the Verdict Form. Otherwise move to Question 8.)*

8. What amount did Monster Energy prove by a preponderance of the evidence that ISN should pay in damages caused by its infringement?

$_____

9. Did Monster Energy prove by a preponderance of the evidence that ISN's infringement was willful?

Yes (for Monster Energy) \_\_\_\_\_     No (for ISN) \_\_\_\_\_

10. If you answered "Yes" to Question 9, what amount of ISN's profits did Monster Energy prove by a preponderance of the evidence are attributable to ISN's infringement and should be awarded to Monster Energy?

$_____

11. Did Monster Energy prove by clear and convincing evidence that ISN acted with malice, oppression, or fraud?

Yes (for Monster Energy) \_\_\_\_\_     No (for ISN) \_\_\_\_\_

12. If you answered "Yes" to Question 11, what amount should ISN pay Monster Energy in punitive damages?

$_____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Court personnel that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _____, 2018   Signature: _____

Name: _____

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | KNOBBE, MARTENS, OLSON & BEAR, LLP |

Dated:  November 13, 2018    By: */s/ Joseph R. Re*
                                                    Joseph R. Re
                                                    Lynda J. Zadra-Symes
                                                    Brian C. Horne
                                                    Marko R. Zoretic
                                                    Jason A. Champion

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY
MADEL PA

Dated:  November 13, 2018    By: /s/ *Cassandra B. Merick (with permission)*
                                                   Christopher W. Madel
                                                   Jennifer M. Robbins
                                                   Cassandra B. Merick

STANDLEY LAW
Jeffrey S. Standley
Melissa A. Rogers McCurdy
F. Michael Speed, Jr.

Attorneys for Defendant,
INTEGRATED SUPPLY NETWORK, LLC

29422842