1        UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3      HONORABLE CONSUELO B. MARSHALL, U.S. DISTRICT JUDGE

4

5   MONSTER ENERGY COMPANY, a Delaware    )
    corporation,                          )
6                                         )
                         Plaintiff,       )
7                                         )        Case No.
         vs.                              )   CV 17-00548-CBM
8                                         )
    INTEGRATED SUPPLY NETWORK, LLC, a     )
9   Florida limited liability company,    )      Volume 18
                                          ) Pages 2127 to 2140
10                      Defendant.        )
    _____)

11

12            REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS
                   FRIDAY, NOVEMBER 16, 2018
13                        2:06 P.M.
                   LOS ANGELES, CALIFORNIA

14

15

16

17

18

19

20

21

22   _____

23        MYRA L. PONCE, CSR 11544, RPR, RMR, RDR, CRR
              FEDERAL OFFICIAL COURT REPORTER
24            350 WEST 1st STREET, SUITE 4455
              LOS ANGELES, CALIFORNIA 90012
25                MyraPonce@sbcglobal.net

Exhibit 1
-2-

```
 1                       APPEARANCES OF COUNSEL:

 2

 3   FOR THE PLAINTIFF:

 4       KNOBBE, MARTENS, OLSON & BEAR, LLP
         BY:  JOSEPH R. RE
 5       BY:  LYNDA J. SYMES
              Attorneys at law
 6       2040 Main Street, Fourteenth Floor
         Irvine, California 92614
 7
         KNOBBE, MARTENS, OLSON & BEAR, LLP
 8       BY:  BRIAN C. HORNE
              Attorney at Law
 9       1925 Century Park East, Suite 600
         Los Angeles, California 90067
10
     ALSO PRESENT:    GREG GABRIEL
11

12   FOR THE DEFENDANT:

13       MADEL, PA
         BY:  CHRISTOPHER W. MADEL
14       BY:  CASSANDRA B. MERRICK
         BY:  JENNIFER M. ROBBINS
15            Attorneys at Law
         800 Hennepin Avenue
16       Minneapolis, Minnesota 55403

17   ALSO PRESENT:    BRUCE WEBER

18

19

20

21

22

23

24

25
```

**UNITED STATES DISTRICT COURT**          **Exhibit 1**
                                              **-3-**

 1   briefs at the same time.

 2             MR. MADEL:  Will do.  Will do.

 3             THE COURT:  All right.  Anything further that needs

 4   to be put on the record?

 5             MR. RE:  I do expect us to be moving for an

 6   injunction, and we'll probably have to set a briefing schedule

 7   on that as well.

 8             THE COURT:  Okay.  And I think that you would -- in

 9   addition to the brief, you would file something that makes that

10   request for injunctive relief and then brief those issues.

11             Now, that brief, you may not want to do it

12   simultaneously.  You may want the opportunity to have an

13   opposition or a response and then an opportunity to reply.

14             So when you file the stipulation, the stipulation

15   may cover all of these things and when the briefs are due

16   and -- of the dates and so forth.  And then the Court will

17   abide by that.

18             I don't know that hearings will be needed.  But once

19   I receive the briefs, if I think we need hearings, then I would

20   set a hearing date.  I am not here most of December.  I think

21   December 11th is probably the only day in December that I will

22   be here if you need a hearing.

23             And then in January, I'm out in Micronesia for the

24   month, in Guam, trying a case.  But I do have one day, I think,

25   a law and motions calendar before I go out.  I think it's the

```
 1   first Tuesday in January.

 2            Would the clerk tell me what date that is.

 3            THE COURTROOM DEPUTY:  Yes, Your Honor.  That is

 4   January the 8th, 2019.

 5            THE COURT:  I think I am here still on that day.

 6   Otherwise, if there's a hearing, I would be giving you a

 7   February date.

 8            So you file the briefs, but I would give you a date

 9   for hearing in February if -- if either of you request a

10   hearing or I think a hearing is needed.

11            So anything further?

12            MR. MADEL:  No.

13            THE COURT:  No?

14            MR. MADEL:  Just want to thank you, Your Honor.

15   It's been a sincere pleasure trying the case in front of you.

16            THE COURT:  Well, thank you.

17            MR. RE:  I echo those remarks.  And to your staff

18   who's been absolutely wonderful, I enjoyed every minute.

19            THE COURT:  Thank you.

20            So I certainly appreciate the things that you were

21   able to agree upon and work out.  It saved us a lot of time and

22   a lot of additional work, certainly for the Court.  And you did

23   that with the statement of facts, you agreed on so many of the

24   exhibits.  So there were very few that the Court needed to rule

25   on.
```

**UNITED STATES DISTRICT COURT**　　　　**Exhibit 1**
**-5-**