Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Marko R. Zoretic (SBN 233,952)
marko.zoretic@knobbe.com
Jason A. Champion (CA SBN 259207)
jason.champion@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Brian C. Horne (SBN 205621)
brian.horne@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 601-1263

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 5:17-CV-00548-CBM-RAO<br><br>**MONSTER ENERGY'S PROPOSED POST-TRIAL BRIEFING SCHEDULE**<br><br>Hon. Consuelo B. Marshall |

Plaintiff Monster Energy Company ("Monster") proposes the following schedule for post-trial briefs:

### Monster's Motion for a Permanent Injunction
(*See* Monster's separate *Ex Parte* Application (Dkt. No. 449))

| Date | Event |
| --- | --- |
| November 26, 2018 | Monster's Opening Brief |
| December 3, 2018 | ISN's Opposition Brief |
| December 5, 2018 | Monster's Reply Brief |
| December 11, 2018 | Hearing |

### Laches

| Date | Event |
| --- | --- |
| December 5, 2018 | Simultaneously file briefs on ISN's laches defense |

### Rule 50 Motions

| Date | Event |
| --- | --- |
| December 4, 2018 | Opening Briefs |
| December 11, 2018 | Opposition Briefs |
| December 18, 2018 | Reply Briefs |
| January 8, 2018 | Hearing |

Respectfully submitted,
KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  November 19, 2018    By: */s/ Marko R. Zoretic*
Joseph R. Re
Lynda J. Zadra-Symes
Brian C. Horne
Marko R. Zoretic
Jason A. Champion

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY

29458235