# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:17-cv-00548-CBM-RAO | Date | December 11, 2018 |
| Title | Monster Energy Company v. Integrated Supply Network, LLC | | |

Present: The Honorable     CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Carol Zurborg |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph R. Re | Christopher W. Madel |
| Lynda Zadra-Symes | Cassandra B. Merrick |
| Marko R. Zoretic | Jennifer M. Robbins |

**Proceedings:**    Plaintiff's Motion for a Permanent Injunction [457] [840 Trademark]
Defendant's Motion to Strike Material Outside the Trial Record, filed 12/3/18 [465]

The case is called and counsel state their appearance. The Court and counsel confer. Following oral argument, the court takes the matters under submission.

: 20