## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 17-0548-CBM(RAOx) | Date | MAY 29, 2019 |
| Title | MONSTER ENERGY COMPANY v. INTEGRATED SUPPLY NETWORK, LLC | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph R. Re | Christopher W. Madel |
| Lynda Zadra-Symes | Cassandra B. Merrick |
| Brian C. Horne | Jennifer M. Robbins |
| Marko R. Zoretic | |

**Proceedings:** HEARING RE POST TRIAL MOTIONS.

The case is called and counsel state their appearance. The Court and counsel confer.

Following discussions with the parties, the Court advises counsel that the following motions:

Plaintiff's Motion for a Permanent Injunction *[457]*;

Plaintiff's motion for a new trial on damages and willfulness, and a conditional new trial on its rights in the unregistered mark "Monster"*[469]*

Defendant's Motion to strike material outside the trial record *[465]*

Defendant's motion and Rule 50(a) motion for judgment as a matter of law, Rule 50(b)( renewed motion for judgment as a matter of law, or alternative Rule 59 motion for remittitur of damages, or a new trial*[473]*

Defendant's motion for application of laches, fld 12/5/18*[480]*;

Defendant's motion for judicial notice *[493]*

Defendant's second motion to strike material outside the trial record re: Plaintiff's motion for new trial on damages and willfulness, and a conditional new trial on its rights in the unregistered mark "Monster"**[494]**

Defendant's 3rd motion to strike material outside the trial record-re: Plaintiff's reply in support of motion for new trial on damages and wilfulness, and a conditional new trial on its rights in the unregistered mark "Monster"**[501]**

Defendant's motion to strike and disregard plaintiff's response brief to declaration of Pilkenton **[509]** are hereby taken under submission and a written order will issue.

IT IS SO ORDERED.

cc: all parties

**: 30**