# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>　　　Plaintiff,<br>v.<br>INTEGRATED SUPPLY NETWORK, LLC,<br><br>　　　Defendant. | Case No.: ED CV 17-548-CBM-RAOx<br><br>**JUDGMENT [JS-6]** |

　　　Consistent with the jury's verdict (Dkt. Nos. 446, 455), and the Court's Order re: Defendant's Rule 50(a) Motion for Judgment as a Matter of Law, Rule 50(b) Renewed Motion for Judgment as a Matter of Law, or Alternative Rule 59 Motion for Remittitur of Damages, or a New Trial; and Plaintiff's Motion For a New Trial on Damages and Willfulness, and a Conditional New Trial on its Rights in the Unregistered Mark "Monster" (Dkt. No. 539), judgment is entered in favor of Plaintiff Monster Energy Company, and against Defendant Integrated Supply Network, LLC, in the amount of $1.00 in nominal damages and $5,000,000 in punitive damages.

DATED: July 2, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1