IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:17-cv-00548-CBM-RAOx<br><br>**STIPULATED FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION [JS-6]**<br><br>Hon. Consuelo B. Marshall |

Whereas Plaintiff Monster Energy Company ("Monster") and Defendant Integrated Supply Network, LLC ("ISN"), in order to avoid further irreparable harm to Monster, consent and agree to the terms and conditions of this Stipulated Consent Judgment and Permanent Injunction.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. On March 22, 2017, Monster initiated this action by filing a Complaint against ISN in the Central District of California for trademark infringement, trade dress infringement, false designation of origin, and unfair competition.

2. The Court has personal jurisdiction over each of the parties to this action. The Court also has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§ 1116 and 1121(a), 28 U.S.C. § 1331, 1338, and 1367(a). Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c).

3. Final judgment is entered in favor of Monster and against ISN on Monster's (1) First Claim for Relief for trademark infringement, trade dress infringement, and false designation of origin pursuant to 15 U.S.C. § 1125(a); (2) Second Claim for Relief for trademark infringement pursuant to 15 U.S.C. § 1114; (3) Third Claim for Relief for unfair competition in violation of Cal. Bus. Prof. Code §§ 17200, *et seq.*; and (4) Fourth Claim for Relief for unfair competition in violation of California common law.

4. DEFENDANT ISN IS HEREBY PERMANENTLY ENJOINED FROM:
    (a) any further manufacturing, distributing, shipping, advertising, marketing, promoting, importing, displaying, selling or offering to sell (including, but not limited to, through retail outlets, mobile distributors and on any websites or social media such as excesstools.com,

tooltopia.com, mobiledealer.com and monster-tools.com) (collectively the "Prohibited Conduct") any products, packaging, labelling or services that bear, display, or include any trademark or name that uses or includes, in whole or in part, the word "Monster," or any trademark or name confusingly similar thereto, or any variant, derivative, or misspelling of the word Monster, such as Monstrous, Monstrosity, or Monsta (hereinafter "Infringing Marks"); and

(b) Engaging in any Prohibited Conduct in connection with any products or services that bear, display or include Monster Energy Company's trade dress having the combination of the colors green and black in combination with the word "Monster," or any variant, derivative, or misspelling of the word Monster, such as Monstrous, Monstrosity, or Monsta or any trade dress confusingly similar thereto (hereinafter "Infringing Trade Dress").

5. Except as permitted by Paragraph 6, within ten (10) days after entry of this Permanent Injunction, ISN shall destroy all existing advertising, promotional materials, catalogs, or any other documents in its possession, custody, or control, reflecting or relating to any Prohibited Conduct regarding products or services that contain the Infringing Marks and/or the Infringing Trade Dress, and shall destroy all infringing inventory in ISN's possession, custody, or control that contains the Infringing Marks and/or Infringing Trade Dress. Five (5) days after completing this destruction, ISN shall certify that destruction and report to both counsel for Monster Energy Company and this Court that the

DB1/ 122041776.3

-2-

destruction of these materials and inventory has been fully completed.

6. ISN shall be permitted to retain all records related to its prior activities, to service, replace or repair products it has previously sold that feature the Infringing Marks and/or Infringing Trade Dress, and to otherwise act in compliance with any government or industry recalls, mandates, or regulations as to those products. ISN shall not provide any replacement product or component that bears the Infringing Marks or Infringing Trade Dress.

7. Pursuant to Rule 65(d)(2) of the Federal Rules of Civil Procedure, this injunction shall bind ISN's officers, agents, servants, employees, and attorneys, successors and assigns, and all other persons who are in active concert or participation with any of the aforementioned persons.

8. Each party will bear its own costs and attorneys' fees for this action.

9. This Order is not appealable because the parties have agreed to its terms.

10. This Court shall retain jurisdiction over this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Stipulated Consent Judgment and Permanent Injunction.

**IT IS SO ORDERED.**

Dated: JUNE 17, 2021

_____
Hon. Consuelo B. Marshall
United States District Judge

DB1/ 122041776.3

-3-

APPROVED AS TO FORM:

                                                  KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 14, 2021         /s/ *Brian C. Horne*
                                              Steven J. Nataupsky
                                              Joseph R. Re
                                              Lynda J. Zadra-Symes
                                              Paul A. Stewart
                                              Brian C. Horne
                                              Yanna S. Bouris
                                              Marko R. Zoretic
                                              Jason A. Champion

                                              Attorneys for Plaintiff, MONSTER ENERGY COMPANY

Dated: June 14, 2021         MADEL PA

                                              */s/ Cassandra B. Merrick (with permission)*
                                              By: Christopher W. Madel
                                              Jennifer M. Robbins
                                              Cassandra B. Merrick
                                              Stephen M. Premo

                                              Attorneys for Defendant, Integrated Supply Network

35069178

DB1/ 122041776.3